**IN RE: APPLE IPHONE 3G AND 3GS "MMS"**
**MARKETING AND SALES PRACTICES LITIGATION**    MDL No. 2116

### SCHEDULE A

<u>Central District of California</u>

Aida Kamarian v. Apple, Inc., et al., C.A. No. 2:09-6590
Tim Williams, et al. v. Apple, Inc., et al., C.A. No. 2:09-6914

<u>Northern District of California</u>

Philip Sterker v. Apple, Inc., et al., C.A. No. 4:09-4242
Kevin Khoi Duy Tran v. Apple, Inc., et al., C.A. No. 5:09-4048

<u>Southern District of California</u>

Arturo Molina v. Apple, Inc., et al., C.A. No. 3:09-2032

<u>Southern District of Illinois</u>

Tim Meeker v. Apple, Inc., et al., C.A. No. 3:09-607

<u>Eastern District of Louisiana</u>

Christopher Carbine, et al. v. Apple, Inc., et al., C.A. No. 2:09-5470

<u>District of Minnesota</u>

Kyle Irving v. Apple, Inc., et al., C.A. No. 0:09-2613

<u>Eastern District of Missouri</u>

Meredith Goette, et al. v. Apple, Inc., et al., C.A. No. 4:09-1480

<u>Northern District of Ohio</u>

Michael Pietrangelo v. Apple, Inc., et al., C.A. No. 1:09-1992
Matthew Sullivan v. Apple, Inc., et al., C.A. No. 1:09-1993
Deborah Carr v. Apple, Inc., et al., C.A. No. 1:09-1996