UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: APPLE iPHONE 3G AND 3GS "MMS" MARKETING AND SALES PRACTICES LITIGATION | : : : : : : | MDL NO. 2116<br>SECTION: J<br>JUDGE BARBIER |
| **THIS DOCUMENT RELATES TO ALL CASES** | : | MAG. JUDGE WILKINSON |

.. .. .. .. .. .. .. .. .. .. .. .. .. . .. .. .. .. .. .. .. ..

## PRETRIAL ORDER #2

**IT IS ORDERED** that for the purposes of MDL 2116 and until further notice of the transferee court, this order changes the duties of a transferor court under Rule 1.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation as follows:

Upon receipt of a certified copy of a transfer order from the clerk of the transferee district court, the clerk of the transferor court shall retain the entire original file and forward to the clerk of the transferee district court electronically in PDF form, only a certified copy of both the docket sheet and the complaint together with any amendments. This action satisfies Rule 1.6(a) and the clerk of the transferor court shall mark the case closed upon transfer to the transferee court. Following the docketing of a transfer order in the transferee court, any papers to be filed regarding any civil action covered by that transfer order are to be filed in the

transferee court.

New Orleans, Louisiana, this __10th__ day of __December__, 2009.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE