UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: APPLE iPHONE 3G AND 3GS "MMS" MARKETING AND SALES PRACTICES LITIGATION | : MDL NO. 2116<br>:<br>: 2:09-md-2116<br>:<br>: SECTION: J<br>:<br>: JUDGE BARBIER<br>: MAG. JUDGE WILKINSON |

## ENTRY OF APPEARANCE

Daniel E. Becnel, Jr., as lead counsel, of Becnel Law Firm, LLC, and Matthew B. Moreland hereby enter their appearance as counsel for Plaintiff Francis Monticelli, individually and on behalf of all others similarly situated, the matter of which is awaiting transfer into this Honorable Court from the Southern District of New York, NYSD matter No. 09-CIV-9505.

                                              Respectfully submitted,
                                              */s/ Daniel E. Becnel, Jr.*_____
                                              Daniel E. Becnel, Jr., LA Bar # 2926
                                              Matthew B. Moreland, LA Bar # 24567
                                              Becnel Law Firm, LLC
                                              P.O. Drawer H
                                              Reserve, LA 70084
                                              985-536-1186
                                              985-536-6445  (Facsimile)
                                              dbecnel@becnellaw.com
                                              mmoreland@becnellaw.com
                                              *Attorneys for Plaintiff FrancisMonticelli, individually and on behalf of all others similarly situated*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 18, 2009, I certify that the foregoing document with the CM/ECF system and served counsel on all counsel appearing in this case via CM/ECF or other means for those counsel not registered.

                                                      */s/ Daniel E. Becnel, Jr.*_____