UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: APPLE iPHONE 3G AND 3GS "MMS" MARKETING AND SALES PRACTICES LITIGATION | : MDL NO. 2116<br>:<br>: 2:09-md-2116<br>:<br>: SECTION: J<br>:<br>: JUDGE BARBIER<br>: MAG. JUDGE WILKINSON |

## ENTRY OF APPEARANCE

Robert M. Brill and Anita M. Jaskot, of the Law Offices of Robert M. Brill, LLC, hereby enter their appearance as counsel for Plaintiff Francis Monticelli, individually and on behalf of all others similarly situated, the matter of which is awaiting transfer into this Honorable Court from the Southern District of New York, NYSD matter No. 09-CIV-9505.

                    Respectfully submitted,
                    */s/Anita M. Jaskot*_____
                    Anita M. Jaskot, Ny Bar # AJ-6613
                    Robert M. Brill, NY Bar # RB-1830
                    Law Offices of Robert M. Brill, LLC
                    880 Third Avenue, 13th Floor
                    New York, NY 10022
                    212-935-7100
                    212-935-6524  (Facsimile)
                    brillesq@aol.com
                    jaskot@mindspring.com
                    *Attorneys for Plaintiff FrancisMonticelli,*
                    *individually and on behalf of all others*
                    *similarly situated*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 18, 2009, I certify that the foregoing document with the CM/ECF system and served counsel on all counsel appearing in this case via CM/ECF or other means for those counsel not registered.

                                                ___*/s/Anita M. Jaskot*_____