UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: APPLE iPHONE 3G AND 3GS "MMS" MARKETING AND SALES PRACTICES LITIGATION

THIS MATTER APPLIES TO ALL CASES

: MDL NO. 2116
:
: 2:09-md-2116
:
:
: SECTION: J
:
: JUDGE BARBIER
: MAG. JUDGE WILKINSON

## ENTRY OF APPEARANCE

Scott R. Bickford and Lawrence J. Centola, III from the firm Martzell & Bickford and Ronnie G. Penton of the Penton Law Firm hereby enter their appearance as counsel for Plaintiffs, Christopher Carbine, Ryan Casey, Lisa Maurer, individually and on behalf of all others similarly situated, in the matter which is pending in this Honorable Court No. 09-5470 Section "J".

Respectfully submitted:

_/s/ Lawrence J. Centola, III_
**MARTZELL & BICKFORD**
Scott   R.   Bickford,   T.   A.   (#1165)
usdcedla@mbfirm.com
Lawrence J. Centola, III (#27402)
lcentola@mbfirm.com
338 Lafayette Street
New Orleans, LA 70130
Telephone No. (504) 581-9065
Fax No. (504) 581-7635

**PENTON LAW FIRM**

**RONNIE G. PENTON (LA #10462)**
fedcourtmail@rgplaw.com
209 Hoppen Place
Bogalusa, LA 70427
Tel:    (985) 732-5651
Fax:   (985) 735-5579

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2009, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Lawrence J. Centola, III