UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: APPLE iPHONE 3G and 3GS "MMS"          MDL NO. 2116
MARKETING AND SALES PRACTICES
LITIGATION          2:09-md-2116

THIS MATTER APPLIES TO ALL CASES          SECTION: J

JUDGE BARBIER
MAGISTRATE WILKINSON

## ENTRY OF APPEARANCE

Gary J. Russo and Douglas C. Longman, Jr. from the firm Jones, Walker, Waechter,

Poitevent, Carrère & Denègre, L.L.P. and Kathleen T. Sooy and Tracy A. Roman from the firm

Crowell & Moring LLP hereby enter their appearance as counsel for AT&T Mobility LLC.

Respectfully submitted:

/S/ GARY J. RUSSO
GARY J. RUSSO (10828)
DOUGLAS C. LONGMAN, JR. (8719)
*Attorneys for AT&T Mobility LLC*
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
P. O. Drawer 3408
Lafayette, LA 70502-3408
Telephone: (337) 262-9000
Fax: (337) 262-9001
Email: grusso@joneswalker.com
Email: dlongman@joneswalker.com

*AND*

KATHLEEN T. SOOY
TRACY A, ROMAN
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 624-2500
Fax: (202) 628-5116
Email: ksooy@crowell.com
Email: troman@crowell.com


*Attorneys for AT&T Mobility LLC*

## CERTIFICATE OF SERVICE

I, hereby certify that on December 21, 2009, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of the electronic filing to

counsel of record:


/S/ Gary J. Russo
GARY J. RUSSO