SCHEDULE B

# Judicial Panel on Multidistrict Litigation - Panel Service List
# for
# MDL 2116 - IN RE: Apple iPhone 3G and 3GS "MMS" Marketing and Sales Practices

### *** Report Key and Title Page ***

Please Note: This report is in alphabetical order by the last name of the attorney. A party may not be represented by more then one attorney. See Panel rule 5.2(c).

**Party Representation Key**

   * Signifies that an appearance was made on behalf of the party by the representing attorney.
   # Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
   All counsel and parties no longer active in this litigation have been suppressed.

**This Report is Based on the Following Data Filters**

   Docket: 2116 - Apple iPhone 3G and 3GS "MMS" Marketing & SP
   For Open Cases

Docket: 2116 - IN RE: Apple iPhone 3G and 3GS "MMS" Marketing and Sales Practices Litigation
Status: Transferred on 12/03/2009
Transferee District: LAE    Judge: Barbier, Carl J.                                              Printed on 12/03/2009

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Bickford, Scott R.<br>MARTZELL & BICKFORD<br>338 Lafayette Street<br>New Orleans, LA 70130 | =>**Phone: (504) 581-9065  Fax: (504) 581-7635  Email: usdcedla@mbfirm.com**<br>Carbine, Christopher*; Casey, Ryan*; Maurer, Lisa* |
| Climaco, John R.<br>CLIMACO LEFKOWITZ PECA WILCOX & GARFOLI CO<br>LPA<br>55 Public Square<br>Suite 1950<br>Cleveland, OH 44113 | =>**Phone: (216) 621-8484  Fax: (216) 771-1632  Email: jrclim@climacolaw.com**<br>Sullivan, Matthew* |
| Engelmeyer, Timothy A.<br>ENGELMEYER & PEZZANI LLC<br>13321 N. Outer Forty Road<br>Suite 300<br>Chesterfield, MO 63017 | =>**Phone: (636) 532-9933  Fax: (314) 863-7793  Email: tim@epfirm.com**<br>Meeker, Tim* |
| Geragos, Mark J.<br>GERAGOS & GERAGOS<br>644 South Figueroa Street<br>Los Angeles, CA 90017 | =>**Phone: (213) 625-3900  Fax: (213) 625-1600  Email: geragos@geragos.com**<br>Kamarian, Aida* |
| Germain, Daniel L.<br>ROSMAN & GERMAIN LLP<br>16311 Ventura Boulevard<br>Suite 1200<br>Encino, CA 91436-2152 | =>**Phone: (818) 788-0877  Fax: (818) 788-0885  Email: germain@lalawyer.com**<br>Guenther, Laurie; Jaime, Jose; Williams, Tim |
| Kalish, D. Scott<br>SCOTT KALISH CO LLC<br>1468 West 9th Street<br>Suite 405<br>Cleveland, OH 44113 | =>**Phone: (216) 502-0570  Fax: (216) 502-0569  Email: scottkalishcollc@cs.com**<br>Carr, Deborah* |
| Penton, Ronnie Glynn<br>LAW OFFICES OF RONNIE G PENTON<br>2250 Gause Boulevard East<br>Suite 310<br>Slidell, LA 70458 | =>**Phone: (985) 643-1747  Fax: (985) 646-1487  Email: fedcourtmail2@rgplaw.com**<br>Irving, Kyle |
| Piscitelli, Jr., Frank E.<br>PISCITELLI LAW FIRM<br>55 Public Square<br>Suite 1950<br>Cleveland, OH 44113 | =>**Phone: (216) 931-7000  Fax: (216) 931-9925  Email: Frank@feplaw.com**<br>Pietrangelo, Michael* |
| Preovolos, Penelope A.<br>MORRISON & FOERSTER LLP | =>**Phone: (415) 268-7187  Fax: (415) 268-7522  Email: PPreovolos@mofo.com**<br>Apple, Inc.* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 425 Market Street<br>32nd Floor<br>San Francisco, CA 94105 | |
| Schwartz, Joel J.<br>ROSENBLUM SCHWARTZ ROGERS GLASS PC<br>120 South Central Avenue<br>Suite 130<br>Clayton, MO 63105 | =>Phone: (314) 862-4332  Email: jschwartz@rsrglaw.com<br>Goette, Meredith; Storner, Sabrina |
| Seely, Kevin A.<br>ROBBINS UMEDA LLP<br>600 B Street<br>Suite 1900<br>San Diego, CA 92101 | =>Phone: (619) 525-3990  Fax: (619) 525-3991  Email: notice@robbinsumeda.com<br>Molina, Arturo* |
| Sooy, Kathleen T.<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 | =>Phone: (202) 624-2608  Fax: (202) 628-5116  Email: ksooy@crowell.com<br>AT&T Mobility, LLC* |
| Strange, Brian R.<br>STRANGE & CARPENTER<br>12100 Wilshire Boulevard<br>Suite 1900<br>Los Angeles, CA 90025 | =>Phone: (310) 207-5055  Fax: (310) 826-3210  Email: lacounsel@earthlink.net<br>Sterker, Philip* |
| Williams, Steven N.<br>COTCHETT PITRE & MCCARTHY<br>840 Malcolm Road<br>Suite 200<br>Burlingame, CA 94010 | =>Phone: (650) 697-6000  Fax: (650) 697-6340  Email: swilliams@cpmlegal.com<br>Tran, Kevin Khoi Duy* |