December 30, 2009


Judge Carl J. Barbier
United States Court for the
Eastern District of Louisiana
Section "J"
500 Poydras Street, Room C256
New Orleans, LA 70130


RE:     MDL 2116 - APPLE iPHONE 3G AND 3GS "MMS" :
        MARKETING AND SALES PRACTICES

Dear Judge Barbier,

        We, the undersigned, believe we represent all of the Putative Class Plaintiffs in all cases currently pending in MDL 2116. Pursuant to Pre-Trial Order #1, we propose Scott R. Bickford of Martzell & Bickford in New Orleans, Louisiana as liaison counsel. The proposal of Mr. Bickford as liaison counsel is based on his class action/complex litigation experience and based on his office's proximity to the Courthouse.

        Should the Court accept the proposal of Mr. Bickford as liaison counsel, Mr. Bickford has expressed his willingness to accept. We have attached a summary of Mr. Bickford's experience for the Court's consideration.

        Additionally, we would ask that this letter be made part of the record of MDL 2116.



                        Respectfully submitted,



                        /s/ Ronnie G. Penton
                        RONNIE G. PENTON (LA #10462)
                        PENTON LAW FIRM
                        209 Hoppen Place
                        Bogalusa, LA 70427
                        Telephone:      (985) 732-5651
                        Facsimile:      (985) 735-5579
                        Email:                  fedcourtmail@rgplaw.com
                        Counsel for Plaintiffs in "Carbine, et al v. Apple,
                        Inc, et al.", (Eastern District of Louisiana)

/s/ John R. Climaco

John R. Climaco (OH #0011456)
Patrick G. Warner (OH #0064604)
CLIMACO, LEFKOWITZ, PECA, WILCOX & GAROFOLI CO. LPA
55 Public Square
Suite 1950
Cleveland, OH 44113
Telephone:    (216) 621-8484
Facsimile:    (216) 771-1632
Email:        jrclim@climacolaw.com
Email:        pgwarn@climacolaw.com
Counsel for Plaintiffs in Sullivan et al v. Apple, Inc, et al., (Northern District of Ohio)


*/s/ Daniel E. Becnel, Jr.*

Daniel E. Becnel, Jr., LA Bar # 2926
Matthew B. Moreland, LA Bar # 24567
Becnel Law Firm, LLC
P.O. Drawer H
Reserve, LA 70084
985-536-1186
985-536-6445  (Facsimile)
dbecnel@becnellaw.com
mmoreland@becnellaw.com
Counsel for Plaintiff FrancisMonticelli, individually and on behalf of all others similarly situated


s/ David M. Cialkowski

David M. Cialkowski
(MN Bar No. 306526)
ZIMMERMAN REED, P.L.L.P.
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
Telephone:    (612) 341-0400
Facsimile:    (612) 341-0844
David.cialkowski@zimmreed.com
Counsel for Plaintiffs in Irving, et al v. Apple, Inc, et al., (District Court of Minnesota)

/s/Daniel L. Germain
Daniel L. Germain (CA# 143334)
Rosman & Germain LLP
16311 Ventura Boulevard
Suite 1200
Encino, CA  91436-2152
Telephone:      (818) 788-0877
Facsimile:      (818) 788-0885
Germain@lalawyer.com
Counsel for Plaintiffs in Williams et al v. Apple, Inc, et al., (Central District of California)


/s/ Mark Geragos
MARK GERAGOS
mark@geragos.com
SHELLEY KAUFMAN
kaufman@geragos.com
TAMAR ARMINAK
arminak@geragos.com
GERAGOS & GERAGOS
644 S. Figueroa Street
Los Angeles, CA 90017
Telephone:      (213) 625-3900
Facsimile:      (213) 625-1600
Counsel for Plaintiffs in Kamarian et al v. Apple, Inc, et al., (Central District of California)

/s/ Joel J.Schwartz
Joel J. Swartz #18652
Rosenblum, Schwartz, Rogers, Glass, P.C.
120 South Central Avenue
Suite 130
Clayton, Missouri 63105
120 S. Central, Suite 130
St. Louis, MO 63105
Telephone:      (314) 862-4332
Facsimile:      (314) 862-8050
E-Mail:          jschwartz@rsrglaw.com

/s/ Timothy A. Engelmeyer,
Timothy A. Engelmeyer, #39941
tim@epfirm.com
Anthony M. Pezzani, #52900
tony@epfirm.com
ENGELMEYER & PEZZANI, LLC
13321 N. Outer Forty Road, Suite 300
Chesterfield, MO  63017
Telephone:      636-532-9933
Facsimile:      314-863-7793
Counsel for Plaintiffs in Meeker, et al v. Apple, Inc,
et al., (Southern District of Illinois)
Counsel for Plaintiffs in Goette, et al v. Apple, Inc,
et al., (Eastern District of Missouri)


/s/ Frank E. Piscitelli, Jr.
Frank E. Piscitelli, Jr. (OH #0062128)
55 Public Square, Suite 1950
Cleveland, OH 44113
Telephone:      (216) 931-7000
Facsimile:      (216) 931-9925
Email:                      frank@feplaw.com
Counsel for Plaintiffs in Pietrangelo, et al v. Apple,
Inc, et al., (Northern District of Ohio)


/s/ D. Scott Kalish
D. Scott Kalish (OH #0063002)
SCOTT KALISH CO LLC
405 Western Reserve Bldg.
1468 West Ninth Street
Cleveland, Ohio 44113
Email:                      scottkalishcollc@cs.com
Counsel for Plaintiffs in Carr, et al v. Apple, Inc, et
al., (Northern District of Ohio)

  /s/ Brian R. Strange

Brian R. Strange
STRANGE **&** CARPENTER
12100 Wilshire Blvd., Suite 1900
Los Angeles, CA 90025
Telephone: (310) 207-5055
Facsimile: (310) 826-3210
E-mail: lacounsel@earthlink.net
Counsel for Plaintiff Philip Sterker


/s/ Brian J. Robbins

Brian J. Robbins  -
ROBBINS UMEDA LLP
600 B Street, Suite 1900,
San Diego, CA 92101
Telephone: (619)525-3990
Facsimile: (619) 525-3991
E-mail: notice@robbinsumeda.com
Counsel for Plaintiff Arturo Molina


/s/ Timothy Blood

Timothy Blood
COUGHLIN STOIA GELLER
RU-DMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
E-mail: timb@csgrr.com
Counsel for Plaintiff Arturo MoIina