**SCOTT BICKFORD** is a civil and criminal trial lawyer who has practiced for over 25 years. Mr. Bickford received his law degree and bachelor of arts degree from Tulane University. During his career he has had the opportunity to participate as a trial lawyer in the defense of several prominent criminal cases including two trials involving then Louisiana Governor Edwin Edwards as well as the successful defense of the U.S. Attorney for the Middle District of Louisiana Donald Beckner. He has also litigated several important election challenge cases including representing Senator Mary Landrieu before the United States Senate.

Important in Mr. Bickford's practice has been his representation of Louisiana Political Subdivisions, including Plaquemines Parish and several levee boards and school districts in an effort to remediate, reclaim and restore polluted marsh lands and to lobby for laws that protect the citizens of Louisiana from bearing the burden of the tons of waste left behind by the petroleum industry in our state. He was recently co-trial chair of the Murphy Oil Class Action and has been involved in several Katrina oil contamination cases.

Over the past 25 years Mr. Bickford has also represented hundreds of seamen and land based workers injured through their exposure to asbestos and other toxins. He was the lead counsel in the first of the Multi-district welding cases to be tried in Cleveland Ohio and presently represents welders in manganese poisoning cases. He has been a long time board member of the Louisiana Association of Justice and is a member of the St. Thomas More Inns of Court. He has appeared as a legal analyst on the O'Reilly Factor and local New Orleans television stations and continues to teach and lecture lawyers and law students on trial practice and other legal issues.

F:\USERS\SCOTTB\SPEECH\Biography 2009-12-07.wpd