UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: APPLE iPHONE 3G AND 3GS "MMS" MARKETING AND SALES PRACTICES LITIGATION | CIVIL ACTION NO. 2:09-md-02116 <br><br> MDL No. 2116 |
| THIS DOCUMENT RELATES TO: *Christopher Carbine, et al. v. Apple, Inc., et al.*, C.A. No. 2:09-5470, E.D. La. | DISTRICT JUDGE CARL J. BARBIER <br><br> MAGISTRATE JUDGE WILKINSON |

## CONSENT MOTION TO LIFT STAY

NOW INTO COURT, through undersigned counsel, comes Defendant, Apple Inc., and with consent of Plaintiffs, respectfully requests that the stay be lifted in *Carbine, et al. v. Apple, Inc., et al.*, C.A. No. 2:09-5470, pursuant to the transfer order of the Judicial Panel on Multidistrict Litigation ("the Panel").c  For the reasons set forth in the accompanying Memorandum in Support, Defendant, Apple, Inc., requests that this Court formally lift the stay in the above referenced case.

Respectfully submitted,

IRWIN FRITCHIE URQUHART & MOORE, LLC

/s/ Douglas J. Moore
QUENTIN F. URQUHART, JR. (#14475)
DOUGLAS J. MOORE (#27706)
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2101

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been electronically filed and served upon all known counsel of record by electronic service and/or U. S. mail, properly addressed, this the 6th day of January, 2010.

                                                           /s/ Douglas J. Moore