UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: APPLE iPHONE 3G AND 3GS "MMS" MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Christopher Carbine, et al. v. Apple, Inc., et al.*, C.A. No. 2:09-5470, E.D. La. | CIVIL ACTION NO. 2:09-md-02116<br><br>MDL No. 2116<br><br>DISTRICT JUDGE CARL J. BARBIER<br><br>MAGISTRATE JUDGE WILKINSON |

## MEMORANDUM IN SUPPORT OF CONSENT MOTION TO LIFT STAY

MAY IT PLEASE THE COURT.

Defendant, Apple, Inc., with consent of Plaintiffs, hereby submits its Motion to Lift Stay in *Carbine, et al. v. Apple, Inc., et al.*, C.A. No. 2:09-5470, pursuant to the transfer order of the Judicial Panel on Multidistrict Litigation ("the Panel"). For the reasons set forth more fully below, this Motion should be granted.

Apple launched the iPhone in the summer of 2007 with cellular service provided by AT&T Mobility, LLC ("ATTM"). On or about August 7, 2009, numerous lawsuits, including *Carbine*, were initiated by purchasers of the 3G and 3G-S model iPhones against both ATTM and Apple concerning the iPhone's Multimedia Messaging Service ("MMS"). On September 10, 2009, Defendant ATTM filed a motion pursuant to 28 USC § 1407 before the Panel seeking to have an MDL formed for coordinated pretrial proceedings of all iPhone MMS cases pending the United States District Courts.

On October 7, 2009, this Court granted Apple, Inc.'s Motion to Stay in *Carbine* pending a ruling by the Panel. Subsequently, on December 3, 2009, the Panel granted Defendant AT&T Mobility LLC's motion for transfer and centralization of this and eleven similar actions in *In Re: Apple iPhone 3G and 3GS "MMS" Marketing and Sales Practices Litigation* pursuant to 28 U.S.C. § 1407. Pursuant to the Panel's Transfer Order, this action has been transferred to the MDL No. 2116 before this Court for coordinated or consolidated pretrial proceedings. Due to the fact that the above referenced case has now been transferred to the MDL No. 2116 before this Court, it is proper to lift the stay.

For the reasons set forth herein above, Defendant, Apple Inc, respectfully requests this Court to lift the stay in the above referenced case.

        Respectfully submitted,

        IRWIN FRITCHIE URQUHART & MOORE, LLC

        /s/ Douglas J. Moore
        QUENTIN F. URQUHART, JR. (#14475)
        DOUGLAS J. MOORE (#27706)
        400 Poydras Street, Suite 2700
        New Orleans, Louisiana 70130
        Telephone: (504) 310-2100
        Facsimile: (504) 310-2101

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been electronically filed and served upon all known counsel of record by electronic service and/or U. S. mail, properly addressed, this the 6th day of January, 2010.

        /s/ Douglas J. Moore