UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: APPLE iPHONE 3G AND 3GS "MMS" MARKETING AND SALES PRACTICES LITIGATION | CIVIL ACTION NO.  2:09-md-02116<br><br>MDL No. 2116 |
| THIS DOCUMENT RELATES TO:<br>*Christopher Carbine, et al. v. Apple, Inc., et al.*, C.A. No. 2:09-5470, E.D. La. | DISTRICT JUDGE CARL J. BARBIER<br><br>MAGISTRATE JUDGE WILKINSON |

**ORDER**

Considering the foregoing Motion to Lift Stay filed, with consent of Plaintiffs, on behalf of Defendant, Apple, Inc.;

IT IS HEREBY ORDERED THAT the stay in the above-captioned proceeding is LIFTED pursuant to the transfer of said proceeding to the MDL No. 2116 before this Court.

THUS DONE AND SIGNED on this  8th  day of          January         , 2010.

_____
United States District Judge