UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: APPLE iPHONE 3G AND 3GS "MMS" MARKETING AND SALES PRACTICES LITIGATION | : MDL NO. 2116<br>:<br>: 2:09-md-2116<br>:<br>: SECTION: J<br>:<br>: JUDGE BARBIER<br>: MAG. JUDGE WILKINSON |

## ENTRY OF APPEARANCE

Jerrold S Parker, Jordan L Chaikin and Peter J. Cambs, Sr., of Parker Waichman Alonso LLP hereby enter their appearance as counsel for Plaintiff Janine R Novick, individually and on behalf of all others similarly situated, the matter of which is awaiting transfer into this Honorable Court from the USDC Middle District of Florida, Case No. 2:10-cv-2-FtM-36DNF.

By:   /s/ Jordan L. Chaikin  .
Jordan L. Chaikin
Florida Bar Number 0878421
**PARKER WAICHMAN ALONSO LLP**
3301 Bonita Beach Road, Suite 101
Bonita Springs, Florida 34134
Telephone: (239) 390-1000
Facsimile: (239) 390-0055
Email: jchaikin@yourlawyer.com

Jerrold S. Parker
Peter Cambs
**PARKER WAICHMAN ALONSO LLP**
111 Great Neck Road
Great Neck, New York 11021
Telephone: (516) 466-6500
Facsimile: (516) 466-6665
Email: jerry@yourlawyer.com
Email: pcambs@yourlawyer.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 12, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

      */s/ Jordan L. Chaikin*