UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: APPLE iPHONE 3G AND 3GS "MMS" MARKETING AND SALES PRACTICES LITIGATION | : MDL NO. 2116<br>:<br>: 2:09-md-2116<br>:<br>: SECTION: J<br>:<br>:<br>: JUDGE BARBIER<br>: MAG. JUDGE WILKINSON |

**ENTRY OF APPEARANCE**

Scott Wm Weinstein, J. Andrew Meyer and Tamra Givens of Morgan & Morgan, P.A., hereby enter their appearance as counsel for Plaintiff Jonathan Mejia, individually and on behalf of all others similarly situated, the matter of which is awaiting transfer into this Honorable Court from the Middle District of Florida, FLMD matter No. 8:09-cv-02582-JSM-TBM.

Respectfully submitted,

/s/ *Scott Wm Weinstein*
Scott Wm Weinstein, Esq.   FBN  563080
Morgan & Morgan, P.A.
12800 University Dr Ste 600
Fort Myers, Florida 339075349
Tel:  (239) 433-6880
Fax:  (239) 433-6836
sweinstein@forthepeople.com

J. Andrew Meyer, Esq.   FBN 56766
Tamra Givens, Esq.   FBN  657638
Morgan & Morgan, P.A.
One Tampa City Center
7th Floor
Tampa, FL 33602
Tel: (813) 223-5505

Fax: (813) 223-5402
ameyer@forthepeople.com
tgivens@forthepeople.com

*Attorneys for Plaintiff Jonathan Mejia, individually and on behalf of all others similarly situated*

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Scott Wm Weinstein