MINUTE ENTRY
BARBIER, J.
JANUARY 15, 2010
JS-10: 1 hr., 10 min.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | MULTI DISTRICT LITIGATION |
| APPLE IPHONE 3G AND 3GS MMS MARKETING AND SALES PRACTICES LITIGATION | NUMBER: 09-2116<br><br>SECTION: J |
| COURTROOM DEPUTY:<br>EILEEN STENSRUD | COURT REPORTER:<br>CATHY PEPPER |

FRIDAY, JANUARY 15, 2010  9:30 A.M.
JUDGE CARL J. BARBIER PRESIDING

### STATUS CONFERENCE

Court begins at 9:30 a.m.
Case called.
All present and ready.
Case management is discussed and deadlines are set.
Amendments are to be filed by the plaintiff by MAY 17, 2010.
Defendants are to file motions by JULY 19, 2010, not to exceed 50 pages.
Plaintiff's opposition to the motions are to be filed by AUGUST 19, 2010, not to exceed 50 pages.
Discovery briefs are to be filed simultaneously by FEBRUARY 23, 2010, not to exceed 30 pages.
Responses to discovery are to be filed simultaneously by MARCH 2, 2010, not to exceed 15 pages.
Plaintiffs are to submit the names of those on the executive committee by JANUARY 25, 2010.
A status conference is set for MARCH 12, 2010 at 9:30 a.m.
Court adjourns at 10:40 a.m.

ATTORNEYS: See attached.