# CONFERENCE ATTENDANCE RECORD

DATE: 1/15/10                TIME: 9:30 am

CASE NAME: Apple iPhone

CIVIL DOCKET NO. _____          CRIMINAL DOCKET NO. _____

**CIRCLE ONE:**           STATUS    PRE-TRIAL    SETTLEMENT

**ATTORNEYS PRESENT: (Please PRINT your name, telephone number and the party you represent)**

| Name | Phone | Party |
|---|---|---|
| Larry Centola | 504/581-5065 | Plaintiff |
| Scott Bickford | | πs |
| Ronnie Penton | | πs |
| Stephen B. Murray, Sr. | 525-8100 | |
| Quentin F. Urquhart, Jr | | Apple |
| Douglas J. Moore | | " |
| Penelope Predvulos | | " |
| Heather Moser | | " |
| Daniel E. Becnel Jr | | πs |

# CONFERENCE ATTENDANCE RECORD

DATE: _____     TIME: _____

CASE NAME: _____

CIVIL
DOCKET NO. _____

CRIMINAL
DOCKET NO. _____

CIRCLE ONE:     STATUS     PRE-TRIAL     SETTLEMENT

ATTORNEYS PRESENT: (Please PRINT your name, telephone number and the party you represent)

| | | |
|---|---|---|
| DAVID M. CIALKOWSKI | (612) 341-0400 | Kyle Irving, Tim Williams Plaint |
| ANITA M. JASKOT | (212) 752-3380 | Francis Monticelli, Plaintiff |
| E. KIRK WOOD | (205) 612-0243 | Greg Davis - Plaintiff |
| Timothy G. Blood | 619-338-1100 | Arturo Molina - π |
| PETER J. CAMBS | 239-293-9095 | Novick π |
| Daniel L. Germain | 818-788-0877 | Williams - Plaintiff |
| Stephen Murray, Jr. | 504-525-8100 | π's |
| Tim Engelmeyer | 636-532-9933 | Plaintiffs |
| MAX C. MARX | 225 223.2499 | PLAINTIFFS FRANKLIN, etc |

# CONFERENCE ATTENDANCE RECORD

DATE: _____       TIME: _____

CASE NAME: _____

CIVIL
DOCKET NO. _____

CRIMINAL
DOCKET NO. _____

<u>CIRCLE ONE:</u>       STATUS     PRE-TRIAL     SETTLEMENT

**ATTORNEYS PRESENT:** (Please PRINT your name, telephone number and the party you represent)

JAMES DUGAN, 504-648-0180, Plaintiffs
JOEL SCHWARTZ, 314-862-4332, Necker, Goerre, Bcav (Plaintiffs)
PATRICK WARNER (614) 226-4077 Climaco, Lefkovitz P&H
Joel R Climaco 216-621-8484      "      Wilcox & Galotori
Frank E Piscitelli Jr. 216 931-7000 Piscitelli Law Firm
Gary Douglas 212 566 7500 Douglas & London
Virginia Anello 212-566-7500 π's Douglas & London (π)
Gary Russo 337-262-9000 ATTM
Kathleen Sooy 202-624-2608    "
Tracy Roman 202-624-2651    "
Michael Ecuyer 504-522-2304   π

# CONFERENCE ATTENDANCE RECORD

DATE:_____    TIME:_____

CASE NAME:_____

CIVIL  
DOCKET NO. _____

CRIMINAL  
DOCKET NO. _____

CIRCLE ONE:          STATUS    PRE-TRIAL    SETTLEMENT

ATTORNEYS PRESENT: (Please PRINT your name, telephone number and the party you represent)

J. Andrew Meyer    813-223-5505    π's

Bill R Strong    3/2-20 2.5055    π

_____

_____

_____

_____

_____

_____