UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:   APPLE iPHONE 3G AND 3G-S "MMS"          MDL DOCKET NO. 2116
         MARKETING AND SALES PRACTICES
         LITIGATION                              SECTION: J

THIS DOCUMENT RELATES TO ALL CASES              JUDGE BARBIER

                                                MAG. JUDGE WILKINSON

<u>**ORDER**</u>

Considering the foregoing Motion to Appoint Plaintiffs' Liaison Counsel and Plaintiffs'
Executive Committee:

**IT IS HEREBY ORDERED** that Scott R. Bickford is appointed as Plaintiffs' Liaison
Counsel.

**IT IS FURTHER ORDERED** that John R. Climaco, Stephen B. Murray, Sr., and Ronnie
G. Penton are appointed as members of the Plaintiffs' Executive Committee.

Signed this _____ day of _____, 2010, in New Orleans, Louisiana.


                    _____
                              J U D G E