Scott R. Bickford
**Martzell & Bickford**
338 Lafayette St.
New Orleans, LA 70130

Scott R. Bickford graduated from Tulane University with a B.A. in Political Science (1978) and from Tulane Law School (1982). He has been admitted to practice law in Louisiana, Texas and Colorado. He is the managing principal of Martzell and Bickford.

**Principal area of practice**: Environmental and toxic tort law, maritime, malpractice litigation and criminal defense. Also, participate in the litigation of election contests.

**Teaching and Seminar Presentations:**

**Chinese Dry Wall Legal Considerations, Ryan Environmental**Volunteer LARRY HELP HERE Adjunct Instructor, Tulane Law School (2008); Tulane Law School, Professional and Ethics Seminar for Incoming Students (2004 to present); *Girls Gone Wild: Privacy Rights in a Public World,* Louisiana Trial Lawyers Seminar (December 2004); Program Director, Louisiana Trial Lawyers Aspen Seminar (2000 - 2001); *Legal Ethics in an Environmental Practice*: Tulane Environmental Law Conference, New Orleans, LA (March 2001); May 1, 2000 *Ethical Issues in Settlements*, Asbestos Litigation, New Orleans, LA (May 2000); *Settlement Tactics and Presentation*; Conference: Maritime Law in the 90's, Tulane Law School in New Orleans, LA (September 1994); *Ethics of Client Solicitation*, Tort & Insurance Practice Section, American Bar Association, New Orleans, LA (August 1994); *Key Issues in Wetlands Regulations* (six hour course), Louisiana Wetlands Seminar New Orleans, LA (July 1994); Coordinator/Instructor, Peoples Law School, Tulane University and the Louisiana Trial Lawyers ( 1989 to 1991).


**Publications**:

"Restricting Lawyers' Solicitation of Victims," ABA The Brief, Vol. 25 No. 7, 1995.

**Memberships and Appointments**

Board of Governors Louisiana Trial Lawyers (1987-1991) (2000 to present)

In Re: Apple iPhone 3G and 3GS MMS Marketing and Sales Practices Litigation     Doc. 16 Att. 2

St. Thomas More Inns of Court (1998 to present)

Assistant Bar Examiner, Louisiana Bar Association, Code I (1990 to present)

Co-Chair Mayor-elect Nagin Transition, Legal Services Task Force (2001)

Committee Member, Creditors Committee, Babcock and Wilcox Bankruptcy (2001 to 2005)

Court Appointed Liquidator, Ardoin & Tanet Law Firm

Special Counsel to New Orleans City Council on City Sales Tax

Lead Counsel for 2008 Louisiana Senatorial Election, Senator Mary Landrieu

Lead Counsel for 2008 Protect the Vote (federal congressional elections), State of Louisiana



EXHIBIT

A

Dockets.Justia.com

**Significant Litigation**:

Co-Trial Chair of *Turner v. Murphy*: Murphy Oil Class Action

Lead Counsel, Woody Jenkins vs. Senator-elect Mary Landrieu (election contest)

Lead Counsel, In re: United States Senate in the Matter of the Senate Seat from Louisiana, 105th Congress (election contest)

Jackie Clarkson vs. Troy Carter (election contest)

USA vs. Edwin Edwards, et al (criminal trial)

State of Louisiana vs. Texaco, et al; (counsel for Sen. Russell Long)(oil and gas)

USA vs. Donald Beckner (criminal trial)

Johnson vs. Ashland Oil, Co., et al. (asbestos litigation)

Lead Counsel, Mullins v. Treasure Chest Casino 186 F.3d 620, 5th Cir.(La.) (Certified Jones Act Class Action involving toxic air exposures)

Lead Counsel, *Solis vs. Lincoln*: MDL Welding Fume Litigation ( Bellwether MDL trial)

Lead Counsel, *Frelich vs. Shell*: Federal Class Action: Oil spill

Lead Counsel, *Blanchard vs. Sundown*: Federal Class Action: Oil Spill

Lead Counsel, *Tinson v. Bass:* Federal Class Action: Oil Spill

Lead Counsel, *Hannon v.Waterman* Steamship Co., (EDLA - over 300 consolidated maritime asbestos cases )


**Major Environmental Representations**

LaFourche Basin Levee District - wetlands contamination

West Jefferson Levee District - wetlands contamination

Plaquemines Parish - Special appointed counsel for parish wide litigation of wet lands contamination

Lafourche Parish School Board - wetlands contamination

St. Mary's Parish School Board - wetlands contamination

Vermilion Parish School Board - Oil Royalties Litigation


**Volunteer and Charitable Organizations:**

Member LSBA Committee on the Profession (2007-present)

Chair/Board member Project Lazarus (1996-2002)

Alumnus Advisor/ Board Member, Kappa Sigma Fraternity (1986 to 1989)(2001 to Present)

**Personal:**

Born February 14, 1956

Interests: Sailing, Skiing, Music

# CURRICULUM VITAE

## JOHN R. CLIMACO
## January 1, 2010

John R. Climaco, a 1967 graduate of Case Western Reserve University Law School, began his career as a sole practitioner which eventually evolved into Climaco, Lefkowitz, Peca, Wilcox & Garofoli Co., L.P.A., currently a 14-member law firm with offices in Cleveland and Columbus, Ohio and Minneapolis, Minnesota.

John has been licensed to practice law in the State of Ohio for 43 years. He is admitted to practice in the United States District Court, Northern District and Southern District of Ohio; Southern District of California, Eastern District of New York; Eastern District of Michigan; Eastern District of Texas; U.S. Court of Appeals, Sixth Circuit Cincinnati; U.S. Court of Appeals, Second Circuit, New York; U.S. Court of Appeals, Seventh Circuit, Chicago; U.S. Tax Court; U.S. Supreme Court.

