UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:   APPLE iPHONE 3G AND 3G-S "MMS"      MDL DOCKET NO. 2116
         MARKETING AND SALES PRACTICES
         LITIGATION                          SECTION: J

THIS DOCUMENT RELATES TO ALL CASES      JUDGE BARBIER

                                             MAG. JUDGE WILKINSON

## MOTION TO APPOINT PLAINTIFFS' STEERING COMMITTEE

**NOW INTO COURT**, through undersigned counsel, comes Scott R. Bickford and the Plaintiffs' Executive Committee, who suggest to this Court that the following individuals have expressed interest and committee financially to participate in the Plaintiffs' Steering Committee in the above referenced matter. We, therefore, suggest to the Court that the following individuals be appointed by the Court to the Plaintiffs' Steering Committee:

Virginia Anello
Douglas & London, P.C.
111 John Street, Suite 1400
New York, NY 10038
212-566-7500
212-566-7501 fax

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
P. O. Drawer H / 106 W. 7th Street
Reserve, LA 70084
985-536-1186
985-536-6445 fax

Peter J. Cambs, Sr.
Parker Waichman Alonso, LLP
111 Great Neck Road
Great Neck, NY 11021
516-466-6500
516-466-6665 fax

David M. Cialkowski
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN  55402
612-341-0400
612-341-0844 fax

James L. Deese
Attorney at Law
1468 West 9th Street, Suite 405
Cleveland, OH  44113
216-502-0570
216-502-0569 fax

Timothy A. Engelmeyer
Engelmeyer & Pezzani LLC
1332 N. Outer Forty Road
Suite 300 / Chesterfield, MO  63017
636-532-9933
314-863-7793 fax

Mark Geragos
Geragos & Geragos, APC
644 S. Figueroa Street
Los Angeles, CA 90017
213-625-3900
213-625-1600 fax

Daniel L. Germain
Rosman & Germain LLP
16311 Ventura Boulevard, Suite 1200
Encino, CA 91436-2152
818-788-0877
818-788-0885 fax

Anita M. Jaskot
Law Offices of Robert M. Brill, LLC
880 Third Avenue, 13th Floor
New York, NY 10022
212-935-7900
212-935-6524 fax

D. Scott Kalish
Scott Kalish Co LLC
1468 West 9th Street, Suite 405
Cleveland, OH  44113
216-502-0570
216-502-0569 fax

J. Andrew Meyer
Morgan & Morgan, P.A.
One Tampa City Center, 7th Floor
Tampa, FL 33602
813-223-5505
813-223-5402 fax

Frank Piscitelli, Jr.
Piscitelli Law Firm
55 Public Square, Suite 1950
Cleveland, OH  44115
216-931-7000
216-931-9925 fax

Kevin A. Seely
Robbins Umeda LLP
600 B Street, Suite 1900
San Diego, CA 92101
619-525-3990
619-523-3991 fax

Brian R. Strange
Strange & Carpenter
12100 Wilshire Boulevard, 19th Floor
Los Angeles, CA 90025
310-207-5055
310-826-3210 fax

Steven N. Williams
Wood Law Firm, LLC
2001 Park Place North, Suite 1000 (35203)
P. O. Box 382434
Birmingham, AL 35238-2434
205-612-0243
866-747-3905 fax

E. Kirk Wood
Wood Law Firm, LLC
2001 Park Place North, Suite 1000 (35203)
P. O. Box 382434
Birmingham, AL 35238-2434
205-612-0243
866-747-3905 fax

WHEREFORE, Plaintiffs pray that the Court appoint the above attorneys to the Plaintiffs'

Steering Committee.

Respectfully submitted:

/s/ *SCOTT R. BICKFORD*
SCOTT R. BICKFORD (1165)
Martzell & Bickford
338 Lafayette St.
New Orleans, LA 70130
Telephone:    504/581-9065
Facsimile:    504/581-7636
usdcedla@mbfirm.com

4

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of January, 2010, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system and notification of such filing to all attorneys of record via e-mail.

*/s/ Scott R. Bickford*
SCOTT R. BICKFORD

F:\Clients\APPLE i PHONE\Pleadings EDLA 09-2116\Motion to Appoint PSC.wpd