UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:　APPLE iPHONE 3G AND 3G-S "MMS" MARKETING AND SALES PRACTICES LITIGATION | MDL DOCKET NO. 2116 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE BARBIER |
| | MAG. JUDGE WILKINSON |

## **ORDER**

Considering the foregoing Motion to Appoint Plaintiffs' Steering Committee;

**IT IS HEREBY ORDERED** that the following individuals are hereby appointed to the

Plaintiffs' Steering Committee:

Virginia Anello
Douglas & London, P.C.
111 John Street, Suite 1400
New York, NY 10038
212-566-7500
212-566-7501 fax

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
P. O. Drawer H / 106 W. 7th Street
Reserve, LA 70084
985-536-1186
985-536-6445 fax

Peter J. Cambs, Sr.
Parker Waichman Alonso, LLP
111 Great Neck Road
Great Neck, NY 11021
516-466-6500
516-466-6665 fax

David M. Cialkowski
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN  55402
612-341-0400
612-341-0844 fax

James L. Deese
Attorney at Law
1468 West 9th Street, Suite 405
Cleveland, OH  44113
216-502-0570
216-502-0569 fax

Timothy A. Engelmeyer
Engelmeyer & Pezzani LLC
1332 N. Outer Forty Road
Suite 300 / Chesterfield, MO  63017
636-532-9933
314-863-7793 fax

Mark Geragos
Geragos & Geragos, APC
644 S. Figueroa Street
Los Angeles, CA 90017
213-625-3900
213-625-1600 fax

Daniel L. Germain
Rosman & Germain LLP
16311 Ventura Boulevard, Suite 1200
Encino, CA 91436-2152
818-788-0877
818-788-0885 fax

Anita M. Jaskot
Law Offices of Robert M. Brill, LLC
880 Third Avenue, 13th Floor
New York, NY 10022
212-935-7900
212-935-6524 fax

D. Scott Kalish
Scott Kalish Co LLC
1468 West 9th Street, Suite 405
Cleveland, OH  44113
216-502-0570
216-502-0569 fax

J. Andrew Meyer
Morgan & Morgan, P.A.
One Tampa City Center, 7th Floor
Tampa, FL 33602
813-223-5505
813-223-5402 fax

Frank Piscitelli, Jr.
Piscitelli Law Firm
55 Public Square, Suite 1950
Cleveland, OH  44115
216-931-7000
216-931-9925 fax

Kevin A. Seely
Robbins Umeda LLP
600 B Street, Suite 1900
San Diego, CA 92101
619-525-3990
619-523-3991 fax

Brian R. Strange
Strange & Carpenter
12100 Wilshire Boulevard, 19th Floor
Los Angeles, CA 90025
310-207-5055
310-826-3210 fax

Steven N. Williams
Wood Law Firm, LLC
2001 Park Place North, Suite 1000 (35203)
P. O. Box 382434
Birmingham, AL 35238-2434
205-612-0243
866-747-3905 fax

E. Kirk Wood
Wood Law Firm, LLC
2001 Park Place North, Suite 1000 (35203)
P. O. Box 382434
Birmingham, AL 35238-2434
205-612-0243
866-747-3905 fax

Signed this _____ day of _____, 2010, in New Orleans, Louisiana.


_____
**J U D G E**