Virginia E. Anello, born in New Orleans, Louisiana, is an associate with the law firm of Douglas & London, P.C., located in downtown New York City. Ms. Anello is admitted and licensed to practice law in the State of New York and the State of Louisiana, as well as in the United States District Courts for the Eastern and Southern Districts of New York and the 5th Circuit Court of Appeals. She is also admitted to practice in the U.S. Court of Federal Claims in Washington, D.C.

Since obtaining her law degree from the Paul M. Hebert Law Center at Louisiana State University, Ms. Anello has devoted her entire career to always representing injury victims and consumers, primarily in mass tort and class actions. Her practice areas in the law have *always* focused on, and continue to focus on, products liability litigation and complex litigation, with an emphasis on consumer fraud and mass tort litigation.

Ms. Anello has been appointed to, and served on numerous Committees in complex multi-district litigations. Some of the Committee positions held by Ms. Anello include the following:

- In re: Bayer Corp. Combination Aspirin Products Marketing and Sales Practices Litigation (MDL – 2023), pending before the Honorable Brian M. Cogan the United States District Court for the Eastern District of New York, Discovery Committee, Law and Briefing Committee, and Class Action Committee.

- In re: Heparin Products Liability Litigation (MDL-1953), pending before the Honorable James G. Carr in the United States District Court for the Northern District of Ohio, Discovery Committee.

- In re Imagitas Inc. Drivers' Privacy Protection Act Litigation (MDL-1828) pending before the Honorable Timothy J. Corrigan, in the United States District Court for the Middle District of Florida, Discovery Committee.

- In re: Yasmin and Yaz (Drospirenone) Marketing, Sales, Practices and Products Liability Litigation (MDL – 2100) pending before the honorable David R. Herndon in the United States District Court for the Southern District of Illinois, Law and Briefing Committee,

In Re: Apple iPhone 3G and 3GS MMS Marketing and Sales Practices Litigation

The firm of Douglas & London, P.C., is no stranger to complex litigations. Senior partner, Michael A. London, has served and/or continues to serve, as national co-lead counsel or national liaison counsel in the following litigations: In re: Zyprexa Products Liability Litigation, (MDL-1596), In re: Yasmin and Yaz (Drospirenone) Marketing, Sales, Practices and Products Liability Litigation (MDL – 2100), In re: Ortho Evra Products Liability Litigation (MDL-1742), and In re: Bayer Corp. Combination Aspirin Products Marketing and Sales Practices Litigation (MDL – 2023) In re Levaquin Litigation, centralized and consolidated litigation pending before the Honorable Carol E. Higbee in the Superior Court of New Jersey, Atlantic County.

In addition, members of the firm have held positions on Plaintiff Steering Committees in the following litigations: In Re: Composix Kugel Hernia Repair Patch Litigation, (MDL-1842), In re: Heparin Products Liability Litigation (MDL-1953), In re Imagitas Inc. Drivers' Privacy Protection Act Litigation (MDL-1828), In re: Claims for Vaccine Injuries Resulting in Autism Spectrum Disorder or Similar Neurodevelopment Disorder v. Sec. HHS, and In re: Bextra/Celebrex Products



EXHIBIT

A

Dockets.Justia.com

Liability Litigation (New York State Court), <u>In re: Denture Cream Products Liability Litigation</u> (MDL 2051), <u>In re: Lights Cigarettes Marketing and Sales Practices Litigation</u> (MDL 2068), and <u>In re: Cheerios Marketing and Sales Practices Litigation</u> (MDL 2094).

In addition to the above work, Ms. Anello oversees the firms vaccine injury related litigation department. In this endeavor she and her team represent individuals injured as result of adverse effects of vaccines.

Ms. Anello resides in New Jersey with her husband and daughter, Sophia.

# DANIEL E. BECNEL, JR.

**HOME ADDRESS:**

**400 West Fifth Street**
**LaPlace, Louisiana 70068**
**Telephone: (985) 652-6747**

**OFFICE ADDRESS:**

**106 West Seventh Street**
**Post Office Drawer "H"**
**Reserve, Louisiana 70084**
**Telephone: (985) 536-1186**
**Fax: (985) 536-6445**

I, Daniel E. Becnel, Jr., was born on June 14, 1944. My father, Daniel Elmore Becnel, was an attorney until his death in 1965. He spent most of his career in the military and was a War Crimes Prosecutor after World War II. After his military career ended, he became a Louisiana State Legislator until his death in 1965. My mother was a registered nurse until she passed away on March 22, 2008 at age 92. I have been married twice, first to Deonne Du Barry, and second to Mary Hotard Becnel, presently a State District Judge for the 40th Judicial District Court in Louisiana. My brother and his wife are both attorneys in my firm, as are three of my sons, as well as their wives. Fourteen years ago when my brother was dying, I donated a kidney to him which enabled him to return to a normal life.

I attended Louisiana State University and received a Bachelor of Science degree in 1966. In 1969, I earned my Law Degree from Loyola University in New Orleans, Louisiana. I have been admitted to practice in Louisiana and Colorado, and have been a member in good standing since my admissions. Offices I have held and organizations I have belonged to in my career include the following:

1) Chief Investigator, 29th Judicial District (District Attorney's Office) 1969-1970.

2) Ponchartrain Levee District Attorney, 1970-1974.

3) Member in good standing of the American Bar Association, Louisiana Trial Lawyers Association, 40th Judicial District Bar Association (1969 to present, past president), 29th Judicial District Bar Association, and the American Association for Justice (1969 to present), Federal Bar Association, New Orleans Chapter, Bar Association of the Fifth Federal Circuit.

4) Elected Democratic State Central Committee, 26 years.

5) Admitted to the United States Supreme Court, 1973.

6) Attorney for St. John the Baptist Parish School Board.

In 1972 I tried the first million dollar verdict in the United States for a single individual <u>Paulette Trosclair v. Melton Truck Lines, et al</u>.

Among the cases in which I have been court-appointed as a plaintiffs' attorney and/or class counsel to represent classes of litigants are the following:

The <u>Luling Ferry Disaster</u>, involving the death of 78 people, which was ultimately tried and/or settled before U.S. District Judge Alvin Rubin (deceased) in excess of twenty nine million dollars. My office represented thirteen of the death cases and worked on this committee with Eldon Fallon, now U.S. District Judge who recently handled both MDL No.1355, <u>Propulsid</u> and MDL No. 1657, <u>Vioxx</u>. This is still the largest maritime disaster in the United States.

Was court-appointed in one of the first mass tort civil MDL's in the country in MDL No. 330 <u>Swine Flu Immunization Products Liability Litigation</u> to represent all the plaintiffs (approximately 4,000) across the United States in reference to the Swine Flu Inoculation Program. These cases were tried and handled in Washington, D.C. before U. S. District Judge Gearhart Gisel (deceased), with settlements and/or verdicts in excess of five hundred million dollars.

Appointed to the Plaintiffs' Legal Committee by U. S. District Judge Henry Mentz in reference to <u>Watson v. Shell Oil Company</u>, which concerned a refinery explosion of May 5, 1988, and involved approximately 18,000 claims. This case was ultimately settled for more than two hundred million dollars.

Was appointed Lead Counsel in reference to <u>Deion McGee, et al v. Shell Oil Company, et al</u>, involving 5,000 people. The class was certified by Judge Joel T. Chaisson and affirmed by the Fifth Circuit Court of Appeals and the Louisiana State Supreme Court.

Was appointed to the Plaintiffs' Legal Committee as lead counsel by Judge Joel Chaisson in <u>Gail Clement v. Occidental Chemical Company</u>, a class action involving approximately 10,000 people. Settled after trial for thirteen million dollars, and my office handled all claim forms, depositions and settlement.

Was appointed to the Plaintiffs' Legal Committees by both U. S. District Judge Parker and U. S. District Judge Polozola in reference to <u>two</u> separate <u>explosions at the Exxon Refinery</u> in Baton Rouge, Louisiana. These cases involved more than 9,000 people each.

Was appointed lead counsel and tried to a successful verdict after four weeks the <u>United Gas Pipeline Case</u>. This case involved the rupture and/or explosion of a gas pipeline on three separate occasions. Approximately 18,000 people were involved in this litigation. The sample case was ultimately settled, after trial, for more than one and a half million dollars. The class cases were tried, one to a jury verdict and one before a District Judge, resulting in a punitive damage award of double the amount of compensatory damages. This was the first class action punitive damage award in Louisiana.

Was appointed by U.S. District Judge Richard Haik to the Plaintiffs' Committee in the Eunice Train Derailment. Settled for over $65 million.

In reference to MDL 926 <u>In re Breast Implant Products Liability Litigation</u>, my office supplied forty-three attorneys, full time, for over two years to the document depository in Cincinnati, Ohio. In addition, I supervised approximately thirty lawyers who were supplied by Wendell Gauthier, John Cummings, Calvin Fayard and Hugh Sibley. I personally took numerous depositions in this litigation, including the CEO of Dow Corning Corporation and Dr. Georgiade, the inventor of the MEC breast implant devices (a Bristol-Myers defendant). At the request of MDL Judge Pointer I loaned four of my attorneys, full time, to handle the incoming calls of unrepresented women who needed questions answered in reference to the Breast Implant Litigation (it should be noted that this resulted in only a ten thousand dollar profit to my firm). I personally spent, on the common effort, in excess of four million dollars.

In addition, my office provided thirteen lawyers, full time, to a computer center in Louisiana which allowed me to represent women in the Breast Implant Case who could not find attorneys willing to handle their cases. Under MDL Judge Pointer's direction, these women were represented on a per hour basis and not on a percentage. My staff and I handled approximately six hundred of these cases.