The National Law Journal named him one of the 100 most powerful lawyers in the United States.

John devotes the majority of his time to General and Complex Litigation, including Class Actions, Securities and ERISA litigation, Mass Torts, Environmental, Toxic Tort, White Collar, Criminal and Civil RICO, and Public Law matters.

John has represented:

- Sammy Davis, Jr., 1974 until his untimely death in May, 1990
- Special Counsel, Kent State University, 1974 -1994 and 2008-date
- General Counsel, International Brotherhood of Teamsters, 1984 to July 1988
- The State of Ohio; City of Cleveland; and, Cleveland Board of Education
- Special Counsel to the Cuyahoga County Prosecutor's Office
- Police Officers for over thirty (30) years. He served as Counsel to the Ohio Patrolmen's Benevolent Association comprised of 6000 police officers in 35 counties throughout the State of Ohio and currently serves as Civil Counsel to the Cleveland Fraternal Order of Police, Lodge No. 8.

## Precedent Decisions

*Herm, et al. v. Stafford, et al.*, 461 F. Supp. 515 (1978), 601 F.2d 588 (6th Cir. 1979) established two year statute of limitations in S.E.C. Rule 10b-5 security fraud litigation.

*Inland Refuse Transfer Co., et al. v. Browning-Ferris Industries of Ohio, Inc., et al.*, 15 Ohio St.3d 321 (1984) parole evidence is admissible in a contract dispute where the contract is not clear and unambiguous.

*William E. Brock, Secretary of Labor v. Loran W. Robbins, et al.*, 830 F.2d 640 (7th Cir. 1987)

*Albrecht v. Treon*, 118 Ohio St. 3d 348 (2008). Recently, John acted as Special Counsel to the Cuyahoga County Prosecutor's Office in a putative plaintiff and defendant class action suit filed in the United States District Court for the Southern District of Ohio against 87 county coroners and/or medical examiners in the state of Ohio who had removed, retained and disposed of body parts (brain) without prior notice to the next of kin. This was a long-standing practice involving thousands of potential claims and $100 Million dollars in damages. During meetings with attorney representatives of Ohio's 87 counties, John advocated an aggressive litigation strategy including seeking certification of a question of state law to the Ohio Supreme Court. While other attorneys objected, John's certified question of state law strategy was pursued. The Ohio Supreme Court found the next of kin of a decedent upon whom an autopsy had been performed do not have a protected right under Ohio law to the decedent's tissues, organs, blood, or other body parts that have been removed and retained for forensic examination and testing. Based on the Ohio Supreme Court's answer to the certified question of state law. the United States District Court for the Southern District of Ohio recently dismissed Plaintiffs' putative class action lawsuit. *Albrecht v. Treon, et al.*, 2009 WL 1373112.


### $196 Billion Dollar Class Action Settlement Against the Tobacco Industry

From 1994 to date, John R. Climaco has been a member of the Castano Plaintiff's Legal Committee serving as acting Chairman of the PLC and Co-Chairman of various committees, including the Discovery, Trial and Fee Committees. In 1994, the Castano class action was the first class action litigation filed against the tobacco industry, which eventually resulted in the historic $196 Billion settlement with the tobacco industry. In 2000, CLPW&G and the other 50 Castano law firms received the "Breath of Life Award" from the American Lung Association for their work.

John continues as a member of the Castano discovery/trial team in *Scott, et al. vs. The American Tobacco Company, Inc., et al.*, Class Action Claim No. 96-8461 in the Civil District Court of Louisiana, Parish of Orleans where a jury awarded and the Supreme Court of Louisiana affirmed all Louisiana smokers right to participate in a Tobacco Industry paid Smoking Cessation Programs.

John is co-counsel in the Coordination Proceeding Special Title (Rule 1550(b)) *In Re: Tobacco Cases II* in the Superior Court of the State of California for the County of San Diego, Case No. 711400. This matter alleges the cigarette manufacturers violated section 17200 of California's Unfair Competition Laws ("UCL"). On May 18, 2009, the California Supreme Court reversed the court of appeals decertification of a class of California residents who smoked one or more cigarettes and were exposed to the cigarette manufacturers' fraudulent marketing and advertising activities. This recent precedent setting decision has been widely reported as preserving the California UCL.


### Million Dollar Jury Verdicts and Settlements

On March 22, 1992, John was appointed by Thomas J. Lambros, former Chief Judge of the United States District Court, Northern District of Ohio as a member of the Plaintiffs' Steering Committee and Trial Counsel in a case against USAir arising out of the crash of Flight 405 at LaGuardia Airport in March,

1992, *In Re: Air Disaster at New York LaGuardia Airport on March 22, 1992,* MDL Docket No. 936 (Multi-Million Dollar Plaintiffs' verdicts).

In 1999 John served as Class Counsel in *Brack, et al. vs. General Motors Corporation,* Case No. CV 98 04046, Superior Court of New Mexico, County of Bernalillo (National Product Liability Settlement).

February 1, 2001, John was appointed a member of the Plaintiffs' Steering Committee and Co-Chairman of the Discovery and Trial Committees In Re: Baycol Litigation Products, MDL 1431, U.S. District Court of Minnesota. ($1.2 Billion in Settlements to date).

July 6, 2001, Judge Kathleen O'Malley also appointed John as Co-Lead and Class Counsel in In Re: Inter-Op Hip Prosthesis Liability Litigation, MDL No. 1401, U.S. District Court, Northern District of Ohio, Eastern Division ($3.2 Billion Settlement).

July 25, 2002, Honorable Kathleen M. O'Malley, United States District Court, Northern District of Ohio, Eastern Division appointed John a member of the Executive Committee in In Re: Scrap Metal Antitrust Litigation, Case No. 1:02CV0844.