My office provides free office space to a legal aid service to help indigents with civil cases.

During the ABA Convention in New Orleans, at the request of the State Department and the ABA, my wife and I hosted Supreme Court Justices from Estonia, Romania, Lithuania, Slovakia and Albania for a week-long stay at our residence. These Justices were here to learn how U.S. State and Federal Courts function as an example of how they may adopt democratic reform in their court system.

My office was involved in the <u>Penile Implant Case</u> and negotiated a grid settlement with Bristol- Myers before that case was even presented for a MDL argument.

As one of the founding members of <u>Dianne Castano, et al v. The American Tobacco Company, et al</u>, a class action suit against the tobacco industry, my office represented Governor Gray Davis and the State of California in the states' settlement with the tobacco industry. My office also did extensive work in cases against the tobacco industry that were pending in New York, Pennsylvania and California. After almost a two year trial, jury selection and liability, a verdict was rendered against the Tobacco Industry for in excess of $500 million, which was the only smoking cessation verdict in the entire cigarette litigation. In the Louisiana class action <u>Scott v. The American Tobacco Company</u>, a certified class action for medical monitoring and cessation assistance in the State of Louisiana before Judge Ganucheau, Orleans Parish, was argued before the Appellate Court three months ago and affirmed; writs denied by both the Louisiana Supreme Court and the U.S. Supreme Court.

I have been one of the lead attorneys in the case of <u>Barbara A. Brown, et al v. Acromed, et al</u>, Civil Action No. 94-1236, Section I, United States District Court, Eastern District of Louisiana and in fact, I argued the Pedicle Screw case before the MDL panel in Colorado Springs, Colorado on July 22, 1994. Moreover, I supplied seven lawyers full time to MDL 1014 <u>Orthopedic Bone Screw Products Liability Litigation</u> before U.S. District Judge Louis Bechtle.

Was appointed to the National Plaintiffs' Steering Committee in MDL 1038 <u>Norplant Contraceptive Products Liability Litigation</u> by Judge Richard A. Schell, and the National MDL depository is located at my office complex in Louisiana, under my direction. This case was ultimately certified as a class action in Louisiana and trial is set to begin January 8, 2007 on damages.

Was appointed to the National Plaintiffs' Steering Committee in MDL 1057 <u>Telectronics Pacing Systems, Inc., Accufix "J" Leads Products Liability Litigation</u>, by U.S. District Judge S. Arthur Spiegel. This case was certified as a national class action on April 2, 1997 and settled for $100 million.

Was appointed by U.S. District Judge Eldon Fallon to be Lead Counsel in the case of <u>Yvette Cooper v. Koch Pipeline, Inc.</u>, which is a class action involving a release of ammonia involving over 10,000 people. This case was remanded to State Court and ultimately settled.

Was appointed to the Plaintiffs' Legal Committee by District Judge Patricia Hedges in reference to the <u>In re Chemical Release at Bogalusa</u>. This case was tried for three and a half months and a jury found all parties liable, and included a $92 million punitive damage award to the class. In addition, settlements with other defendants were reached in the amount of approximately $150 million.

Was the lead attorney in the case of <u>Katharine Christiano, et al v. Napp Technologies, Inc.</u> in Bergen County, New Jersey. That case was settled for $27 million.

My office was involved in the litigation titled <u>In the Matter of the Complaint of Clearsky Shipping Corp. as Owner, and Cosco (H.K.) Shipping Company Limited, as Manager of the M/V Bright Field, for Exoneration From and/or Limitation of Liability</u> before U. S. District Judge Morey L. Sear. My office is one of ten firms that handled the litigation in this maritime disaster which was settled.

Was appointed by U.S. District Judge John Parker to the Claimants' Steering Committee in the litigation titled <u>In the Matter of the Complaint of Ingram Barge Company, as Owner of the M/V F.R. Bigelow and the IB-960, and Ingram Ohio Barge Co., as Owner Pro Hac Vice of the Ing-371, Petitioning for Exoneration From or Limitation of Liability</u>. This case settled for forty one million seven hundred and fifty thousand dollars in 1999 (my office handled claims for over 17,000 people in this toxic tort maritime disaster).

Was appointed to the Plaintiffs' Legal Committee and the Executive Committee in reference to MDL 1148 <u>In re Latex Gloves Products Liability Litigation</u>, by U. S. District Judge Edmund V. Ludwig. Case settled.

Was appointed to the Plaintiffs' Steering Committee in the case of <u>Jimmie Badon, Jr., et al v. DSI Transports, Inc., et al</u>, 19th Judicial District Court, Number 450,957. This case settled for nine million seven hundred and fifty thousand dollars (my office handled all Proof of Claim forms for 2,300 people in this tractor trailer tanker chemical release).

Was appointed to the Plaintiffs' Steering Committee in the case involving the Kaiser explosion of July 5, 1999 titled <u>Carl Bell, et al v. Kaiser Aluminum and Chemical Corporation</u>, 23rd Judicial District Court, No. 25,975. This case settled for twenty six and a half million dollars, plus eleven million dollars for the inside-the-gate cases. My office handled all Proof of Claims, as well as over two hundred depositions in this litigation.

Was appointed by U.S. District Judge Louis Bechtle (a member of the MDL Panel), as State/Federal Liaison to the national class action in MDL 1203 <u>In re Diet Drug (Phentermine/Fenfluramine/Dexfenfluramine) Product Liability Litigation</u>. Case settled for $22 billion (both State and Federal).

Was appointed by U.S. District Judge Eldon Fallon to the Plaintiffs' Steering Committee and Executive Committee in MDL 1355 <u>Propulsid Products Liability Litigation</u>. My office has provided office space for the document depository which is also managed by my computer specialist. Case settled for $100 million.

Was appointed by U.S. District Judge Kathleen McDonald O'Malley to serve as Class Counsel in MDL 1401 <u>Sulzer Inter-Op Hip Prosthesis Products Liability Litigation</u> (a class settlement in the amount of over one billion dollars has been reached).

Was appointed by U.S. District Judge Michael J. Davis to the Plaintiffs' Steering Committee in MDL 1431 <u>In Re Baycol Products Liability Litigation</u>. Case settled for $1.2 billion.

Was appointed by U.S. District Judge Joseph R. Goodwin to serve on the Executive Committee and the Plaintiffs' Steering Committee in MDL 1477 <u>In Re Serzone Products Liability Litigation</u>. Case settled for $76 million.

Appointed Lead Counsel in reference to MDL No. 1629 <u>In Re Neurontin Marketing and Sales Practices Litigation</u> presently pending in Boston.

Appointed Liaison Counsel in reference to MDL No. 1632 <u>In re High Sulfur Content Gasoline Products Liability Litigation</u>. Settled before U.S. District Judge Ivan L.R. Lemelle for $100 million.

Was appointed by U.S. District Judge Kathleen McDonald O'Malley to serve on the Plaintiffs' Executive Committee in MDL 1535 <u>In Re Welding Rod Products Liability Ligiation</u>.

Appointed by the Honorable James S. Moody to the Plaintiffs' Steering Committee in MDL No. 1626, <u>In Re Accutane Products Liability Litigation</u>.

Appointed by U. S. District Judge Charles R. Breyer to the Plaintiffs' Steering Committee in MDL No. 1691 <u>In Re Bextra and Celebrex Litigation</u>. All cases are being settled at this time on a confidential basis.

Appointed to the Plaintiffs' Steering Committee and Chairman of the Settlement Committee in MDL No. 1708 <u>In Re Guidant Corp. Implantable Defibrillators Products Liability Litigation</u> before U.S. District Judge Donovan W. Frank in St. Paul, Minnesota. I recently participated in settlement negotiations which resulted in a settlement of $240 million.

Appointed to the Plaintiffs' Steering Committee by U.S. District Judge James M. Rosenbaum to MDL No. 1726 <u>In Re Medtronics, Inc. Implantable Defibrillators Products Liability Litigation</u> in Minneapolis, Minnesota. A settlement has been reached in this case in the amount of $195 million.

Appointed Lead Counsel by U.S. District Judge Paul A. Magnuson in MDL No. 1724 In Re Viagra Products Liability Litigation.

Appointed by Judge Eldon E. Fallon to the Executive Committee in reference to the Murphy Oil Litigation wherein hundreds of homes were destroyed by an oil spill which occurred during Hurricane Katrina. This case was settled for $330 million.

Appointed to the Preliminary Master Committee in reference to Berthelot, et al v. Boh Brothers Construction (Levee Failure Litigation) by Judge Stanwood R. Duval, Jr. This case involves the flooding of the City of New Orleans and the surrounding parishes as a result of the negligence of the U.S. Army Corps of Engineers and/or its contractors. See the attached Order of Judge Duval.

Appointed by U.S. District Judge David Katz to the Executive Committee in MDL No. 1742 In Re Ortho Evra Products Liability Litigation in Ohio. All cases are being settled at this time on a confidential basis.

Appointed by Judge William J. Martini to the Executive Committee in MDL1763 In Re Human Tissue Products Liability Litigation in New Jersey.

Appointed to the Plaintiffs' Steering Committee in MDL No. 1845 In Re ConAgra Peanut Butter Products Liability Litigation by U.S. District Judge Thomas W. Thrash, Jr.