March 28, 2003 ($92.4 Million Settlement - the 42nd largest security fraud settlement in history). Honorable Donald C. Nugent appointed John as Co-Lead Counsel *In re: OM Group Securities Litigation,* Case No. 02CV-2163, U.S. District Court, Northern District of Ohio, Eastern Division

September 16, 2003, the Honorable Kathleen M. O'Malley appointed John nationwide Liaison Counsel in In Re: Welding Rod Products Liability Litigation, MDL No. 1535, U.S. District Court, Northern District of Ohio, Eastern Division. John also serves on the Class Action, Discovery & Trial Committees.

December 5, 2007 ($20.5 Million dollar Verdict), John was Lead Trial Counsel in *Tamraz v. Lincoln Elec. Co.,* United States District Court, Northern District of Ohio, Eastern Division Case No. 1:04-CV-18948, *In re: Welding Fume Products Liability Litigation,* Case No. 1:03-CV-17000 (MDL Docket No. 1535). This is by far the largest of only five Welding Fume Plaintiff verdicts to date.

2006 - John was Co-Lead Counsel in the matter *Opperman, et al. v. Cellco Partnership d/b/a Verizon Wireless,* Case No. BC 326764, Superior Court of the State of California for the County of Los Angeles which was a matter alleging consumer fraud claims on behalf of a national class. The Court approved a national class action settlement on behalf of consumers who activated Verizon wireless cellular service for a Motorola V710 telephone on or before January 31, 2005.

September 3, 2008, ($37.5 Million global settlement) State of Ohio Attorney General Marc Dann appointed CLPW&G co-counsel with Bernstein Litowitz Berger & Grossmann LLP for court-appointed Lead Plaintiff the State Teachers Retirement System of Ohio in the matter *In re Scottish Re Group Securities Litigation,* U.S.D.C. S.D. NY, Case No. 06-cv-5853 SAS.

John was appointed Co-Lead and Liaison Counsel in the matter *In Re: Inphonic, Inc. Wireless Phone Rebate Litigation,* MDL Docket No. 1792 (D.D.C.), District Of Columbia, Case No. 06-528. Following Inphonic filing for bankruptcy, an initial settlement was negotiated.

2010 - John is one of five class counsel in a national class action matter against The Dannon Co. in *Gemelas v. The Dannon Co., Inc., et al.*, U.S.D.C. N.D. Ohio, Case No. 1:08-cv-236 alleging violations of the consumer protection laws on behalf of a national class of consumers arising from Dannon's contention that its DanActive yogurt is "scientifically and clinically proven" to aid digestion. A $45 Million national class settlement is pending approval which includes injunctive relief removing the "scientifically and clinically proven" language.

John is currently pursuing class actions against:

Giant Eagle in the matter *Marreli v. Giant Eagle, Inc.*, U.S.D.C. N.D. Ohio, Case No. 1:09-cv-1046 alleging violations of the consumer protection laws;

Countrywide Financial Corp. in the matter *In re: Countrywide Financial Corp. Customer Data Security Breach Litigation*, MDL 1998;

General Mills in *Julie Fitzpatrick, et al. v. General Mills, Inc., et al.*, United States District Court Southern District of Florida, Case No. 09-Civ-60412, consumer fraud involving false advertising for Yoplait Yogurt; and

*Melissa Brock, et al. v. General Mills, Inc., et al.*, United States District Court Northern District of Ohio, Case No. 1:10CV00060, consumer fraud involving false advertising for Yoplait Yogurt.

August 20, 2009, United States District Judge Ann Aldrich appointed John as National Liaison Counsel in In re: Oral Sodium Phosphate Solution-Based Products Liability Action, Case No. 1:09-sp-80000, (MDL Docket No. 2066), United States District Court, Northern District Of Ohio, Eastern Division.

John served on the Discovery and Scientific Committees In Re: Propulsid Products Liability Litigation, MDL No. 1355, U. S. District Court, Eastern District of Louisiana.

John was also involved as a PSC "Common Benefit" attorney In Re: Diet Drugs Products Liability Litigation, MDL No. 1203, U.S. District Court, Eastern District of Pennsylvania.

Judge John R. Adams appointed John as Liaison Counsel in *In Re: The Goodyear Tire & Rubber Company Securities Litigation*, Case No. 5:03CV2166, United States District Court, Northern District of Ohio, Eastern Division.

John has lectured on trial preparation and practice, RICO, ERISA, Mass Torts, Class Actions, MDL Proceedings, white collar criminal defense, labor and employment law throughout the country including the Stetson University College of Law's Annual Conference; the New York City Bar Association; the Aspen, Colorado Advanced Criminal Law Institute; the Case Western Reserve College of Law-CLE Program; the Health Care Section Conference of the Cleveland Bar Association; the Columbus Bar Association's Annual Litigation Institute; the Institute of Business Law of California State University, Los Angeles and the Ohio CLE Institute. In January and May 2001, he was a panel member in the Mealey's Baycol Seminar in San Diego, California. On October 24, 2003 John was a Keynote Speaker at the Fourth Annual Class Action/Mass Tort Symposium in New Orleans sponsored by the Louisiana State Bar

Association. On November 16, 2004, he was a panel member at the American Conference Institute's Welding Rod Litigation Conference in New Orleans.

He has also appeared on local and national radio and television, including *The Phil Donahue Show, Larry King Live, Night Line, Good Morning America,* and *The Greta Van Susteren Show* discussing various legal issues.