Lead Trial Counsel in reference to the Mother's Day Bus Crash which was tried after portions of the case was tried and settled in the U.S. District Court before Judge Mary Ann Lemmon and two State Judges. The case was settled against Custom Bus, Reliance Insurance Company, Mardi Gras Casino and Dr. Shaunda Jones. As Lead Trial Counsel, I tried the case against the State of Louisiana, Department of Transportation and Development before Judge Rosemary Ledet resulting in a judgment finding the State 50% at fault. This judgment has been affirmed by an en banc panel of the Louisiana Fourth Circuit Court of Appeals.

Our office was one of three law firms which handled the DPC Festus, Missouri case which was the largest release of chlorine in the United States which injured approximately 345 people, and caused extensive property damage. This case settled at the end of 2007 for $22 million.

Our office was one of three law firms which handled the Minot North Dakota Train Derailment case, the largest anhydrous ammonia release in the country. The case settled at the end of 2007 for $35 million against the Canadian Pacific Railroad.

Have spoken before over 500 lawyers at the Mass Torts Made Perfect Seminar on the Bausch & Lomb case on October 12 & 13, 2006. I was appointed to the Executive Committee, MDL No. 1785, In Re Bausch & Lomb Inc. Contact Lens Solution by U.S. District Judge David Norton.

Actively participated in the organization of MDL No. 1871, In Re Avandia Marketing and Sales Practices and Products Liability Litigation, and argued for MDL status. This case was allotted to Judge Cynthia M. Rufe, United States District Court, Eastern District of Pennsylvania.

Prepared transfer motion and argued for MDL status for all counsel in reference to the FEMA Trailer case which was transferred to the Eastern District of New Orleans, U.S. District Judge Kurt Engelhardt, MDL No. 1873, In Re FEMA Trailer Formaldehyde Products Liability Litigation. Matthew Moreland of our office was appointed to the Plaintiffs' Steering Committee.

Prepared the transfer motion for MDL No. 1905, In Re Medtronics, Inc. Sprint Fidelis Leads Products Liability Litigation and argued before the MDL Panel in the January, 2008 hearing docket, allotted to Judge Richard H. Kyle, United States District Court, District of Minnesota.

Prepared the prepared transfer motion for MDL No. 1938, <u>In Re Vytorin Products Liability Litigation</u> which I argued before the MDL Panel on March 27, 2008 in Austin, Texas. This case was allotted to Judge Dennis M. Cavanaugh, United States District Court, District of New Jersey.

My office prepared the transfer motion fo MDL No. 1928, <u>In ReTrasylol Products Liability Litigation</u> and argued for consideration before the MDL Panel on March 27, 2008 in Austin, Texas by Matt Moreland of my office. This case was allotted to Judge Donald M. Middlebrooks, United States District Court, Southern District of Florida.

Prepared the transfer motion for MDL No. 1953, <u>In Re Heparin Products Liability Litigation</u> which was argued before the MDL Panel on May 29, 2008. This case was allotted to Judge James Carr, United States District Court, Northern District of Ohio.

My office prepared the transfer motion for MDL No. 1968, <u>In Re Digitek Products Liability Litigation</u>. This case was argued before the MDL Panel on July 31, 2008 in San Francisco, California. My office argued that this case should be sent to either Louisiana or West Virginia. My office filed the first two cases in the United States District Court, Eastern District of Louisiana, as well as fourteen individual cases in the United States District Court, Northern District of West Virginia. I suggested that either forum would be an excellent forum for this MDL and apparently the panel decided Judge Joseph R. Goodwin should receive the case. An initial conference is scheduled in this matter on October 10, 2008. My mother, who was 92 years old, died as a result of being prescribed Digitek. Our family was not notified that she was given Digitek to regulate her heart beat until three weeks after her death. This drug was recalled because twice as much active ingredients was added to the drug because of a manufacturing defect. She died on March 22, 2008.

Recently prepared a response to the transfer motion in MDL No. 1960, <u>In Re Puerto Rican Cabotage Antitrust Litigation</u>. This case was argued before the MDL Panel on July 31, 2008 in San Francisco, California.

Appointed by U.S. District Judge Matthew F. Kennelly to the Plaintiffs' Steering Committee in MDL No. 1997, <u>In Re Text Messaging Antitrust Litigation</u>. This case is presently pending in the United States District Court, For the Northern District of Illinois, Eastern Division.

Our firm was appointed to the Plaintiffs' Steering Committee in MDL No. 2016, <u>In re: Yamaha Motor Corp. Rhino ATV Products Liability Litigation</u>. This case is presently pending in the United States District Court, Western District of Kentucky, Louisville Division.

Appointed by U.S. District Judge Anita B. Brody to the Plaintiffs' Steering Committee in MDL No. 2034, <u>In Re Comcast Set Top Television Box Antitrust Litigation</u>. This case is presently pending in the United States District Court, For the Eastern District of Pennsylvania.

My office prepared a interested party response in MDL No. 2047, <u>In Re Chinese-Manufactured Drywall Products Liability Litigation</u> urging transfer and consolidation to the Eastern District of Louisiana. The case was thereafter sent to U.S. District Judge Eldon Fallon in the Eastern District of Louisiana, whereupon I currently serve as a member of the Plaintiffs' Steering Committee.

Our firm moved for transfer and consolidation of MDL No. 2100, <u>In Re Yasmin and Yaz (Drospirenone) Marketing, Sales, Practices and Products Liability Litigation</u>. This case has recently been transferred to the United States District Court, Southern District of Illinois. Appointed to the Plaintiffs' Steering Committee.

These are a representative selection of cases in which I have been involved in over my career.

Enclosed herein is an article from Town & Country Magazine, an independent source, concerning my reputation as a trial lawyer.

Regularly speak before large groups of lawyers, judges and professionals at Mealey's conferences, the Harris Martin seminars, AAJ and Mass Torts Made Perfect.

Attached is a program from Mass Torts Made Perfect at which I spoke on April 10 & 11, 2008 in reference to ethics and attorneys fees in class action cases. There were over 500 lawyers in attendance.

Spoke before the International Symposium on Product Liability and Failure Prevention in Japan at the request of forty-five Japanese Corporations and all Mechanical Engineers in Japan.

Spoke in Vienna, Austria at the SPT-5 Conference in reference to the Shell Explosion Case. This involved Engineers from all over the world who convene an International Symposium every three years.

I have been involved in numerous trials, both jury and bench, throughout my legal career and have settled some of the largest cases in history, including Tobacco, Breast Implant, Baycol, Sulzer and Fen-Phen, to name a few. In fact, I finished a two day jury trial in the U.S. District Court in Monroe before Judge Robert G. James on April 14 & 15, 2008.

Daniel E. Becnel, Jr., on behalf of plaintiffs has filed over 1300 insurance cases. After extensive negotiations and mediation process, approximately 500 cases have been resolved against insurers thereby reducing the docket by about 25 cases per U.S. District Judge in the Eastern District of Louisiana. These are individualized settlements and numerous other insurers are in line to mediate these cases.

Our office is particularly proud of the fact that we represent over 61,000 people, pro bono, in the Levee Failure cases in New Orleans, Louisiana before U.S. District Judge Stanwood Duval.

Respectfully submitted,

DANIEL E. BECNEL, JR. (#2926)
BECNEL LAW FIRM, LLC
106 West Seventh Street
Post Office Drawer "H"
Reserve, Louisiana 70084
E-mail:      dbecnel@becnellaw.com
Telephone  (985) 536-1186
Facsimile   (985) 536-6445

# Peter J. Cambs, Sr.

**Biographical**: Born 1957. Admitted to the bar 1984, New York, including Federal District Courts for the Northern, Southern, Eastern and Western Districts.

**Martindale Hubbbell Rating:** *Highest "AV—Preeminent Lawyer"*

**Education**: State University of New York at Oswego (B.S.) Industrial Technology; Pace University School of Law (J.D. 1983).

**Professional Experience:** Former Assistant District Attorney, Bronx, (1983-1986). N.Y. Mr. Cambs spent over 24 years representing litigants in cases involving claims of medical malpractice, product liability, motor vehicle accidents, labor and construction site injuries, fire & explosion accidents, pharmaceutical liability, etc. He has tried in excess of 125 cases to *verdict*. Currently Member of the following Plaintiff's Steering Committees: *In re: Light Tobacco Marketing Litigation sales Practices Litigation, MDL-2068; In Re: Chinese Manufactured Drywall Product Liability Litigation, MDL- 2047.* Mr. Cambs' firm, Parker Waichman Alonso, LLP, has vast experience in Multi-District Litigation throughout the United States.

**Author & Lecturer:** *Jury Selection Techniques; Deposition Strategies and Discovery; Investigating Truck Accidents and Accident Reconstruction; Current Developments in Labor Law 241(6) Litigation; Liability of Component Part manufacturers: At what stage do Component Parts Become Finished Products?; Cross Examining the Accident Reconstruction Expert.*

**Reported cases:** *Moriarity vs Wallace, 61 AD 3d 1088; Johnson v Panera Bread, 59 AD 3d 1118; Diaz v Syracuse Univesity, 41 AD 3d 1302; Perkow v Frank Winnie, 36 AD 3d 1189; Millard v Alliance Laundry Systems, 32 AD 3d 1293; Beaumont vs Federal Express, 16 Ad 3d 1106; Excellus vs Smyth, 784 NY 2d 284; Lakeshore v General Electric, 307 Ad 2d 781; Kolz v Rand, 2298 A.D. 2d 982; Gallagher v TDS Telecom, 294 A.D. 2d 860; Cumis v Tooke, 293 AD 2d 794; Orzel v Lively, 292 Ad 2d 880; Husted vs Vermelyea, 291 AD 2d 825; Middelton v Kenney, 286 AD 2d 957; Cummins v Central Tractor, 281 AD 2d 792; Mamorella v Derkash, 276 Ad 2d 152; Shue v Red Creek School, 266 Ad 2d 899; Cook v Parish Oil 239 AD 2d 956; Tanner v Onondaga, 225 Ad 2d 1074; Koperda v Whitetown, 224 AD 2d 946; Niles v Shu Roofing 219 Ad 2d 782; Musserlli v Niagara Machine, 214 AD 2d 856; Cole v Syracuse Community Health center, 209 AD 2d 1005; Baker vs Micro-Switch, a div. of Honeywell, 197 Ad2d 933; LaFrance v State, 147 AD 2d 985; Bradt v Hamel, 144 Ad 2d 921, Welch v Dura-Wound, 894 F. Supp 76.*

**Areas of Practice:** Mass Torts; Toxic Torts; Defective Medical Devices and Pharmaceutical Liability; Personal Injury Litigation and Wrongful Death Claims; Medical Malpractice and Product Liability claims.