John is a Life Member of the Judicial Conference of the United States Court of Appeals for the Sixth Circuit, as well as a Charter and Life Member of the Judicial Conference of the Eighth Judicial District of Ohio. United States District Court Judge Donald C. Nugent appointed John as a Member of the Advisory Group to the United States District Court for the Northern District of Ohio.

John is a member of the Justinian Forum which serves as a professional organization for attorneys and judges of Italian heritage in Northern Ohio and the Northern Ohio Italian-American Foundation ("NOIA").

In 1992 and 1997, the Center for Mental Retardation selected John to receive the Service to the Center Award. In 2003 he received an award for outstanding commitment to individuals with MR/DD. He currently serves on the Board of Our Lady of the Wayside. In 2006 he received the Above and Beyond Award from North Coast Community Homes. In 2008, Our Lady of the Wayside honored John with the Starlight Guardian Humanitarian Award – celebrating those who embrace the spirit of giving.

On May 6, 2000 John received the **Ellis Island Medal of Honor.**

John has been married to Carolyn for 44 years. John and Carolyn have two children, John and Nicole. John M. is married to Laura. They have a five year old son, John Nicholas and Athena, newly born. Nicole is 34. Nicole is MR/DD and works four (4) days per week in John's office. John M. is also an attorney. He is one of the founders and the President and CEO of Axial Biotech, a genetic research company in Salt Lake City, Utah. Axial Biotech recently discovered the gene which causes scoliosis and developed a DNA test to diagnose it.

# CURRICULUM VITAE

## STEPHEN BARNETT MURRAY
## MURRAY LAW FIRM
Suite 1100, Poydras Center
650 Poydras Street
New Orleans, Louisiana 70130
504.525.8100 - Telephone
504.584.5249 - Facsimile
smurray@murray-lawfirm.com

**PERSONAL INFORMATION:**
Born: Atlanta, Georgia
August 25, 1941
Married to Patricia Rivet Murray
Four children

**EDUCATION:**

| | |
|---|---|
| High School diploma | Ridgewood Preparatory School |
| Bachelor of Arts | University of New Orleans |
| Juris Doctor | Tulane University School of Law, 1968 |

Admitted to the Louisiana State Bar -- 1968

Louisiana Bar No. 9858

Admitted to practice before the United States Supreme Court --1979

Admitted to practice in the United States District Court for the Eastern District of Louisiana -- 1968

Admitted to practice in the United States District Court for the Middle District of Louisiana -- 1968

Admitted to practice in the United States District Court for the Western District of Louisiana -- 1969

Admitted to practice before the United States Court of Appeals for the Fifth Circuit -- 1981

Admitted to practice before the United States Court of Appeals for the Eleventh Circuit -- 1997

**HONORS:**
Trial Lawyer of the Year Finalist – 2005
Trial Lawyers for Public Justice - 2005
Best Lawyers in America – 1986-present
SuperLawyers 2008, 2009, 2010

**EMPLOYMENT:**    Murray Law Firm (formerly Murray, Murray, Braden, Ellis and Landry) -- 1970 to present

Adjunct Associate Professor of Law, Tulane University School of Law -- 1977-1990

Assistant City Attorney, Chief of Criminal Division, New Orleans, Louisiana -- 1970-1978

Assistant District Attorney, Parish of Orleans -- 1968-1969


**PROFESSIONAL ASSOCIATIONS:**    Member, Louisiana State Bar Association;

American Bar Association;
Louisiana Association for Justice
New Orleans Criminal Bar Association;
Mississippi Trial Lawyers Association;
The American Association for Justice;
American Judicature Society;
Board of Directors, Trial Lawyers for Public Justice -- 1995 to 1996;
Member, Law Reform Committee -- Section of Insurance, Negligence and Compensation Law of Louisiana State Bar Association -- 1982-1984;
House of Delegates, Louisiana State Bar Association -- 1983-1984;
Chairman, Clients' Security Fund Committee, Louisiana State Bar Association -- 1980-1981;
President, Louisiana Trial Lawyers Association -- 1977-1978;
Member, Board of Governors, Association of Trial Lawyers of America -- 1978-1981 and 1983-1988;
Certified as a Trial Advocate by the National Board of Trial Advocacy;
Member, Committee on Complex Litigation by appointment of the Louisiana Supreme Court -- 1995 to present;
Fellow, International Society of Barristers – 2000-present

**OTHER
ASSOCIATIONS:**   Vice-president, New Orleans Urban League -- 1975-1978

**ADVISORY
BOARDS:**   University of New Orleans, Board of Visitors 1996-2001
Chairman, New Orleans Aviation Board -- 1988-1990

Member, New Orleans Aviation Board -- 1986-1988
Mayor's International Council -- 1987- 1990
Member, Board of Advisors, Louisiana State University
    Law Center -- 1978-1979

## STEPHEN B. MURRAY

Stephen B. Murray is the senior partner in the Murray Law Firm of New Orleans. He is a 1968 graduate of Tulane Law School, where he has served as an adjunct associate professor. Mr. Murray is past-president of the Louisiana Association for Justice (formerly Louisiana Trial Lawyers' Association) and past-governor of the American Association for Justice (formerly Association of Trial Lawyers of America). His practice is concentrated in the area of plaintiff personal injury litigation, mass tort, and class action litigation. He was on the plaintiffs' legal committee for the Continental Grain Elevator explosion; he was lead counsel by appointment of the transferee court in *In re Ocean Ranger*, MDL 508; he was trial attorney for the families of thirteen victims of the crash of Pan Am Flight 759, *In re Pan American Flight 759*, MDL 516; he also appeared as Objectors' Counsel in the matter of *In re Prudential Bache Energy Income Partnerships*, MDL 888. Mr. Murray served as plaintiffs' lead counsel by appointment of the Eastern District of Louisiana in *In re Shell Norco Explosion*, No. 88-1935 (E.D. La.); this case was settled for a cash payment of more than $200 million following several years of contested litigation.