CURRICULUM VITAE

# DAVID M. CIALKOWSKI



**Zimmerman Reed, PLLP**
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
Tel 612.341.0400
Fax 612.341.0844
david.cialkowski@zimmreed.com

## PROFESSIONAL PROFILE

David Cialkowski joined Zimmerman Reed in 2001 as an attorney practicing in the areas of consumer protection, products liability litigation, and environmental torts. David advocates on behalf of consumers nationally and at home in Minnesota.

At Zimmerman Reed, David focuses on deceptive trade practices, consumer fraud, securities fraud and medical product litigation. He has also represented *amici curiae* AARP, National Association of Consumer Advocates, and Minnesota Association for Justice before the Minnesota Supreme Court. David graduated Phi Beta Kappa from University of Illinois in 1995 and from University of Illinois College of Law in 1998.

## EDUCATION

**UNIVERSITY OF ILLINOIS COLLEGE OF LAW**, Champaign, IL
Juris Doctor

**UNIVERSITY OF ILLINOIS COLLEGE OF LIBERAL ARTS AND SCIENCES**, Urbana, IL
Bachelor of Arts

## PRESENTATIONS AND/OR PUBLICATIONS

- May 10, 2004, "Class Action Bill Would Burden Minnesota Courts," Minnesota Lawyer

## PROFESSIONAL MEMBERSHIPS

- Minnesota State Bar Association
- Federal Bar Association
- Hennepin County Bar Association

## CASE RESUME

### EMPLOYMENT VIOLATIONS – WAGE & HOUR LITIGATION

- *In re Fed Ex Ground Package System, Inc. Employment Practices Litig.,* United States District Court, Northern District of Indiana, South Bend Division

### ENVIRONMENTAL

- *Mehl, et al. v. Canadian Pacific Railway, et al.,* United States District Court, District of North Dakota

## CONSUMER LITIGATION

- *Boschee v. Burnet Title Company*, United States District Court, District of Minnesota
- *In re Dockers Roundtrip Airfare Promotion Sales Practices Litig.*, United States District Court, District of California
- *In re: National Arbitration Forum Antitrust Litig.*, United States Judicial Panel on Multidistrict Litigation
- *In re: National Arbitration Forum Litig.*, United States District Court, District of Minnesota
- *In re Zurn Pex Products Liability Litig.*, MDL, United States District Court, District of Minnesota
- *Kurvers, et al. v. National Computer Systems, Inc.*, Fourth Judicial District, State of Minnesota
- *Lund v. Universal Title Company*, Fourth Judicial District, State of Minnesota
- *Ricci, et al. v. Ameriquest Mortgage Company*, Fourth Judicial District, State of Minnesota
- *Russo, et al. v. NCS Pearson, Inc., et al.*, United States District Court, District of Minnesota
- *Schermer, et al. v. State Farm Fire and Casualty Company, et al.*, Fourth Judicial District, State of Minnesota
- *Schlink v. Edina Realty Title*, Fourth Judicial District, State of Minnesota

## AMICUS REPRESENTATION

- Representing AARP, *Wiegand, et al. v. Walser Automotive Groups, Inc., et al.*, Supreme Court, State of Minnesota
- Representing Minnesota Association for Justice, *Peterson, et al. v. BASF Corporation*, Supreme Court, State of Minnesota
- Representing National Association for Consumer Advocates, *Hoffman, et al. v. Northern States Power Company d/b/a Xcel Energy, Inc.*, Supreme Court, State of Minnesota

## DRUG AND DEVICE LITIGATION

- *In re: Levaquin Products Liability Litig.*, United States District Court, District of Minnesota
- *In re: St. Jude Medical, Inc., Products Liability Litig.*, MDL, United States District Court, District of Minnesota
- *In re: St. Jude Silzone Heart Valve Litig.*, Second Judicial District, State of Minnesota

# ZIMMERMAN REED | FIRM RESUME



## MINNEAPOLIS

Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, Minnesota 55402
t: 612.341.0400
f: 612.341.0844
zimmreed.com

## SCOTTSDALE

Zimmerman Reed, PLLP
14646 North Kierland Blvd., Suite 145
Scottsdale, Arizona 85254
t: 480.348.6400
f: 480.348.6415
zimmreed.com

# TABLE OF CONTENTS

The Firm's Practice and Achievements...........................................................................  1

Attorney Biographies...................................................................................................  1

    Charles S. Zimmerman..........................................................................................  1

    Robert R. Hopper....................................................................................................  2

    J. Gordon Rudd, Jr.................................................................................................  3

    Carolyn G. Anderson ............................................................................................  3

    Hart L. Robinovitch................................................................................................  4

    Timothy J. Becker...................................................................................................  5

    David M. Cialkowski..............................................................................................  5

    Stacy K. Hauer........................................................................................................  6

    Anne T. Regan........................................................................................................  6

    Brian C. Gudmundson...........................................................................................  7

    Kirsten D. Hedberg................................................................................................  7

    Patricia A. Bloodgood............................................................................................  7

    Ronald S. Goldser..................................................................................................  8

Case Resume: Recent Leadership Positions...............................................................  9

Cases By Practice Group

    Consumer Litigation..............................................................................................  9

    Defective Drugs and Devices................................................................................  9

    Securities, Investment Fraud, Corporate Governance and Antitrust.....................  11

    Employment Violations – Wage and Hour Litigation.........................................  12

    Environmental and Toxic Torts.............................................................................  13

    Healthcare Litigation.............................................................................................  13

    Homeowner – Mortgage Litigation......................................................................  14

## FIRM PRACTICE AND ACHIEVEMENTS

Zimmerman Reed is a nationally recognized leader in complex and class action litigation and has been appointed as lead counsel in some of the largest and most complex cases in federal and state courts across the country. The firm was founded in 1983 and has successfully represented thousands of consumers and injured individuals nationwide in significant and demanding cases. The firm's practice includes a wide range of legal issues and class actions involving consumer fraud, tobacco, pharmaceutical drugs, shareholder actions, environmental torts, dangerous or defective products, human rights violations and privacy litigation.

## ZIMMERMAN REED PARTNERS

**Charles S. Zimmerman**, founding partner of Zimmerman Reed, is a nationally recognized leader in complex and class action litigation. He frequently speaks at industry conferences, CLEs and is the author of a newly published book on complex litigation. During more than 30 years of practice, Bucky has successfully represented thousands of clients through individual actions and nationwide class actions. His cases have involved the tobacco industry, pharmaceutical companies and shareholder actions. Bucky has served as lead counsel, PSC member and liaison counsel in numerous major pharmaceutical and medical device cases over the last 15 years. He currently serves as Lead Plaintiffs' Counsel in the Guidant MDL 1708, Medtronic MDL 1726 and Baycol MDL 1431. Through his leadership in these and other groundbreaking cases, Bucky continues to advance the interests of his clients and the legal profession.

In addition to his case work, Bucky continues to lecture and periodically teach courses on complex litigation and working with the media in high profile cases for a variety of organizations including the Minnesota State Bar Association, Minnesota Continuing Legal Education, the University of Minnesota Law School, William Mitchell College of Law, the Minnesota Trial Lawyers Association (MTLA) and Mealy's Publications. In 2006 Bucky authored "Pharmaceutical and Medical Device Litigation," a mass tort manual published by Thompson/West.

Through his solid leadership and abilities as a litigator and negotiator, Bucky continues to serve and advance the interests of the firm's clients and the legal profession. He has been recognized as a "Super Lawyer" by *Minnesota Law & Politics* 2000 - 2007.

Bucky is a 1972 graduate of the University of Minnesota Law School. He also received his undergraduate degree from the University of Minnesota and was a three letter winner, Williams Scholar, and captain of the varsity U of M tennis team his junior and senior years. Mr. Zimmerman is a member of the United States Professional Tennis Association obtaining national ranking, and has won gold and silver medals at the world Maccabiah and Pan American Maccabiah games.

Charles Zimmerman is admitted to practice before, and is a member in good standing of, the Bar of the State of Minnesota and the United States District Court for the District of Minnesota,

District of Colorado, District of North Dakota, and the United States Supreme Court. He is also admitted to the Third, Fifth, Sixth, and Eighth United States Circuit Courts of Appeals.