Mr. Murray served as plaintiffs' class counsel by appointment of the Court in *In re Ford Motor Company Vehicle Paint*, MDL 1063. He is currently serving as a member of the Plaintiffs' Liaison Committee and Executive Committee by appointment of the Court in *Sharon Hollaway v. Gaylord Chemical Corporation, et al*, No. 73,341 in the 22nd Judicial District Court, Parish of Washington, Louisiana, which involves the claims of more than 20,000 persons following a nitrogen tetroxide explosion in Bogalusa, Louisiana. Mr. Murray has been appointed to serve as one of the Class Counsel in the Civil District Court, Parish

of Orleans, in the *Gloria Scott v. American Tobacco* class action litigation. He was appointed by the Court to serve as one of the class counsel for more than 10,000 claimants in the 1994 *Occidental* chlorine explosion in St. Charles Parish and also appointed to serve as one of the class counsel in the 1995 *Koch Nitrogen* explosion in St. Charles Parish. He was appointed to serve as class counsel in the *Amusement (Cable Television) Sales Tax* class action in Orleans Parish, Louisiana, and the *Agriculture Street Landfill* class action involving the claims of more than 2,000 persons living on an EPA "Superfund" Site.

Mr. Murray successfully represented a class of property owners in litigation against Ford Motor Company in Muscle Shoals, Alabama, involving extensive PCB ground water contamination. Mr. Murray is also a member of the Plaintiffs' Legal Committee in the pending Louisiana class action litigation against American Home Products Corporation involving the claims of more than 10,000 Louisiana women who were implanted with the Norplant® contraceptive device.

In addition to his extensive litigation practice, Mr. Murray is a frequent guest speaker and lecturer for Continuing Legal Education credit in the States of Louisiana and Mississippi, especially on the subject of ethics and class action litigation.

## MASS TORT AND CLASS ACTION LITIGATION
## EXPERIENCE OF STEPHEN B. MURRAY

(1)     In Re: Continental Grain Elevator Explosion
        USDC – Eastern District of Louisiana
        MDL No. 392
        Member of Plaintiffs' Legal Committee

(2)     In Re: M/V OCEAN RANGER Sinking
        USDC – Eastern District of Louisiana
        MDL No. 508
        Member of Plaintiffs' Legal Committee

(3)     In Re: Air Crash Disaster at New Orleans, LA on 7/9/82
        (Crash of Pan Am Flight 759)
        USDC – Eastern District of Louisiana
        MDL No. 516
        Represented families of 13 crash victims

(4)     In Re: Prudential-Bache Energy Income Funds Litigation
        USDC – Eastern District of Louisiana
        MDL No. 888
        Plaintiffs' Local Counsel

(5)     In Re: Shell Norco Refinery Explosion
        USDC – Eastern District of Louisiana
        Civil Action No. 88-1935
        Member of Plaintiffs' Legal Committee, Class Counsel

(6)     In Re: Asbestos Plaintiffs v. Borden, Inc., et al
        Civil District Court for the Parish of Orleans
        Civil Action No. 91-18397, Division "Ad Hoc"
        Trial counsel for several thousand shipyard workers in asbestos-related
        cases

(7)     Gloria Scott, et al v. The American Tobacco Company, et al
        Civil District Court, Parish of Orleans. Class action alleging
        Civil Action No. 96-8641
        Class Counsel, Member of Plaintiffs' Steering Committee

(8)  Fred J. Cassibry, et al v. The City of New Orleans, et al
     (Cox Cable Amusement Tax class action litigation)
     Civil District Court for the Parish of Orleans
     Civil Action No. 93-14688, Section "M"
     Class Counsel, Member of Plaintiffs' Legal Committee

(9)  Russell Price, et al v. Ciba-Geigy Corporation
     (Galecron® class action litigation)
     USDC – Southern District of Alabama, Southern Division
     Civil Action No. 94-0467-B-S
     Plaintiffs'/Intervenors' Counsel

(10) John Johnson, et al v. The Orleans Parish School Board, et al
     (Agriculture Street Landfill class action litigation)
     CDC – Orleans Parish, Louisiana
     Civil Action No. 93-14333, c/w 95-1050 Section "J"
     Class Counsel, Plaintiffs' Liaison Counsel

(11) Dorman O. Crowe, et al v. Winn Dixie of Louisiana, Inc., et al
     (Legionnaires Disease litigation)
     22nd Judicial District Court, Parish of Washington
     Civil Action No. 64,215, Division "B"
     Member of Plaintiffs' Legal Committee

(12) In re MasterCard International, Inc. Internet Gambling Litigation (MDL-1321);
     In re Visa International Association Internet Gambling Litigation (MDL-1322)
     USDC - Eastern District of Louisiana
     Class Counsel

(13) In Re: Ford Bronco II Litigation (MDL 991)
     USDC - Eastern District of Louisiana
     Co-Lead Counsel

(14) In Re: Chemical Release at Bogalusa, Louisiana
     22nd Judicial District Court, Parish of Washington
     Civil Action No. 73,341, Division "C"
     Member of Plantiffs' Legal Committee

(15) Gail M. Clement, et al v. Occidental Chemical Corp.
     29th Judicial District Court, Parish of St. Charles
     Civil Action No. 42,624, Division "E"
     Class Counsel, Member of Plaintiffs' Steering Committee

(16)     Eric Vizena, et al v. Union Pacific Railroad Company
         (Eunice Train Derailment)
         USDC – Western District of Louisiana, Lafayette-Opelousas Division
         Civil Action No. 00-1267
         Member of Plaintiffs' Steering Committee