Mr. Zimmerman has been a lecturer and selected to teach courses for the Minnesota State Bar Association, University of Minnesota School of Law, William Mitchell College of Law, the Minnesota Trial Lawyers Association (MTLA), Association of Trial Lawyers of America (ATLA), American Conference Institute and Mealey's Publications. In September 2000, Bucky served as co-chairman of the Advisory Committee for Mealey's Propulsid Litigation Conference and he chaired the faculty of a Minnesota Institute for Legal Education seminar, "Dealing with Complex Litigation." Mr. Zimmerman has also lectured and served as a member of the faculty at Mealey's "Norplant Conference," Mealey's "Breast Implant Conferences," Andrew's Publications' "Medical Devices Litigation Conference", as well as numerous conferences on the subject of Tobacco Litigation and "Youth and Addiction." Additionally, he was a guest lecturer on the subject of Complex Litigation at the University of Minnesota School of Law in conjunction with course work prepared by Professor Robert J. Levy, and the William Mitchell College of Law in conjunction with course work prepared by the Honorable Thomas Carey.

Bucky's memberships include the Association of Trial Lawyers of America (ATLA), the Minnesota Trial Lawyers Association (MTLA), the Federal Bar, the Minnesota State Bar Association, the Hennepin County Bar Association, and the Bar Associations of the Fifth and Eighth Federal District Courts.

**Robert R. Hopper** has been a partner in the firm since 1991 after being Of Counsel for a short time. Mr. Hopper's practice focuses on complex civil litigation and government relations, with an emphasis on the public policy, legislative, and substantive legal issues that lie at the nexus of these two disciplines. Prior to joining Zimmerman Reed, Mr. Hopper practiced with Larkin, Hoffman, Daily & Lindgren in that firm's Government Relations and Litigation Departments. He also has held numerous positions in the public and private sectors including: work on a White House - sponsored urban education program in inner city Atlanta and both Harlem and the South Bronx, New York City; a Manager of Public Affairs for the Cummins Engine Company and as Program Officer in its corporate foundation; as Director of State Development Planning for the State of Minnesota; as an Advisor on a special Economic Development program serving Minnesota Governor Al Quie; and Finance Director for the successful Ramstad for Congress Campaign.

In 1987, Randy graduated from the William Mitchell College of Law. Upon graduation, he was awarded the Excellence in Trial Advocacy Award having been previously distinguished by the Association of Trial Lawyers of America (ATLA) through a National Trial Competition as one of the top ten student trial advocates in the United States. Prior to law school, Mr. Hopper attended the University of Tennessee where he majored in Psychology and Pre-med and in 1976 graduated with honors. In his senior year, Mr. Hopper was distinguished by the Dean of the College of Liberal Arts for outstanding work on "Off-Campus/Independent Study." Mr. Hopper also studied Political Philosophy and Social Ethics at the Hubert H. Humphrey Institute of Public Affairs at the University of Minnesota and at the Union Theological Seminary in New York City.

Mr. Hopper is admitted to practice in Minnesota and several Federal Courts including the United States District Courts for the Districts of Minnesota; Arizona; the Eighth Circuit Court of Appeals; and the Eleventh Circuit Court of Appeals. Randy is a member in good standing of the American Bar Association, the Minnesota State Bar Association and the Hennepin County Bar Association, as well as a member in good standing of both ATLA and the Minnesota Trial Layers Association. He is also a member of the Minnesota Governmental Relations Council and a founding member of the Winston S. Churchill Center for Policy Studies at George Washington University, Washington, D.C. He has been a member of the adjunct faculty at William Mitchell College of Law teaching "Corporate Ethics and Advising Corporate Clients." Mr. Hopper is chair of the CLE "Dealing with the Media in High Profile Cases" and is a member of the faculty in the CLE "Managing Complex Litigation."


**J. Gordon Rudd, Jr.** is a partner with Zimmerman Reed practicing in the areas of product liability, wage and hour, consumer class action, and toxic tort litigation. Mr. Rudd is a member of the Firm's Management Committee and is the partner in charge of the Minneapolis office operations.

Gordon presently serves as a member of the Plaintiffs' Steering Committee and liaison counsel in *In re St. Jude Silzone Heart Valves Product Liability Litigation*, MDL 1396. Gordon also serves as a member of the Plaintiffs' Steering Committee in *In re Fedex Ground Package Systems, Inc.*, MDL 1700. Gordon also represented residents of Minot, North Dakota in *In re Soo Line Railroad Company Derailment of January 18, 2002 in Minot, N.D*, who were affected by the toxic spill caused by the derailment of a Canadian Pacific Railway train. Gordon served as trial counsel in 2 cases, which resulted in verdicts totaling 1.2 million dollars. Recently, both a class action and over 1,000 individual cases were successfully resolved.

Gordon is a 1986 graduate of Connecticut College and a 1991 graduate of the University of Cincinnati College of Law. Mr. Rudd also attended Bowdoin College and studied in London, U.K. during his undergraduate training. In 2006, 2007 & 2008, Gordon was honored as a "Super Lawyer" by *Minnesota Law & Politics*.

Mr. Rudd is licensed to practice before, and is a member in good standing of, the Bar of the State of Minnesota and the United States District Court for the District of Minnesota. Gordon is admitted to the United States Court of Appeals for the Eighth Circuit. He has been admitted to appear *pro hac vice* in cases pending in the states of California, Oregon, Arizona, New Mexico, Texas, North Dakota, Ohio, Florida, Georgia, Tennessee, and Michigan. He is a member of the Federal Bar Association, Minnesota State Bar Association and the Hennepin County Bar Association.


**Carolyn Anderson** is Managing Partner at Zimmerman Reed and focuses her practice primarily on securities matters. Since joining Zimmerman Reed, Carolyn has successfully represented individual investors with claims of securities fraud, institutional clients in PSLRA actions and minority shareholders, related to mergers and acquisitions. She has served in a leadership role in obtaining numerous significant awards in both individual actions and multi-state class actions. Carolyn was appointed Class Counsel in the Minnesota Corn Processors shareholder

action involving the ADM merger, and Lead Counsel in the Metropolitan Airports Commission class action. She also currently serves as Class Counsel for a nationwide class in a PSLRA securities case brought against Boston Scientific. Carolyn maintains strong ties with NAAG, with individual state Attorneys General, state pension fund officers and other institutional investors.

Carolyn is a frequent lecturer at colleges, law schools as well as a Legal Education faculty member on the topics of complex litigation, legal ethics, securities law and other topics.

Carolyn graduated from Trinity College, where she received a Bachelor of Arts degree, *cum laude*, in Psychology. She received her law degree *cum laude* from Hamline University School of Law where she was a Dean's Scholar, received the Cali Award for Excellence in Constitutional Law, and was on Hamline Law Review where her case note article was selected for publication. Carolyn also studied law at Hebrew University in Jerusalem, Israel in course-work focusing on Law, Religion, & Ethics.

Carolyn is admitted to practice before, and is a member in good standing of, the Bar of the State of Minnesota, the United States District Court for the District of Minnesota and the Court of Appeals for the Eighth Circuit, First Circuit and the U.S. Supreme Court. In addition to these courts, Ms. Anderson works on cases with local counsel nationwide. She is a member of the National Association of Shareholder and Consumer Attorneys (NASCAT), the Federal Bar Association, the Minnesota Bar Association, and the Hennepin County Bar Association and Minnesota Women Lawyers.


**Hart L. Robinovitch** is a partner with Zimmerman Reed, working in the firm's Scottsdale Arizona office. Hart is a strong and effective consumer advocate, focusing his practice in the areas of mortgage banking, shareholder actions and general civil and business litigation.

For the past decade, Hart has represented clients in a series of class action lawsuits contesting mortgage lenders' excessive billing and deposits practices for mortgage escrow accounts. Mr. Robinovitch is now involved in numerous Federal court lawsuits around the country alleging that mortgage banks and lenders have violated federal and state laws. These cases allege payment of kickbacks and/or illegal and unearned referral fees by the banks and lenders to mortgage brokers who refer mortgage clients who are then charged inflated interest rates on the mortgages. In addition, he represents consumers in other actions contesting the imposition of overcharges and improper fees or other contractual violations in various mortgage transactions. He has worked with co-counsel in state and federal courts across the country.

Mr. Robinovitch, a native of Canada, earned his degree from the University of Toronto Law School in 1992 where he served as an Associate Editor on the University of Toronto Faculty of Law Review. He received his Bachelor of Science degree in 1989 from the University of Wisconsin-Madison.

Hart is admitted to practice before, and is a member in good standing of, the Bars of the States of Arizona and Minnesota and the United States District Court for the Districts of Arizona, Minnesota, the Northern and Middle Districts of Alabama, the Northern District of Georgia, the

District of Hawaii, and the Northern District of Oklahoma. Mr. Robinovitch is also licensed to practice law before the United States Courts of Appeals for the Sixth, Eighth, Ninth and Eleventh Circuits and the United States Supreme Court. Hart's memberships include the National Association of Consumer Advocates.

**Timothy J. Becker** is a partner with Zimmerman Reed, practicing primarily in the areas of complex class action commercial litigation including the areas of Third Party Payor and Healthcare Litigation. With cases all over the country, Mr. Becker has demonstrated his ability to vigorously represent clients on both the national and local level. Recently, Tim was instrumental in obtaining class certification on behalf of 5,400 former shareholders of Minnesota Corn Processors. Mr. Becker's work has included cases with an emphasis in complex commercial and anti-trust issues including Bankruptcy Reaffirmation and *In re Vitamins* anti-trust litigation.

Mr. Becker is a 1992 graduate of the University of Illinois, Chicago where he received his Bachelor of Arts degree in History. In 1995, he earned his *Juris Doctorate* from William Mitchell College of Law where he graduated *cum laude*. Mr. Becker served as a Staff Member of the *William Mitchell Law Review* from 1993 to 1994, and as an Associate Editor from 1994 through 1995. He has been a member of the Minnesota Bar since 1995 and the Federal Bar since 1997.