(17)     Gloria B. Martello v. City of Ferriday, et al
         7th Judicial District Court, Parish of Concordia
         Civil Action No. 36,358, A
         Class Counsel

(18)     In Re: Propulsid Products Liability Litigation
         MDL No. 1355, Section "L"
         USDC – Eastern District of Louisiana
         Member of Plaintiffs' Steering Committee

(19)     In Re: Industrial Life Insurance Litigation
         USDC - Eastern District of Louisiana
         MDL, 1371, c/w MDL 1382, 1390, 1391 and 1395
         Member of Plaintiffs' Steering Committee

(20)     In Re: Vulcan Chemicals Litigation
         01-MD-1-A-M2
         USDC - Middle District of Louisiana
         Member of Plaintiffs' Steering Committee

(21)     In Re: Phenylpropanolamine (PPA) Litigation
         MDL 1407
         USDC - Western District of Washington at Seattle
         Member of Plaintiffs' Steering Committee

(22)     In Re: Baycol Products Liability Litigation
         MDL No. 1431
         USDC - District of Minnesota
         Member of Plaintiffs' Discovery Committee

(23)     In Re: Vioxx Products Liability Litigation
         MDL No. 1657
         USDC - Eastern District of Louisiana
         Co-Vice Chair - Law, Briefing & Class Committee

(24)    Clark A .Gunderson, MD., et al
        v.  F.A. Richard & Associates, Inc., et al
        14th Judicial District Court, Parish of Calcasieu
        Civil Action No.  2004-002417 "D"
        Class Counsel

(25)    Terri Davis, et al v. American Home Products (Norplant)
        Civil Distrct Court for the Parish of Orleans
        Civil Action No. 94-11684 , 9412699 c/w 95-3139 "K"
        Class Counsel

(26)    Goudeau, et al v. The Administrators of the Tulane Educational Fund
        Civil District Court for the Parish of Orleans
        Civil Action No. 2004-4758 "J"
        Class Counsel

(27)    In Re:  Zyprexa Drug Litigation
        MDL 1596
        USDC - Eastern District of New York
        Class Counsel

(28)    Guidry, et al v. American Public Life Insurance Company, et al
        14th Judicial Court, Parish of Calcasieu
        Civil Action No. 2008-3465 "G"
        Preliminarily Approved Class Counsel

**CURRICULUM VITAE**
**Revisions Through 01-18-10**

## <u>BIOGRAPHICAL</u>

NAME:                      Ronnie Glynn Penton
BIRTHDATE:             May 8, 1953
BIRTHPLACE:           Bogalusa, Louisiana

PRESENT ADDRESS:     1218 Founder's Drive, Bogalusa, Louisiana 70427

HOME PHONE:            (985) 735-0621

| PROFESSIONAL ADDRESS: | MAIN OFFICE: | 209 Hoppen Place |
| | | Bogalusa, LA 70427 |
| | | PHONE    985-732-5651 |
| | | FAX       985-735-5579 |
| | BOGALUSA, LA | 503 Georgia Avenue |
| | CLASS ACTION OFFICES: | Bogalusa, LA 70427 |
| | | PHONE    985-735-6655 |
| | | FAX       985-735-6665 |
| | PICAYUNE, MS OFFICES: | 814 South Haugh Street |
| | | Picayune, MS 39466 |

## EDUCATION

| Institution | Dates Attended | Degree or Study |
|---|---|---|
| Bogalusa High School | 1971 | High School Diploma |
| University of Southern MS. Hattiesburg, Mississippi | 1974-1975 | BA Political Science |
| Mississippi College School of Law/Merton College Oxford University | 1978-1981 | Juris Doctorate of Law |

## LICENSING

| | |
|---|---|
| Louisiana | 1981 |
| Texas | 2006 |

## CERTIFICATIONS

| | |
|---|---|
| National Board of Civil Trial Advocacy | 1989 |

## COURT PRACTICE AND ADMISSIONS

| | |
|---|---|
| Louisiana Supreme Court | 1981 |
| U.S. District Court, Eastern District of Louisiana | 1981 |
| U.S. District Court, Middle District of Louisiana | 1982 |
| U.S. District Court, Western District of Louisiana | 1982 |
| Federal Fifth Circuit Court of Appeals | 1982 |
| U.S. District Court, Southern District of Mississippi | 1985 |
| U.S. District Court, Southern District of Texas | 1996 |
| U.S. District Court, Southern District of Tennessee | 1996 |
| U.S. District Court, Northeastern District of Tennessee | 1997 |
| U.S. District Court, Northern District of Florida | 2002 |
| Federal Eleventh Circuit Court of Appeal | 2004 |

## NATIONAL AND INTERNATIONAL INTERVIEWS AND APPEARANCES

"60 MINUTES" Interview with Dan Rather in 1987, on Age Discrimination Litigation involving Marathon Oil Company employees in the U.S., Bahamas and Virgin Islands.

NEW YORK TIMES Interview and Publication 1987, involving Age Discrimination Litigation Involving Marathon Oil Company.

CNN NEWS Interview on "Legionnaires Disease In The 1990's", With Drs. James Barbaree and George Morris, formerly of CDC during the 1976 Outbreak in Philadelphia, 1991.

NEW YORK TIMES Interview and Publication 1991, involving Legionnaires Disease Outbreak in Bogalusa, Louisiana.

USA TODAY Interview and Publication 1992, involving Legionnaire Disease Outbreak in Bogalusa, Louisiana.

CBS EVENING NEWS with Dan Rather, Interview 1995, 1996 involving Community Impact of Gaylord Chemical Release of $N_2O_4$.

CBS NETWORK Interviews by "A Current Affair" 1995, involving Community Impact of release of $N_2O_4$, in Bogalusa, Louisiana.