Mr. Becker is a member of the Minnesota Trial Lawyers Association and Minnesota State Bar Association. His articles include, "Is the Doctor In? Reasonableness and the Neal Decision," published in the *Hennepin County Lawyer*, 1998. In 1999 he was recognized by his peers in Minnesota as a "Rising Star" as compiled by *Minnesota Law & Politics* and in 2000 was inducted into *Stratmore's Who's Who*. Tim was again recognized by his peers in Minnesota by being named a "Super Lawyer" in 2002, 2003 and 2004 as compiled by *Minnesota Law & Politics*.

**David M. Cialkowski** is a partner with Zimmerman, and dedicates a substantial portion of his practice to the area of complex and mass tort litigation, with a primary focus on consumer protection and products liability litigation.

David has worked extensively on behalf of plaintiffs in *In re St. Jude Silzone Heart Valves Product Liability Litigation*, MDL 1396. David has also contributed substantially to pretrial summary judgment and class certification briefing in *In re Fedex Ground Package Systems, Inc.*, MDL 1700. David also represented residents of Minot, North Dakota in *In re Soo Line Railroad Company Derailment of January 18, 2002 in Minot, N.D*, who were affected by the toxic spill caused by the derailment of a Canadian Pacific Railway train, and helped draft federal legislation clarifying the scope of railroad preemption. Recently, both a class action and over 1,000 individual cases were successfully resolved.

In 1995, Mr. Cialkowski earned his undergraduate degree from the University of Illinois's College of Liberal Arts and Sciences *cum laude* with High Distinction in the Department of English. Additionally, he participated in the honors program as a James Scholar, received the Elizabeth and Charles Ellis Merit Scholarship and was a member of Phi Beta Kappa. Mr. Cialkowski graduated in 1998 from the University of Illinois College of Law, where he

participated in the civil litigation clinic, was an editor for the Poetic Justice literary magazine, and was voted one of the top ten percent of university teaching assistants.

Mr. Cialkowski is licensed to practice and a member in good standing, for the Bars of the State of Minnesota and the State of Illinois. His professional associations include membership in the Minnesota State Bar Association and Hennepin County Bar Association.

## ZIMMERMAN REED ASSOCIATES

**Stacy K. Hauer** primarily represents clients who have been injured as a result of defective drugs or faulty medical devices. For the past several years, she has focused much of her practice in this area on cases including Baycol, Zyprexa, Medtronic Defibrillators, Guidant Defibrillators and Levaquin. Ms. Hauer's extensive background in biochemistry and pharmaceuticals make her uniquely qualified for drug and device litigation. Stacy also dedicates a portion of her practice to toxic torts, including the welding rod litigation and healthcare litigation, including PBM litigation.

Ms. Hauer graduated *cum laude* from the University of Minnesota Law School. She received a her Masters Degree from the College of Pharmacy at the University of Minnesota. Stacy's graduate education provides her with an understanding of the science behind pharmaceuticals. Stacy received her Bachelor degree in Biochemistry, Molecular Biology and Chemistry from the University of Minnesota, Duluth.

Additionally, Stacy has a background working in the health care industry which has given her a compassionate perspective in advocating for clients who have been injured by defective drugs and medical devices. Her publications include, "Pharmacology for Lawyers", *TRIAL* magazine, March 2005.

**Anne T. Regan's** practice focuses on complex litigation involving wage and hour, securities, and consumer protection laws. Ms. Regan has successfully represented employees and shareholders of national and Minnesota-based companies. The breadth and depth of her legal skills make her a forceful advocate for her clients.

Ms. Regan graduated *cum laude* from the University of Minnesota Law School, where she served as a Managing Editor of the *Minnesota Law Review*. Prior to law school she attended Washington University in St. Louis, Missouri, where she graduated *magna cum laude* and was a member of Phi Beta Kappa.

Ms. Regan is licensed to practice law in the States of Minnesota and Illinois, and is admitted to the United States District Court for the District of Minnesota. She is a member of the Minnesota State Bar Association, the Federal Bar Association, the Hennepin County Bar Association, and Minnesota Women Lawyers. Anne also is an adjunct legal writing instructor for the University of Minnesota Law School legal writing program.

**Brian C. Gudmundson** focuses his practice at Zimmerman Reed in securities litigation and Complex Commercial Class Actions including the areas of Third Party Payor and Healthcare Litigation. Prior to joining the firm, Mr. Gudmundson was a member of a litigation team that achieved a $2.5 billion settlement against AOL - Time Warner on behalf of investors.

Brian is a 2004 *cum laude* graduate of the University of Minnesota Law School where he was a member of both the Dean's List and Dean's List with an A Average, a faculty research assistant and a member of the National Moot Court. He was also honored with the Minnesota Justice Foundation public service award. Prior to law school, he attended the University of Minnesota earning his Bachelor of Arts degree in Psychology. Mr. Gudmundson has co-authored two articles, discussing the civil RICO act, that were published by www.ricoact.com.

**Kirsten Hedberg** practices primarily on complex cases involving wage and hour litigation and securities violations at Zimmerman Reed. Bringing a distinguished research background combined with her knowledge of the law affords Kirsten the tools to litigate effectively on behalf of her clients.

Prior to joining the firm, Ms. Hedberg served as a judicial law clerk to the Honorable Michael J. Davis on the United States District Court for the District of Minnesota. Additionally, Kirsten gained substantial experience during her legal fellowship with the Reporters Committee for Freedom of the Press in Washington D.C. working in the areas of defamation, reporter's privilege, and privacy law. During this fellowship, she was a contributing author of various articles published in their quarterly magazine, *The News Media and the Law.*

Kirsten is a 2003 graduate of the University of Minnesota Law School. While at the University of Minnesota she was awarded the Silha Fellowship, performing extensive legal research for the Silha Center for the Study of Media Ethics and Law. An honors graduate of the University of Iowa, Ms. Hedberg earned her Bachelor of Arts degree in English in 1997.

## ZIMMERMAN REED OF COUNSEL

**Patricia Bloodgood** joined Zimmerman Reed in 2008, bringing two decades of experience in complex litigation. She has served as lead counsel on a number of class actions, including the Lutheran Brotherhood Sales Practices Litigation. More recently, she has been working with law firms around the country on the FedEx Ground Drivers Lawsuit, a multi-district consolidated proceeding involving 40 different state class actions challenging FedEx Grounds' independent contractor model.

Ms. Bloodgood is a frequent lecturer at litigation strategy seminars on the topics of securities law, expert witnesses and class action and is also a past President of the Minnesota Chapter of the Federal Bar Association. At Zimmerman Reed, Patricia will continue to focus her practice on securities fraud, consumer fraud and employment practices.

Ms. Bloodgood is a 1980 graduate of the University of Minnesota and a 1984 graduate of the University of Wisconsin Law School. Patricia is licensed to practice law in both Minnesota and Wisconsin.

**Ronald S. Goldser** recently became Of Counsel at Zimmerman Reed. Prior to that position, he was a partner in the firm from 1987-2008 and was the Chief Financial Officer from 1994-2008. Mr. Goldser graduated *cum laude* from Yale University in 1975 where he received his Bachelor of Arts degree in Urban Studies. While at Yale, Mr. Goldser engaged in numerous poverty and consumer law endeavors including work with the Connecticut Citizen Action Group.

Ron received his law degree in 1978 from the University of Minnesota. During his years at the University of Minnesota, he worked with the Alcohol and Drug Abuse Programming group within the University's College of Pharmacy. This work included counseling and supervised representation of individuals charged with drug offenses. In addition, together with others, Ron taught Law for Health Sciences in the College of Pharmacy.

At Zimmerman Reed, Mr. Goldser focuses on the medical device and pharmaceutical drug practice, mass tort litigation and the consumer law litigation practice. Ron has been a lead attorney in cases involving orthopedic bone (pedicle) screw, Fen-Phen diet drugs, Propulsid, Rezulin, Baycol and other prescription medication litigation as well as collateral protection insurance and bankruptcy reaffirmation litigation.

Mr. Goldser is admitted to practice in Minnesota and Wisconsin, in the United States Courts of Appeals for the Third, Fourth, Fifth, Sixth, and Eighth Circuits, and in the United States District Court for the Districts of Minnesota, Eastern Wisconsin, Western Wisconsin, and North Dakota. He is a member of the Minnesota State Bar Association and the Hennepin County Bar Association.