NBC DATELINE Interview on "U-Haul on America's Highways" 1997.

CNN, Paula Zahn Interview on Viagra Blindness and Loss of Vision, July 2005.

HOUSTON CHRONICLE, Interview on Viagra, 2005.

NEW YORK TIMES, Interview on Viagra, 2005.

WALL STREET JOURNAL, London, Avandia Interview 2007.

NEW YORK TIMES, Festus Chlorine Disaster Settlement Interview, 2007.

COURT TV, Interviews, Festus, Missouri Chlorine Disaster 2007.

## LITIGATION EXPERIENCE

ADMIRALTY AND MARITIME LITIGATION in all navigable waters in the U.S. east of the Mississippi River, including the Gulf of Mexico, and the Atlantic Ocean, as well as all inland waters of the State of Louisiana. International waters in the Bay of Campeche, Mexico, the Caribbean Sea, the North Sea, Africa, South American, Egypt, Vietnam, and Malaysia - Maritime- related employment clients in fields including, Towboat and barge operations, Blue water merchant ships, oil tankers, special purpose watercraft including jackup oil rigs, semi-submersible oil rigs, Mobile offshore drilling units (MODU) and workover rigs;

PRODUCT LIABILITY LITIGATION in six (6) Gulf States: Texas, Louisiana, Tennessee, Mississippi, Alabama, and Florida;

Products litigation including <u>Agricultural Equipment, Marine and OilField/Drilling</u> gear, appurtenances and equipment. Exploration, Production vessels and special-purpose craft; construction tools and equipment, aircraft and aviation equipment, chemical industry plants, piping and processors; Paper Industry equipment and processes.

<u>TRANSPORTATION – RELATED PRODUCTS</u> including fixed wing aircraft, helicopters, automobiles, light and heavy duty trucks and tractors, railroad, ships, boats, and recreational vessels.

Defective highway causing head injury to 31 year old police officer resulted in jury verdict of $10.8 Million in March 2006, 22nd JDC, Parish of Washington, State of Louisiana.

<u>RECREATION EQUIPMENT</u> including, trampolines, playground equipment, football helmets, bicycle and motorcycle helmets, all-terrain vehicle (ATV's 3-wheelers, etc.), Ski boats and skis, waverunners and Jet Skis; Household products including, hot water heaters, floor furnaces, and space heaters.

<u>MEDICAL/DRUG PRODUCTS</u> and devices including, cardiac pacemakers, dental prosthetics, portable oxygen and assembly systems, Pulmonary shunts, Central Nervous system shunts, orthopedic fixation devices, Lifts, Agricultural food products, including grain and corn products for livestock, immunization/medications and growth hormone products.

<u>MEDICAL NEGLIGENCE LITIGATION</u> has involved specialists and procedures including, Neurosurgery, Neurology, Radiology, Nursing, Orthopedics, Pulmonology, Cardiology, Pharmacology, Anesthesiology, Plastic Surgery, Otolaryngology, Emergency Medicine, Internal Medicine, Pediatrics and General Surgery.

<u>COMPLEX LITIGATION/CLASS ACTION</u> experience includes:

<u>Legionnaires Disease Litigation</u> - 1989 - Lead Counsel - 150 claim mass joinder for exposure to legionella bacteria in the 22nd JDC, Washington Parish, Louisiana.

<u>Angie, Louisiana Ammonia Release Litigation</u> - 1992 - Lead Counsel - Toxic ammonia gas release in Angie, Louisiana in the 22nd JDC, Washington Parish, Louisiana.

<u>Ford Motor Company Ignition Litigation</u> - 1995 - MDL-1112 - Co-Lead Louisiana Counsel - Ford Motor vehicle ignition switches causing fires.

4

Gaylord Chemical Litigation - 1995 - Co-Lead Counsel - 20,000 member class action involving the explosion of a chemical plant in Bogalusa, Louisiana and the release of 100,000 pounds of Nitrogen Tetroxide, the "deadliest chemical known to man", according to the USDOT. Trial on merits was held in 2003, which yielded a $92.5 Million punitive damage verdict in December 2003. Other settlements totaling approximately $175,000,000.00.

Telectronics Pacer Litigation - 1999 - MDL-1057 - Co-Lead Counsel in Louisiana Tag-a- Long Cases - 100 local victims of Telectronics Pacemaker failures.

Latex Glove Litigation - 1997 - MDL 1148 - Member of National Steering and Trial Committee - Major medical products litigation - *Angela C. Delpit and Jonathan W. Temple versus Ansell, Inc., Baxter Healthcare Corporation, Becton, Dickinson & Company, Johnson & Johnson, Microflex Medical Corporation and Safeskin Corporation*, United States District Court, Eastern District of Louisiana, Civil Action #97-1112 "L" (1). Pending.

In Re: Phenylpropanolamine (PPA) - 2001 - MDL 1407 - Co-Lead Counsel for Louisiana and Mississippi Cases - Ingredient contained in over-the-counter medications causing strokes.

Festus, Missouri Chlorine Plant Explosion - 2002 - Lead Counsel - *Jeanette Adams, et al versus DPC Enterprises, L.P., Jason Wisdom, and Branham Corporation*, Circuit Court of Jefferson County, Circuit Judge Division, State of Missouri, Civil Action #303-3398-CC-J2 - 188 Claim Class Action in State of Missouri. Largest chlorine release in American history from railcar. Settlement at Trial $22,000,000.00 in June 2007.

In Re: Baycol Products Litigation - 2002 - MDL 1431 - Member of Trial Committee and Co-Lead Counsel for Louisiana Cases - Prescription medication caused damage to skeletal muscle tissue.

In Re: Serzone Product Liability Litigation - 2002 - MDL 1477 - Trial Counsel for Louisiana and Mississippi Cases - Prescription medication causing liver damage.