# CASE RESUME: RECENT LEADERSHIP POSTIONS

## Consumer Litigation

- *Dearmon, et al. v. Mercury Finance Company,* Fourth Judicial District Court, State of Minnesota
- *DeLillo, et al. v. NCS Pearson, et al.,* Fourth Judicial Court, State of Minnesota
- *Diamond, et al. v. AVCO Auto Finance, et al.,* Superior Court of California, Monterey County
- *Drobnak, et al. v. Andersen Windows, Inc,* United States District Court, District of Minnesota
- *Fischl, et al. v. Direct Merchants Bank,* Fourth Judicial District, State of Minnesota
- *Grant, et al. v. Regions Mortgage Co. f/k/a First Commercial Mortgage Co.,* Superior Court of California, Ventura County
- *Gutter, et al. v. Bank One Louisiana,* Orleans Parish Civil District, State of Louisiana
- *In re Castano Tobacco Litigation,* United States District Court for the Eastern District of Louisiana
- *In re Consolidated Zicam Product Liability Cases,* Superior Court of Arizona, Maricopa County
- *Kurvers, et al. v. National Computer Systems, Inc.,* Fourth Judicial District Court, State of Minnesota
- *Minnerath, et al. v Zurn Pex Inc.,* United States District Court, District of Minnesota
- *O'Hara, et al. v. Marvin Lumber, et al.,* Fourth Judicial Court, State of Minnesota
- *Pistilli, et al. v. Life Time Fitness,* Fourth Judicial District, State of Minnesota
- *Sara Lee Meat Contamination Litigation,* Cress v. Sara Lee, Circuit Court of Cook County, State of Illinois, Court File No. 98 L 15072
- *Schermer, et al. v. State Farm Fire and Casualty Company, et al.* Fourth Judicial Court, State of Minnesota
- *Scott v. American Tobacco Co., Inc., et al.,* Court File No.: 96-8461, Civil District Court for the Parish of New Orleans, Louisiana
- *Wright, et al. v. Malt-O-Meal Company,* Fourth Judicial District, State of Minnesota

## Defective Drugs and Devices

- *Hammitt, et al. v. Medtronic, Inc.,* United States District Court, District of Minnesota
- *Hunter v. Medtronic, Inc., et al.,* Fourth Judicial Court, State of Minnesota
- *In re Baycol Products Litigation* MDL 1431 (Co-Lead Counsel), United States District Court, District of Minnesota

- *In re Bextra Products Liability Litigation,* MDL 1694
- *In re Breast Implant Litigation* MDL 926 (Member of settlement committee; co-state liaison for Minnesota), United States District Court, Eastern District of Michigan
- *In re Diet Drugs Products Liability Litigation* (Phentermine / Fenfluramine / Dexfenfluramine) MDL 1203, United States District Court, Eastern District of Pennsylvania
- *In re Ephedra Products Liability Litigation,* MDL 1598, United States District Court, Southern District of New York
- *In re Guidant Implantable Defibrillators Products Liability Ligitation,* MDL 1708
- *In re Intergel Products Litigation*
- *In re Meridia Products Liability Litigation,* MDL 1481, United States District Court, Northern District of Ohio
- *In re Medtronic Implantable Defibrillators Products Liability Litigation* MDL 1726, United States District Court, District of Minnesota
- *In re Medtronic, Inc., Sprint Fidelis Leads Products Liability Litigation,* MDL 1905, United States District Court, District of Minnesota.
- *In re Neurontin "Off-Label" Marketing Litigation,* MDL 1629, United States District Court, District of Massachusetts
- *In re Orthopedic Bone Screw Litigation* MDL 1014 (Member of Discovery Committee), United States District Court, Eastern District of Pennsylvania)
- *In re Phenylpropanolamine (PPA) Products Liability Litigation,* MDL 1407
- *In re Propulsid Products Liability Litigation* MDL 1355 (Member of Plaintiffs' Steering Committee), United States District Court, Eastern District of Louisiana
- *In re Rezulin Products Liability Litigation,* MDL 1348, United States District Court, Southern District of New York
- *In re Serzone Products Liability Litigation,* MDL 1477, United States District Court, Southern District of West Virginia
- *In re St. Jude Silzone Heart Valves Product Liability Litigation,* MDL 1396, United States District Court, District of Minnesota
- *In re Sulzer Inter-Op Orthopedic Hip Implant Litigation* MDL 1401 (Special Counsel to Plaintiffs Steering Committee), United States District Court, Northern District of Ohio
- *In re Telectronics Pacemaker Litigation* MDL 1057 (Member of Plaintiffs Steering Committee
- *In re TMJ Implant Litigation* MDL 1001 (Member of Plaintiffs Steering Committee)
- *In re Vioxx Products Liability Litigation,* MDL 1657, United States District Court, Eastern District of Louisiana
- *Foster, et al. v. St. Jude Medical, Inc.,* United State District Court, State of Minnesota
- *Olsen v. Medtronic, Inc., et al.,* Fourth Judicial Court, State of Minnesota

- *O'Neill, et al. v. St. Jude Medical Inc.*, Ramsey County District Court

**Securities, Investment Fraud, Corporate Governance and Antitrust**

- *Atkinson v. Morgan Keegan & Co.*, United States District Court, Western District of Tennessee
- *City of Ann Arbors Employees' Retirement System v. MoneyGram International, Inc.*, United States District Court, District of Minnesota
- *Gaither v. Computer Network Technology Corporation, et al.*, Fourth Judicial District, State of Minnesota
- *Haritos, et al. v. American Express Financial Advisors*, U.S. District Court, District of Arizona
- *In re ADC Telecommunications, Inc. Securities Litigation*, United States District Court, District of Minnesota
- *In re Boston Scientific Corporation Securities Litigation*, U.S. District Court, District of Massachusetts
- *In re Ceridian Corporation*, United States District Court, District of Minnesota
- *In re E.W. Blanch Holdings Securities Litigation*, United States District Court, District of Minnesota
- *In re Pemstar, Inc. Securities Litigation*, United States District Court, District of Minnesota
- *In re The St. Paul Companies, Inc., et al.*, United States District Court, District of Minnesota
- *In re Stellent, Inc. Securities Litigation*, United States District Court, District of Minnesota
- *In re SuperValu, Inc. Securities Litigation*, United States District Court, District of Minnesota
- *In re Synovis Life Technologies, Inc. Securities Litigation*, United States District Court, District of Minnesota
- *In re Xcel Energy, Inc. Securities Litigation*, United States District Court, District of Minnesota
- *In re Zomax, Inc. Securities Litigation*, United States District Court, District of Minnesota
- *Klosek, et al. v. Ameriprise Financial, Inc., et al.*, United States District Court, District of Minnesota
- *Landers, et al. v. Morgan Keegan & Co.*, Chancery Court of Tennessee, Thirtieth Judicial District , Shelby County
- *Rupp, et al. v. Thompson et al.* (Minnesota Corn Processors), Fifth Judicial District Court, State of Minnesota
- *Schmidt, et al. v. eFunds Corporation, et al.*, Superior Court of Arizona, Maricopa County
- *Thomas, et al. v. Metropolitan Life Insurance Company, et al.*, United States District Court, Western District of Oklahoma

- *Haase, et al. v. GunnAllen Financial, et al.,* United States District Court, Eastern District of Michigan
- *Gulbrandsen v. Medtronic, et al.,* Fourth Judicial District, State of Minnesota
- *AI Plus, Inc. and IOC Distribution v. Petters Group Worldwide,* United States District Court, District of Minnesota
- *In re Vitamins Antitrust Litigation,* United States District Court, District of District of Columbia

## Employment Violations – Wage and Hour Litigation

- *Bernstein, et al. v. M.G. Waldbaum, Inc., et al.,* United States District Court, District of Minnesota
- *Christman, et al. v. FPMI Solutions, Inc.,* United States District Court, Northern District of California
- *Daud, et al. v. Gold'n Plump Poultry, Inc.,* United States District Court, District of Minnesota
- *DeKeyser, et al. v. ThyssenKrupp Waupaca, Inc.,* United States District Court, Eastern District of Wisconsin
- *Ford, et al. v. Townsends, Inc.,* United States District Court, Eastern District of Arkansas
- *Frank, et al. v. Gold'n Plump Poultry, Inc.,* United States District Court, District of Minnesota
- *Grabman, et al. v. Brakebush Brothers, Inc.,* United States District Court, Eastern District of Wisconsin
- *In re Fedex Ground Package System, Inc.,* MDL 1700, *United States District Court, Northern District of Indiana*
- *Helmert, et al. v Butterball, LLC,* United States District Court, Eastern District of Arkansas
- *Hudson, et al. v. Butterball, LLC,* United States District Court, Western District of Missouri
- *Milner, et al. v. Farmers Insurance Exchange,* United States District Court, District of Minnesota
- *Phelps, et al. v. Green Bay Dressed Beef, LLC,* United States District Court, Eastern District of Wisconsin
- *Robinson, et al. v. Novellus Systems, Inc.,* United States District Court, Northern District of California

**Environmental and Toxic Torts**

- *Cooksey v. Hawkins Chemical Company*, Hennepin County District Court File No. 95-3603

- *Cuff, et al. v. Brenntag North America, Inc., et al.* United States District Court, Northern District of Georgia Atlanta Division

- *Fastrip, Inc., et al. v. CSX Corporation*, United States District Court, Western District of Kentucky

- *In re MTBE Water Contamination Litigation*, MDL 1358, United States District Court, Southern District of New York

- *In re Soo Line Railroad Company Derailment of January 18, 2002 in Minot, N.D.*, Hennepin County District Court File No. 06-1833

- *In re Welding Rods Products Liability Litigation*, MDL 1535, United States District Court, Northern District of Ohio

- *Martin, et al. v. BioLab, Inc., et al.*, United States District Court, Northern District of Georgia Atlanta Division

- *McGruder, et al. v. DPC Enterprises, LP, et al.*, Maricopa County Superior Court, State of Arizona

- *Adams, et al. v. DPC Enterprises, LP, et al.*, Jefferson County Circuit Court, State of Missouri

- *Mehl, et al. v. Canadian Pacific Railway, et al.*, United States District Court, District of North Dakota

- *Ponce, et al. v. Pima County, et al.*, Maricopa County Superior Court, State of Arizona

- *Weincke, et al. v. Metropolitan Airports Commission*, State of Minnesota, Hennepin County District Court

**Healthcare Litigation**

- *In re Medco Health Solutions, Inc., Pharmacy Benefits Management Litigation*, MDL 1508, United States District Court, Southern District of New York