Meridia Litigation - 2002 - MDL 1477 - Co-Lead Trial Counsel for Louisiana cases - Prescription medication causing cardiovascular events.

Thimerosal Vaccine Litigation - 2002 - Trial Counsel for Louisiana and Mississippi cases.

Welding Rods Litigation - 2002 - Trial Counsel for Mississippi cases - Welding fume poisoning.

Glendale, Arizona Chlorine Plant Explosion - 2003 - Lead Counsel - Class action of release of toxic chlorine gas into community. *Sharon A. McGruder, et al versus DPC Enterprises, L.P., Adrian Valdez, and Robert Mitchell*, Superior Court of State of Arizona, County of Maricopa, Civil Action #2003-022677. Pending

Temple – Inland Chemical Release – 2003 – Release of Nitrogen Tetroxide in Bogalusa, Louisiana. Co-Lead Trial Counsel.

City of Baltimore Train Derailment and Explosion - 2004 - Consultant to City Attorneys - On July 18, 2001, an eastbound CSXT freight train consisting of three locomotive units and thirty-one loaded and twenty-nine empty cars (total of 60 cars), derailed in the Howard Street Tunnel in Baltimore, Maryland. The train had just departed the CSXT Mount Clair Yard located about 6 miles west of the derailment site. The derailment financially paralyzed the City of Baltimore for three business days, and interrupted the Baltimore Oriole's baseball series.

Neurontin Litigation - 2004 - MDL 1604 - Member of National Steering and Trial Committee - Off-label medication consumer fraud.

Shell Fuel Contamination Litigation - 2004 - MDL 1632 - Member of Trial Committee - Contaminated gasoline causing damage to vehicles.

Vioxx Product Liability Litigation - 2004 - MDL 1657 - Claims Management - Prescription medication causing heart attacks and strokes.

Vinyl Chloride Litigation – 2004 – Plaquemine, LA release of vinyl chloride into ground water. Trial Team.

New Iberia School Litigation – 2004 – Toxic exposure to school children due to contaminated roofing materials – Opt Out Trial Counsel.

Graniteville, South Carolina Chlorine Release - 2005 - Steering Committee, Trial Counsel, Administrator of Settlement Claims Function, and Plaintiffs' Steering Committee on Settlement - Norfolk Southern Railroad Derailment in January 2005 caused a thirteen-day evacuation of thousands of citizens of Graniteville, South Carolina, eight deaths, fifty-eight people were hospitalized, and hundreds sought treatment. $135,000,000.00 settlement in March 2006.

Seneca, South Carolina Landfill State Class Action Litigation - 2005 - Lead Trial Counsel - Contaminated ground water and soil adjacent to dumpsite.

Murphy Oil Litigation - 2005 - Co-Lead Trial Counsel - Class action litigation involving the release and spill of one million gallons of crude oil into the Chalmette, Louisiana community. October 2006 settlement for $330,000,000.00.

Viagra Litigation - 2005 - MDL 1724 - Trial Team Chair - Class action litigation for medication causing blindness.

Guidant Implantable Defibrillators – 2005 – In Re: Product Liability Litigation MDL #1708. Claims Management and Louisiana Trial Team Coordinator.

Bextra and Celebrex – 2005 – In Re: Bextra and Celebrex Marketing, Sales Practices, and Product Liability Litigation MDL #1699.

MrGo Litigation - 2006 - Admiralty, Maritime and Federal Tort Claims involving the Mississippi River Gulf Outlet and its causing the flooding of Greater New Orleans.

Apex Fire Litigation – 2006 – Toxic chemical Fire Litigation in Apex, North Carolina. Plaintiff Steering Committee Member.

Chalmette Refinery Chemical Release Class Action - 2007 - *Madison v. Chalmette Refining, LLC*, EDLA 07-00307 - Lead Trial Counsel - Release of Calcined Petroleum Coke

Coffeyville, Kansas Oil Litigation - 2007 - Co-Lead Trial Counsel - Class action litigation involving the release and spill of crude oil during a flood into the Coffeyville, Kansas community.

Barton Chemical Release, Fire and Explosion - 2007 - Co-Lead Trial Counsel - Class action litigation in Wichita, Kansas involving a toxic chemical fire into this Wichita, Kansas community.

Neurontin Missouri State Class Action Litigation - *Judy v. Pfizer* - 2007 - Lead Trial Counsel - Off-label medication consumer fraud.

CSX Train Derailment – 2007 – Train derailment in Painesville, Ohio. Co-Lead Counsel.

Avandia – 2007 – In Re: Avandia Marketing, Sales Practices and Product Liability Litigation. Co-Chair Discovery, Trial Team.

Fema Trailer Formaldehyde Product Liability Litigation - 2008 – MDL# 1873 Co-Lead Trial Counsel – MDL# Mass Tort Class Action litigation involving temporary housing units contaminated with formaldehyde gasses distributed in

connection with Hurricane Katrina.

Medtronic Sprint Fidelis - 2008 - In Re: Medtronic Inc, Sprint Fidelis Leads Products Liability Litigation MDL #1905 involving defective cardiac defibrillator products.

Vytorin - 2008 - In Re: Vytorin Products, MDL #1938 - Consumer fraud litigation involving drug Vytorin.

Digitek – 2008 – Products Liability Litigation MDL# 08-3167. Pending Application to PSC Discovery and Trial Committee.

Mississippi River Oil Spill Litigation – 2008 – Eastern District of Louisiana. Committee Application pending.

Apple iPhone - 2009 - In Re: 3G and 3GS "MMS" Marketing and Sales Practices Litigation - MDL #09-2116 - Eastern District of Louisiana