- *In re Not-For-Profit Hospital Litigation [Fields, et al. v. Banner Health]*, United States District Court, District of Arizona

- *In re Not-For-Profit Hospital Litigation [Kern, et al. v. Allina Health System]*, United States District Court, District of Minnesota

- *In re Not-For-Profit Hospital Litigation [Peterson, et al. v. Fairview Health Services]*, United States District Court, District of Minnesota

**Improper Homeowner Charges – Mortgage Litigation**

- *Henry, et al. v. Associate Home Equity Services,* United States Bankruptcy Court, Southern District of California

- *In re Mortgage Escrow Litigation,* MDL 899 (Lead counsel), United States District Court, Northern District of Illinois

- *Anderson, et al. v. The Money Store,* United States District Court, District of South Carolina

- *Logan, et al. v. Norwest Mortgage Bank Minnesota, N.A.,* Fourth Judicial District Court, State of Minnesota

- *Boschee v. Burnet Title Company,* Fourth Judicial District, State of Minnesota

- *Schlink v. Edina Realty Title,* Fourth Judicial District, State of Minnesota

- *Lund v. Universal Title Company,* Fourth Judicial District, State of Minnesota

- *Ricci, et al. v. Ameriquest Mortgage Company,* Fourth Judicial District, State of Minnesota

- *Nobles, et al. v. Countrywide Home Loans,* Alameda County Superior Court, State of California

- *Holland v. Countrywide Home Loans,* Nassau County Supreme Court, State of New York

- *Stepan v. Edina Realty Title,* Fourth Judicial District Court, State of Minnesota

- *Edwards / White, et al. v. Long Beach Mortgage Company / Washington Mutual Bank F.A., et al.,* Fourth Judicial District Court, State of Minnesota

# JAMES L. DEESE
### Attorney at Law
The Western Reserve Building
1468 West 9th Street, Suite 405
Cleveland, Ohio 44113-1220
Phone: (216) 357-4000
Fax: (216) 357-4001
Email: jasdeese@sbcglobal.net

## QUALIFICATIONS

AV rated attorney at law with thirty years of trial and appellate litigation experience.

## EDUCATION

Undergraduate:
*1971-1975*  OBERLIN COLLEGE: B.A. History

Graduate:
*1977-1980*  CLEVELAND STATE UNIVERSITY CLEVELAND MARSHALL COLLEGE OF LAW: J.D., *magna cum laude*

Editor – Cleveland State University Law Review    *1979-1980*

Postgraduate:
*1980*  CASE WESTERN RESERVE UNIVERSITY School of Medicine/School of Law, "Functional Anatomy for Attorneys"

## PROFESSIONAL EXPERIENCE

*1979*  Legal Research Assistant – *Cleveland State University Cleveland Marshall College of Law*
Performed research for a constitutional law and evidence professor on a project analyzing the use in written decisions of expressions such as "congested dockets" and "overcrowded courts" as a ground for denying relief in the federal courts.

*1979-1980*  Law Clerk – *Charles R. Miller Co., LPA*
Worked up personal injury files; performed legal research and drafted briefs, pleadings and correspondence for a small, general practice law firm that concentrated in personal injury work.

*1980-1994*  Attorney – *Charles R. Miller Co. LPA, Miller & Tolaro Co., LPA and Weiner & Suit Co., LPA.*
Litigation attorney for successor law firms. Responsible for litigation files from intake through final appeal. First chair civil jury trial experience in product liability and medical malpractice. Other areas of practice included criminal law, administrative procedure, environmental

regulation, employment law, insurance law, intentional tort, residential construction, commercial law and public interest law. Significant cases include: *Pang v. Minch* (1990), 53 Ohio St.3d 716 (joint and several liability); *Onderko v. Richmond Manufacturing Co.* (1987), 31 Ohio St.3d 296 (product liability); *Mersits v. Podojil Builders, Inc.* (8th Dist.), 64 Ohio App.3d 266 (work place liability).

1995    <u>Attorney</u> – *Eshelman Legal Group*
Litigation attorney for seven-member law firm limiting its practice to plaintiff's personal injury and product liability cases.

1996-2001    <u>Attorney</u> – *Debra J. Dixon & Associates*
Appellate and motion practice attorney for small firm concentrating in high-end personal injury, medical malpractice, product liability and commercial litigation. Responsible for almost all brief writing assignments; assisted in discovery and provided assistance as second chair in all major jury trials. Wrote the petition for writ of certiorari and merit briefs in the successful appeal to the U.S. Supreme Court in *Nelson v. Adams USA, Inc.* (2000), 429 U.S. 460. Other significant cases include: *Tyler v. City of Cleveland* (8th Dist. 1998), 129 Ohio App.3d 441 (municipal tort liability) and *Krickler v. City of Brooklyn* (8th Dist. 2002), 149 Ohio App.3d 97 (wrongful discharge in violation of public policy).

2002-    <u>Attorney</u> –*James L. Deese, Attorney at Law*
Solo practitioner engaged in general practice with a focus on small business and consumer litigation. Also, perform brief writing, motion practice and litigation support services for area attorneys on a contract basis. Since starting a solo practice, three cases, *Ellis v. City of Cleveland*, *O'Boyle v. City of Bay Village*, and *Krickler v. City of Brooklyn* have been written up in the Cleveland Plain Dealer.

## BAR ADMISSIONS

Supreme Court of Ohio
United States District Court for the Northern District of Ohio
United States Supreme Court
United States Court of Appeals for the Federal Circuit
United States Court of Appeals for the Sixth Circuit
Pro hac vice admissions in New Jersey, Florida, Utah, and Pennsylvania

## MEMBERSHIPS

Ohio State Bar Association
Association of Trial Lawyers of America
Ohio Academy of Trial Lawyers
Cleveland Academy of Trial Attorneys

## PRESENTATIONS AND PUBLICATIONS

*The Law of Interspousal Immunity in Ohio* (1979) 28 Clev. St. Law Rev. 115.

Instructor – Ohio Continuing Legal Education Institute: *Litigating a Car Crash Case* – "Jury Instructions, a Plaintiff's Perspective." January 30, 1998.

## AWARDS AND HONORS

Judge James C. Connell Award for outstanding performance in the study of Criminal Law.

Suggs I. Garber Award for highest achievement in the study of Business Organizations and Taxation.

American Jurisprudence Award for excellent achievement in the study of Evidence.

American Jurisprudence Award for excellent achievement in the study of Labor Law.

Honorary member of *Scribes, the American Society of Writers on Legal Subjects* in recognition for meritorious legal writing skills.

## PERSONAL

Born: March 11, 1953, Baltimore, MD
Wife: Melanie
Adult children: Jessica and Emily

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re :                     )

                              )

Apple iPhone 3G and 3G-S "MMS"    )     **MDL Docket No. 2116**

Marketing and Sales Practices Litigation  )

                              )     **SECTION: J**

                              )

                              )     **JUDGE BARBIER**

                              )     **MAG. JUDGE WILKINSON**

## CV OF TIMOTHY A. ENGELMEYER

1.    I am a licensed attorney in good standing in the State of Missouri since 1992. I am also a licensed attorney in good standing in the State of Illinois since 1993.

2.    My resume is attached hereto as Exhibit A.

3.    I have participated in class action litigation as co-counsel in the case of <u>Moss, et al. v. McDonnell Douglas</u>, 97-CC-003308 4 CV filed in the Circuit Court of St. Louis County. This was a wage case that was settled in 2000.

4.    I have also served as class counsel for the case of <u>Adams, et al. v. DPC Enterprises, et al.</u>, CV303-3398-CC – J2, filed in the Circuit Court of Jefferson County, Missouri. This case involved one of the largest chlorine spills in the history of the U.S. It was settled with all defendants the day before jury selection on May 15th, 2007.

5.    I am currently serving as co-counsel on the putative class case of <u>Judy, et al. v. Pfizer</u>, 042-01946 A, pending in the Circuit Court for the City of St. Louis. This is a proposed consumer class action involving the marketing of the drug neurontin (gabapentin). Class certification is pending.

6.    I have also served as class counsel on the class cases of <u>Veronica Woodrum, et al v. Darden, Inc., et al.</u>, 07CC-001152 and <u>Danielle Anderson, et al. v. Gourmet Systems, Inc., et al., 07CC-00151</u>, both filed in the Circuit Court of St. Louis County. These were class actions involving the defendants' failure to pay the required minimum wage to tipped employees. These cases were settled in 2008.

7.    I am currently serving as class co-counsel on the class case of <u>Pratt v. The Collier Organization</u>, 08S6-CC00042, filed in the Circuit Court of Lincoln County. This is a class action involving defendant's failure to notify residents of a mobile home park of the quality and safety of the drinking water Autumn Hills Mobile Home Park.

8. I am class counsel in the class case of <u>Pezzani v. Hanna</u>, 08SL-CC03252, filed in the Circuit Court of St. Louis County. This is a class action involving defendant's failure to pay required overtime wages.

9. I am class counsel in the conditionally certified cases of <u>Greenwald, et al. v. Phillips Furniture</u>, 08SL-CC03251, filed in the Circuit Court of St. Louis County and <u>Greenwald, et al. v. Phillips</u>, 4:08CV01128 CDP, filed in the United States District Court, Eastern District of Missouri. These are class actions involving defendant's failure to required overtime wages.

10. I have extensive knowledge in all aspects of litigation having tried numerous jury and bench trials in and around St. Louis.

11. I know of no conflicts of interests that would prevent me from adequately serving on the Plaintiffs' Steering Committee.