644 S. Figueroa Street
Los Angeles, CA 90017

**MARK J. GERAGOS**
ATTORNEY

Telephone: 213-625-3900
mark@geragos.com

Managing Partner of Geragos & Geragos, APC, with offices in downtown Los Angeles and Glendale, California. Partner of Luque Geragos Marino LLP, a law firm in the District of Columbia, focusing on complex civil litigation and criminal defense. Leads a team of attorneys and associates with extensive experience in discovery, motion practice, jury trial, mediation, and arbitration.

Admitted to California State Bar in 1983

Loyola Marymount University (J.D., 1982)
Haverford College (B.A., 1979 in Sociology and Anthropology)

**Associations:** Los Angeles County Bar Association (Member, Judicial Appointments Committee; Outstanding Trial Jurist Award Committee, 1992-1993; Judiciary Committee, 1994- Present).

**Recipient:** 1999 Jerry Giesler Memorial Award for Trial Skills, Judgement & Dedication in *People v. Susan McDougal*; 1999 Trial Lawyer of the Year by the Criminal Courts Bar Association; Speaker: "Criminal Enforcement," Political Lawyers Association, 1995; "Criminal Law Bridging The Gap," Los Angeles County Bar Association, 1995-Present; "Prosecutorial Misconduct," California Public Defenders Association, 1999; 100 Most Influential Lawyers in California, 2001, 2002; Humanitarian of the Year, Mexican American Grocers Association, 2001; Professional of the Year, Armenian Professional Society; Consumer Attorney of the Year, Consumer Attorneys of California, 2005; Attorney of the Year, California Lawyer Magazine, 2006; Top Ten Verdicts of the State of California, for *Ischemia Research and Education Foundation v. Pfizer, Inc. et al.* 2008; California CLAY Award Recipient.

In Re: Apple iPhone 3G and 3GS MMS Marketing and Sales Practices Litigation        Doc. 18 Att. 3

**Legal Consultant:** CNN, Fox News Service; CNBC, MSNBC.

**Background:** Mark J. Geragos, a Loyola Law School and Haverford College graduate presently serves as the managing partner of the preeminent law firm of Geragos and Geragos, headquartered in historic Engine Company No. 28, in downtown Los Angeles and a satellite office in Glendale, California. Mr. Geragos is also a managing partner of Luque Geragos Marino LLP, a law firm in the District of Columbia, focusing on complex civil litigation and criminal litigation.

Geragos, who practices as a criminal and civil trial attorney in both the Federal and State Courts, represents dozens of prominent clients. He has tried over 500 hundred cases throughout his legal career. He has also been admitted *pro hac vice* in over ten states and practiced in front of the Supreme Court of the State of California, U.S. District Court of Arizona, U.S. District Court of Arkansas, U.S. District Court,

Dockets.Justia.com

644 S. Figueroa Street
Los Angeles, CA 90017

**MARK J. GERAGOS**
ATTORNEY

Telephone: 213-625-3900
mark@geragos.com

Northern District of Texas, among many other districts.

His clientele includes local politicians such as Los Angeles City Councilman Nate Holden; Roger Clinton - brother of former President Bill Clinton; former Los Angeles City Councilman Art Snyder - whose case Geragos argued before the California Supreme Court; Recording Artist Nathaniel Hale; Congressman Gary Condit; Actress Winona Ryder; the late Michael Jackson; Michelle Holden - the wife of the then Mayor of Pasadena; International arms dealer Sarkis Soghanalian; Greg Anderson; Scott Peterson; James Bond director Lee Tamahori; the late Japanese businessman, Kazuyoshi Miura; entertainer Chris Brown; and NASCAR driver Jeremy Mayfield among many others.

Geragos cemented his national reputation with back-to-back acquittals in both State and Federal Court for renown Whitewater figure Susan McDougal, the former business partner of President William Jefferson Clinton. Mr. Geragos was successful in obtaining a Presidential Pardon for Ms. McDougal.

Mr. Geragos has obtained multi- million dollar settlements with co-counsel on class action lawsuits for Genocide family survivors, totaling 37.5 million dollars against insurance giants New York Life and AXA. He has represented multiple Vioxx and Celebrex plaintiffs in recent multi-district litigation. He is currently representing class action plaintiffs as well as the Carradine family in the AT &T/Pellicano matters.

Additionally, Mr. Geragos has represented Plaintiffs to favorable verdicts or settlements against large multi-national corporations, including but not limited to CIGNA Healthcare, Inc., Bank of America, N.A., Metropark, USA, Inc., Nickelodeon Network, Allstate Insurance Company, County of Orange, Sheriff's Department of Orange County, City of Orange, Aladdin Hotel &Casino of Las Vegas, Bernini Clothing, Inc., Pfizer, Inc., Amtrak, Burlington Northern Railway Company, City of Los Angeles, and City of Glendale.

Further, he along with his associate, were awarded 22 million dollars by a Los Angeles Superior Court in the seminal case of *Jackson v. XtraJet, et al.* He was able to obtain a settlement in excess of 5 million dollars in *Meza v. Walnut Valley School District, et al.*

Mark Geragos has appeared as both guest and legal commentator on the Today Show, Good Morning America, Dateline NBC and MSNBC's Hardball. Mark is a regular fixture on CNN's Larry King Live and On the Record with Greta Van Susteran on Fox.

Investor's Business Daily tabbed Mark Geragos one of the best white collar criminal defense lawyers in California and the legal newspaper, the Los Angeles Daily Journal,

644 S. Figueroa Street
Los Angeles, CA 90017

# MARK J. GERAGOS
## ATTORNEY

Telephone: 213-625-3900
mark@geragos.com

describes Mark Geragos as "arguably the hottest defense lawyer of the moment." The Los Angeles Criminal Courts Bar Association has named him "Trial Lawyer of the Year." The Los Angeles Times described Mark Geragos as "seemingly unbeatable".

Hourly Fee    :    $1000.00 per hour
Trial Fee     :    $2,600.00 half day, $5,200.00 full day

# ROSMAN & GERMAIN LLP

A LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING A PROFESSIONAL CORPORATION*

DAVID M. ROSMAN
DANIEL L. GERMAIN*

16311 VENTURA BOULEVARD, SUITE 1200
ENCINO, CALIFORNIA 91436-2152

PHONE: (818) 788-0877
FAX: (818) 788-0885
E-MAIL: R&G@LALAWYER.COM

## FIRM BIOGRAPHY

Rosman & Germain LLP specializes in the prosecution of complex class and representative actions and general business litigation. The Attorneys of Rosman & Germain LLP are dedicated to protecting the legal rights of shareholders, consumers, business owners, and others, in California and throughout the Country. Rosman & Germain LLP has repeatedly been appointed lead and/or liaison counsel by federal and state courts in shareholder derivative and consumer class actions. Rosman & Germain LLP has played a major role in the recovery of hundreds of millions of dollars for aggrieved investors and consumers. Rosman & Germain LLP is AV rated by Martindale-Hubble.

**Daniel L. Germain** is a trial attorney with more than two decades of experience. Mr. Germain has handled numerous cases to bench and jury verdicts. Mr. Germain has argued extensively in the Courts of Appeal and has broad experience with pre and post trial remedies. Mr. Germain's law practice emphasizes the representation of injured shareholders and consumers through the prosecution of class actions and derivative litigation. Mr. Germain is a member of the California Bar, the American Bar Association, the Los Angeles County Bar Association, the Beverly Hills Bar Association, the San Fernando Valley Bar Association and the Associate of Business Trial Lawyers.

Mr. Germain graduated from the University of California, Santa Barbara, *Cum Laude*, with a degree in Political Science in 1986. In 1989, Mr. Germain obtained his JD degree from Loyola of Los Angeles Law School. While attending Loyola, Mr. Germain was elected Editor-in Chief, of the Loyola International and Comparative Law Journal. Mr. Germain was admitted to the State Bar of California upon graduation in 1989. He subsequently was admitted to the United States Court of Appeals, Ninth Circuit, as well as the United States District Courts for the Northern, Eastern, Central, and Southern Districts of California. Mr. Germain was admitted to the bar of the United States Supreme Court in 1999.

Upon graduation from law school, Mr. Germain was employed as an associate with the law firm of Rosen, Wachtell & Gilbert, a sixty-attorney law firm specializing in complex commercial litigation. Thereafter, Mr. Germain became an associate, and later a partner, in the law firm of McCambridge, Deixler & Marmaro, a Century City law firm which specialized in complex commercial litigation and white collar criminal defense. In January 1998, Mr. Germain and his partner, David M. Rosman, founded Rosman & Germain LLP.

### Representative Actions

*Kelsey v. Hubbard (In re Pinnacle Entertainment, Inc. Derivative Litigation)*, Los Angeles County Superior Court, Case No. BC287015. Lead Counsel for Derivative Plaintiff in action against board of directors and employees of gaming Company concerning alleged illegal activities at a Company sponsored golf tournament. Reached settlement in which certain directors and officers of the Company resigned and agreed to assign stock and stock options to the Company worth tens of millions and dollars and further agreed to pay to the Company approximately $3,000,000 in cash compensation.

*In re KB Home Derivative Litigation*, Los Angeles County Superior Court, Case No. BC355179. Liaison Counsel for Derivative Plaintiffs in action against board of directors and officers of a home manufacturer concerning option backdating. Achieved settlement in which Company agreed to adopt and/or maintain a series of significant industry-leading corporate governance enhancements and produced a direct financial benefit for the Company and its shareholders in the form of $31,000,000 in cash, forfeiture of 1,391,394 shares of restricted stock worth approximately $18,800,000 and forfeiture of 3,262,996 vested and unvested stock options by two former senior executives.

*In re Dockers Roundtrip Airfare Promotion Sales Practices Litigation*, United States District Court, Central District of California, Case No. CV 09-2847 CAS. Co-Lead and Liaison Counsel for Consumer Class Action Plaintiffs in action against manufacturer, distributor and retailer of consumer goods concerning allegations that the defendants engaged in unfair and fraudulent business acts and practices by promising to award a domestic roundtrip airline ticket to each consumer who purchased certain qualifying goods, but subsequently refused to provide the promised award. Case is currently pending.

*In re Broadcom Corporation Derivative Litigation*, United States District Court, Central District of California, Case No. CV 06-3252 R. Co-Counsel for Derivative Plaintiffs in action against board of directors and officers of computer chip manufacturer regarding allegations of backdating of stock options. Reached partial settlement in which certain directors and officers agreed to pay $118,000,000 in settlement to the Company. The settling defendants further agreed to re-price and/or terminate certain outstanding stock options. Action against non-settling defendants is currently pending.

*Everest Properties II, LLC v. Prometheus Development Co.*, San Mateo County Superior Court, Case No. CIV 436873. Co-Counsel in action against general partner for breach of fiduciary duty in real estate limited partnership arising out of a merger and acquisition transaction. Following a lengthy trial, Plaintiffs obtained a Judgment against General Partner in excess of $3,600,000. Judgment affirmed on appeal (Cal. Court of Appeal Case No. A114305) and award collected.

*In re The Cheesecake Factory Incorporated Derivative Litigation*, United States District Court, Central District of California, Case No. CV 06-06234 ABC. Co-Counsel for Derivative Plaintiffs in action against board of directors and officers of hospitality Company concerning option backdating. Achieved settlement in which (1) Company agreed to adopt extensive corporate governance reforms, (2) Company executives agreed to repay

exercised options, (3) Officers agreed to exchange misdated options, and (4) Company agreed to eliminate approximately $3,400,000 of "excess spread" through a tender offer.

*In re Ceradyne Inc. Derivative Litigation*, United States District Court, Central District of California, Case No. SACV 06-0919 JVS. Liaison Counsel for Derivative Plaintiffs in action against board of directors and officers of a high technology firm which designs, manufactures, and markets a broad spectrum of ceramic products regarding allegations of options backdating. Obtained settlement in which Company agreed to adopt significant revisions to stock option grant practices and other corporate governance reforms as well as the "clawback" of certain cash and equity-based compensation received by officers and employees of the Company.

*In re Western Digital Corporation Derivative Litigation*, United States District Court, Central District of California, Case No. SACV 06-0729 ODW. Co-Counsel for Derivative Plaintiffs in action against board of directors and officers of computer chip manufacturer concerning allegations of backdating of stock options. Obtained settlement in which Defendants paid in excess of $500,000 to the Company and the Company adopted significant corporate governance changes which are designed to strengthen the Company's internal controls with respect to grant and accounting for stock options and increase shareholder involvement in Company governance.

*In re THQ, Inc. Derivative Litigation*, Los Angeles County Superior Court, Case No. BC357600. Liaison counsel for Derivative Plaintiffs in action against board of directors and officers of video game manufacturer arising out of allegations of backdating of stock options. Obtained settlement in which Company agreed to adopt significant revisions to stock option grant practices and other corporate governance reforms as well as the "clawback" of certain cash and equity-based compensation received by officers and employees of the Company.

*Dubbert v. Bartlett (In re Advanced Marketing Services, Inc.)*, United States District Court, Southern District of California, Case No. 05 CV-0706 BEN. Co-Counsel for Derivative Plaintiffs in action against board of directors and officers of Company which provides global customized services to book retailers and publishers arising out of allegations of backdating of stock options. Reached settlement in which Company agreed to adopt significant revisions to stock option grant practices and other corporate governance reforms.

*In re Superior Industries International, Inc. Derivative Litigation*, United States District Court, Central District of California, Case No. CV 06-7213 AHS. Liaison Counsel for Derivative Plaintiffs in action against board of directors and officers of Company which manufactures and distributes automobile parts concerning allegations of backdating of stock options. Reached settlement in which Company agreed to adopt significant revisions to stock option grant practices and other corporate governance reforms.

*In re Semtech Corporation Derivative Litigation*, Ventura County Superior Court, Case No. CIV241299. Co-Counsel for Derivative Plaintiffs in action against board of directors and officers of Company which manufactures analog and mixed-signal semiconductors concerning allegations that the Company backdated stock options.

Obtained Settlement in which the Company cancelled, rescind and/or re-priced stock options worth in excess of $9,000,000, re-priced other options, added two new independent directors, and enacted significant corporate governance reforms.

*In re J2 Global Communications, Inc. Derivative Litigation*, United States District Court, Central District of California, Case No. CV 06-6475 CAS. Liaison Counsel for Derivative Plaintiffs in action against board of directors and officers of Company which provides internet based messaging and communications services to the public concerning allegations of stock options backdating. Reached a Settlement in which the Company agreed to enact significant corporate governance reforms, including the addition of one new outside director.

*Lacerenza v. Zarley (In re ValueClick, Inc. Derivative Litigation)*, United States District Court, Central District of California, Case No. CV 07-7174 DDP. Co-Counsel for Derivative Plaintiffs in action against board of directors and officers of online marketing services company concerning allegations that the Company engaged in illegal and deceptive practices with respect to its lead generation business. Reached a Settlement in which the Company agreed to enact significant corporate governance reforms.

*Childers v. Bane (In re Big 5 Sporting Goods Corporation)*, Los Angeles County Superior Court, Case No. BC337945. Co-Counsel for Class Action and Derivative Plaintiffs in action against board of directors and officers of sporting goods retailer regarding misrepresentations in financial disclosures and irregularities in accounting practices. Reached a Settlement in which the Company agreed to enact significant corporate governance reforms.

*Drucker v. Gellert (In re Health Net, Inc. Derivative Litigation)*, Los Angeles County Superior Court, Case No. BC429703. Co-Counsel for Derivative Plaintiffs in action against board of directors and officers of health insurer regarding alleged illegal practices known as "post-claims underwriting" in which the insurer rescinds insurance policies based upon alleged omissions in policy applications. Case is currently pending.

## ANITA MAGDALENA JASKOT
**Law Offices of Robert M. Brill, LLC**
**880 Third Avenue, 13th Fl, New York, NY 10022**
**Email: jaskot@mindspring.com**

## EXPERIENCE

**LAW OFFICES OF ROBERT M. BRILL, LLC,** New York, NY          September 2000 to Present
*Associate*

☐ firm's lead associate in the argument of complex commercial motions in state and federal courts, including successfully obtaining summary judgment on matters relating to contractual interpretation of employment agreements and determination of rights of competing businesses with respect to the inalienable property of the City of New York

☐ regular attendance of pretrial, pre-motion and compliance conferences with the Court

☐ second-chair defense of corporate clients in arbitration proceedings before the American Arbitration Association with respect to breach of contract matters

☐ firm's lead associate taking and defending depositions in state and federal actions

☐ daily contact with clients, including in-house counsel and outside counsel for corporate clients, including publicly traded corporations

☐ regularly draft motion papers and briefs relating to all levels of discovery, pre-trial and trial practice

☐ engaged in all levels of pre-trial discovery, including document production, and review of privileged, confidential, and proprietary business records

☐ preparation of employment agreements for senior level executives

☐ prepare employee handbooks, confidentiality agreements, and code of ethics for corporate clients

☐ draft agreements relating to licensing, small acquisitions, corporate governance, financing, security, and employment

☐ draft and negotiate purchase sale agreements, license agreements, lease agreements and organizational documents

☐ interface daily with New York City governmental agencies concerning regulatory issues for business clients

☐ defend business clients in administrative proceedings before the Environmental Control Board with respect to telecommunications franchise issues

☐ advise Board of Directors with respect to corporate governance matters

## EDUCATION

**NEW YORK LAW SCHOOL,** New York, NY J.D., *cum laude*, June 2000 (Merit Based Tuition Scholarship)

**UNIVERSITY OF WESTERN ONTARIO,** London, ON, Canada
B.A. in History, August 1997/Dean's List

## LANGUAGES:
Fluent in Polish, working knowledge of French

## MEMBERSHIPS:
New York Bar (April 2001); Admitted to Practice in United States District Courts in Southern and Eastern Districts of New York; American Bar Association; Association of the Bar of the City of New York; Member of the ABCNY's Committee on Land Use and Zoning; Member of New York Civil Court Small Claims Arbitrators, New York State Bar Association; Canadian Club of New York; New York Cares' Volunteer.

# LAW OFFICES OF ROBERT M. BRILL, LLC

*880 THIRD AVENUE, 13TH FLOOR*
**NEW YORK, NEW YORK 10022**
*Telephone: 212-935-7900; 212-752-3380*
*Fax: 212-935-6524*
*Email: brillesq@aol.com*
*URL: http://www.brill-esq.com*

*Representation of Corporations before Federal, State and Local Regulatory and Administrative Agencies. Telecommunications Law, Transportation Law, Media Display Law, General Corporate Law, Litigation. Outside General Counsel for Corporations.*

**ROBERT M. BRILL,** born New York, N.Y., April 29, 1956; admitted to bar, 1982, New York and U.S. District Court, Southern and Eastern Districts of New York; U.S. Court of Appeals for the District of Columbia Circuit. *Education:* Princeton University (A.B., magna cum laude, 1978); University of Chicago Law School (J.D., 1981). Recipient: R. W. Van deVelde Prize, The Woodrow Wilson School for Public and International Affairs, 1977; Hinton Moot Court Champion, 1980-1981. Faculty, "Earth, Wind, Fire (and Water): A Practical Guide to the Ins and Outs of New York City Infrastructure." CLE, New York City Affairs Committee, ABCNY, March 24, 2003. Keynote Speaker and Moderator, Panel, "Alternative Modes of Infrastructure Formation Benefitting the City of New York," New York City Affairs Committee, ABCNY, March 24, 2003. Co-Author: "Can Local and Federal Regulatory Structures Co-Exist?," The National Law Journal, October 30, 2000, p.B14; "Perspective: New York's Election Law," New York Law Journal, December 15, 1993, p.2; "Banks' Non-Contractual Duty to New York Customers," New York Law Journal, May 27, 1993, p. 5; "Federal Court Jurisdiction Over International Banking Transactions," The Banking Law Journal, Vol. 110, No. 2, March-April, 1993; "Boccardo v. Citibank: Bank Liability in New York for Breach of Customer Confidentiality," Banking Law Review, Vol 4, No. 4, Spring 1992. Co-drafter, Report, Committee on Transportation, Association of the Bar of the City of New York, "For Whom the Bell Tolls: New York's Mortal Crisis in Goods Movement," The Record, Vol. 46, No. 7, Nov. 1991. Arbitrator, Small Claims Parts, The Civil Court of the City of New York, 2006—. Member, Manhattan Citizens' Solid Waste Advisory Board, 1992-1998. Member: Citywide Recycling Advisory Board of the City of New York, 1992-1995; Manhattan Borough President's Transportation Advisory Board, 1991-1994; New York City Comptroller's Transportation Task Force, 1991-1993; The Freight Distribution Advisory Group of the New York City Economic Development Corporation, 1993-1994. Arbitrator, The Civil Court of the City of New York, 1990-1991. Mediator-Neutral, ADR, Supreme Court, Commercial Part, NY County, 1999-2002. *Member:* The Association of the Bar of the City of New York (Member, Committees on: Telecommunications Law, 1997-2001; Banking Law, 1994-1997; New York City Affairs, 2001-2005; Chairman, 1991-1994, Secretary, 1989-1991, and Member, Committee on Transportation); Association of Small Claims Arbitrators, New York, NY (Member, 2006—). *REPORTED CASES:* Coastal Communication, etc., etal. v. City of New York, EDNY, 02 Div. 2300 (RJD) (SMG), Co-Counsel; Green v. Chronometric, 270 AD2d, 388, 704 N.Y.S.2d 889 (2nd Dept. 2000); Fujitsu Business Communication Systems, Inc. v. Chronometric Telecommunications, Inc., New York Law Journal, February 19, 1998, p.1, 31, col. 4; In re Emery. 132 F.3d 892 (2d Cir. 1998); In re Claude Emery, Citibank, N.A. v. Emery, 201 Bankr. 37, 1996 U.S. Dist. LEXIS 14665 (E.D.N.Y.1996); In re Claude Emery, Citibank, N.A. v. Emery, 170 Bankr. 777, 1994 Bankr. LEXIS 1270, 25 Bankr. Ct. Dec. (CRR) 1623 (Bankr. E.D.N.Y. 1994); Lunsford v. Farrell Shipping Lines, 1991 U.S. Dist. LEXIS 10263, 1992 AMC 68 (S.D.N.Y. 1991); Boccardo v. Citibank, N.A., 152 Misc. 2d 1012, 579 N.Y.S.2d 836, 1991 N.Y. Misc. LEXIS 766 (Sup. Ct. N.Y. Co. 1991); Garcia v. New York City Transit Authority, 121 Misc. 2d 1012, 469 N.Y.S.2d 843 (Sup. Ct. N.Y. Co. 1983).

## OF COUNSEL

**ELIOT LOSHAK,** born N.Y., N.Y., June 3, 1932; admitted to bar, 1957, New York. *Education:* Union College (B.A., 1953); Harvard University (J.D., 1957); U.S. School of Naval Justice (Graduate, 1957). Recipient, The Coulter Prize, 1953. Student Member, The Hale Club, 1953. Adjunct Professor, Music Business, Arthur E. Imperatore School of Sciences and Arts, Stevens Institute of Technology, Hoboken, NJ, 2005—. Counsel, Vice President, and Secretary, Bank Leumi l'Israel, B.M. (New York Branch), 1963-1970. Vice-President and Secretary, Leumi Financial Corp., 1963-1970. Vice-President and House Counsel, Chelsea National Bank, 1970-1975. Director of Business Affairs, 1975-1982, and Vice-President of Business Affairs, 1982-1984, CBS Records International. [U.S. Navy, 1956-1959 (Ensign, 1956-1957; Lt. JG, 1957-1958; Lt. SG., 1958-1959; U.S.S. Randolph, 1957-1959)]

**JOHN M. WILSON,** born Bethpage, New York, December 2, 1960; admitted to bar, 1989, New York. *Education:* Arizona State University (B.S., 1982); St. John's University (J.D., 1988). Member, St. John's Law Review, 1987-1988. Author: Note, "CPLR 203(b)(5): Sixty Day Toll Available For Contractual Limitation Period," St. John's Law Review, Vol. 61, No. 4, p. 686 (Summer 1987).

## ASSOCIATE

**ANITA M. JASKOT,** born Hamilton, Ontario, Canada, February 18, 1976; admitted to bar, 2001, New York and U.S. District Court, Southern and Eastern Districts of New York. *Education:* University of Western Ontario (B.A., 1997); New York Law School (J.D., cum laude, 2000). *Member:* Association of the Bar of the City of New York (Member, Committee on Land Use and Zoning, 2001-2004); Canadian Club of New York. **LANGUAGES:** Polish, French.

# SCOTT KALISH CO., L.L.C.
### Scott Kalish, Esq.
### Scott Kalish Co., LLC
### 1468 West 9th Street, Suite 405
### Cleveland, Ohio 44113
### p. 216.502.0570
### f. 216.502.0569
### scottkalishcollc@cs.com

Scott Kalish Co., L.L.C. focuses on litigation on behalf of plaintiffs in the areas of Personal Injury, Class Actions, Auto Accidents, Truck Accidents, Uninsured Motorist, Railroad Accidents, Workers' Compensation, Nursing Home Negligence, Boat Accidents, Wrongful Death, Premises Liability and Medical Malpractice.

Scott Kalish Co., L.L.C. has been appointed special counsel for the Attorney General of Ohio to litigate subrogation cases for the Bureau of Workers' Compensation.

## EDUCATION

1985 St. Ignatius High School
1989 Bowling Green State University
1994 Cleveland Marshall College of Law

## JURY VERDICTS AND SETTLEMENTS

*John Dostal, et al. v. Heather Warholic, et al.*
Cuyahoga County Court of Common Pleas
Case No.: 06 595037
**Net Verdict: $147,000.00**

*Robin L. Smith v. Allstate Insurance Company, et al.*
Cuyahoga County Court of Common Pleas
Case No.: 585977
**Net Verdict: $100,000.00**

*William Jackson v. Quall Hollow Subdivision*
Settled before Lawsuit, Tree fell on William Jackson
**Net Verdict/Settlement: $ 190,000.00**

*Brian Polasko v. Allstate Insurance Company, et al.*
Cuyahoga County Court of Common Pleas
Judge: Kenneth Callahan,
Case No.: CV 07 622778
**Net Verdict/Settlement: $ 97,500.00**

***Natalya Shvets v. Oscar Williams***
Settled before Lawsuit, Traffic Crash, Oscar Williams T-boned Natalya Shvets
**Net Verdict/Settlement: $ 100,000.00 (Insurance Limits)**

***Jerry Wyles, et al. v. Arlene Gasparini, et al.***
Cuyahoga County Court of Common Pleas
Case No.: CV 07 612585
**Net Verdict/Settlement: $ 100,000.00 for Plaintiff Betty Wiles**
**Net Verdict/Settlement: $ 100,000.00 for Plaintiff Jerry Wiles**

***John Berdysz, et al. v. Adams, Ali & Assoc., Inc., et al.***
Cuyahoga County Court of Common Pleas
Case No.: 05-552217
**Net Verdict/Settlement: $185,000.00**

***John Lenart v. Sharon A. Coleman***
Cuyahoga County Court of Common Pleas
Case No.: 464032
**Net Verdict: $99,500.00**

***Rebecca Utovich v. Thomas Olchon, et al.***
Cuyahoga County Court of Common Pleas
Case No.: 615615
**Net Verdict/Settlement: $ 59,400.00**


## CASES APPOINTED BY THE ATTORNEY GENERAL OF OHIO
### Pending in Cuyahoga County Common Pleas Court

- *Norman Burrows v. Mars Trucking, Inc., et al.*
  Case No.: CV 08 658781

- *David J. Clemence, et al. v. Travelers Property Casualty Company, et al.*
  Case No.: CV 08 670151

- *Johnny Foster, et al. v. Estate of Stephen G. Zang, et al.*
  Case Nos.: CV 07 619564, CV 07 632199, CV 07 632206

- *Michael Gasper v. Melissa Scott, et al.*
  Case No.: CV 08 671716

- *Edward Krantz v. Harold Conley, et al.*
  Case No.: CV 08 670219

- *James Lesage v. Kmart Corporation, et al.*
  Case No.: CV 08 654493

- *Mark Conley, et al. v. Tip Top Roofing, et al.*
  Case No.: CV 08 658871

- *Robert Miller v. Administrator, Bureau of Workers Compensation, et al.*
  Case No.: CV 08 666456

- *Gerald Wise, et al. v Raymond Rasch, et al.*
  Case No.: CV 08 657326

- *Jermaine Benson, et al. v. Henry W. Heasley, et al.*
  Case No.: CV 09 707076

- *Geraldine Blackmon v. Asias Torio, et al.*
  Case No.: CV 09 707827

- *Mark Bradshaw v. Gress & Kennedy, Inc., et al.*
  Case No.: CV 09 688273

- *Dawn Perrotti, Admin. V. Mike McGary & Sons, Inc.*
  Case No.: CV 08 662773

- *Anneliese Bramante v. Live Nation Sports, Inc., et al.*
  Case No.: CV 09 699035

- *Joanne Francescangeli, et al. v. South Park Mall, LLC, et al.*
  Case No.: CV 09 706940

- *Craig Thomas v. Team Wendy, et al.*
  Case No.: CV 09 681594


## CASES APPOINTED BY THE ATTORNEY GENERAL OF OHIO
### Pending in Common Pleas Court

- *Sheila Hart v. Genny Rothschild, et al.*
  Case No.: CV 090356
  Crawford County Court of Common Pleas

- *Anthony Ames, et al. v. Studer Obringer Inc., et al.*
  Case No.: 2009 CV 0569
  Richland County Court of Common Pleas

- *Glenda Gribble, et al. v. Tonya R. Jenkins*
  Case No.: 2009 CT 10 1013
  Tuscarawas County Court of Common Pleas

## CO-COUNSEL PENDING CLASS ACTION LAWSUITS WITH JOHN CLIMACO AND FRANK PISCITELLI

- *Gemelas v. The Dannon Company, Inc.*
  Case No.: 1:08-cv-00236-DAP

- *Lewis-Griffin v. RBS World Play, Inc.*
  Case No.: 1:09-cv-00274

- *McGinty, et. al. v. Heartland Payment Systems, Inc.*
  Case No.: 1:09-cv-00244

- *Carr v. Apple Inc., et al.*
  Case No.: 1:09-cv-01996

- *Loftus v. Whole Foods, Inc.*
  Case No.: 1:09-cv-02954

- *Fitzpatrick v. General Mills, Inc.*
  Case No.: 0:09-cv-60412



...For the people

Morgan & Morgan is a leading civil trial law firm representing accident and injury victims as well as consumers and commercial clients nationwide. With more than 100 lawyers, and almost 1000 employees, Morgan & Morgan is the largest plaintiffs' firm in the State of Florida and one of the largest in the nation. Morgan & Morgan's principal office is in Orlando, Florida, but the firm has offices throughout Florida and has offices in Georgia, Mississippi, and Tennessee. Morgan & Morgan's experienced team of attorneys handles all personal injury claims, including car accidents, workers compensation, medical malpractice, nursing home abuse, product liability, slip and fall, denial of insurance benefits, Americans with Disabilities Act claims, employment discrimination claims, collection harassment, Social Security claims, and general negligence. Morgan & Morgan also has a dedicated National Consumer Class Action and Mass Tort Department staffed with lawyers committed to representing large numbers of individuals in MDL proceedings and class action cases throughout the country. The principal members of Morgan & Morgan's National Consumer Class Action and Mass Tort Department are:

**Scott Wm Weinstein**  Mr. Weinstein practices in Morgan & Morgan's Fort Myers, Florida office. Mr. Weinstein serves as the Managing Partner of the firm's National Consumer Class Action and Mass Tort Department, handling mass tort litigation, consumer class action litigation and complex commercial litigation nationwide. Mr. Weinstein has broad experience and is nationally known in the areas of consumer protection, pharmaceutical and medical device litigation, and cases involving food-borne illnesses. He has served in leadership positions in many consumer class actions in State and Federal Courts around the country as well as in Multi-District Litigation where he was appointed Co-Lead and Liaison Counsel in the case *In re: Denture Cream Products Liability Litigation*, MDL No. 2051 (Southern District of Florida) and to Plaintiffs' Steering Committees in several cases including *In re: Heparin Products Liability Litigation*, MDL No. 1953 (Northern District of Ohio); *In re: Digitek Products Liability Litigation*, MDL No 1968 (Southern District of West Virginia); *In re: Total Body Formula Products Liability Litigation*, MDL No. 1985 (Northern District of Alabama); *In re: Bayer Corp. Combination Aspirin Products Marketing and Sales Practices Litigation*, MDL No. 2023 (Eastern District of New York); and *In re: Chinese-Manufactured Drywall Products Liability Litigation*, MDL No. 2047 (Eastern District of Louisiana).

Mr. Weinstein was educated at the University of Florida, earning a B.S. degree in 1982 and a Juris Doctorate degree in 1985. He was inducted into Florida Blue Key while at the University of Florida. He currently serves as a member of the Florida Bar Board of

Governors. He is Past President of the Lee County (Florida) Bar Association, Past Chair of The Florida Bar Grievance Committee "A" Twentieth Judicial Circuit, a member of the Twentieth Judicial Circuit Peer Review Committee, and Past President of the Naples/Fort Myers Chapter, American Board of Trial Advocates ("ABOTA"). He is "AV" rated by Martindale-Hubbell and in 2009 was selected as a member of the "Florida Legal Elite."

*Michael Goetz*   Mr. Goetz practices in Morgan & Morgan's Tampa, Florida office. After graduating with honors from the University of Florida's College of Law in 1992, Mr. Goetz joined the international law firm of Holland & Knight LLP where his practice focused on the defense of claims involving product liability, medical negligence, and general liability, as well as complex commercial litigation matters. He became a Partner in the firm on January 1, 2000. In 2002, Mr. Goetz joined Morgan & Morgan, P.A., where his practice shifted to the prosecution of personal injury and wrongful death claims on behalf of individuals and consumer classes. He has represented hundreds of clients of the firm in cases involving automobile and premises liability, nursing home neglect and abuse, and environmental torts. Moreover, Mr. Goetz handles mass tort actions for the firm nationwide, including product liability claims involving recalled pharmaceuticals and medical devices. He was appointed to the Plaintiffs' Steering Committee in the case of *In Re: Total Body Formula Products Liability Litigation*, MDL No. 2051 (Northern District of Alabama) and he currently holds PSC subcommittee positions in a number of ongoing MDL's.

Mr. Goetz is "AV" rated by Martindale-Hubbell. In 2004, 2005, 2006, 2007, and 2008, he was designated by *Florida Trend's Magazine* as a "Florida Legal Elite" in the field of Civil Trial, and in 2007, 2008, 2009, and 2010, he was designated by *Law & Politics Magazine* as a Florida "Super Lawyer" in the field of personal injury.

Mr. Goetz was admitted to The Florida Bar in 1992. He is currently an active member in the American Association for Justice, The American Trial Lawyers Association, and the Hillsborough County Bar Association. Mr. Goetz earned his B.A. degree, *magna cum laude*, from Emory University in 1989, and was inducted into the Phi Beta Kappa Honor Society.

*J. Andrew Meyer*   Mr. Meyer is located in Morgan & Morgan's office in Tampa, Florida. Mr. Meyer focuses his practice on consumer class action litigation. Prior to his joining Morgan & Morgan in 2009, Mr. Meyer was a partner at James, Hoyer, Newcomer & Smiljanich, a firm specializing in nationwide consumer class action cases. Prior to his association with the James Hoyer firm, Mr. Meyer was a partner with the law firm of Carlton Fields. Mr. Meyer also served as a law clerk to the Honorable Chris W. Altenbernd of the Florida Second District Court of Appeal.

Mr. Meyer served as Editor of the Corporate Counsel Newsletter, American Bar Association Section of Litigation, Corporate Counsel Committee from 2002 to 2004. He is Past Chair of the Florida Bar Unlicensed Practice of Law Committee "A" Sixth Judicial Circuit. Mr. Meyer has published several legal articles including co-authoring

"Petitions for Extraordinary Relief," Chapter 17, A Defense Lawyer's Guide to Appellate Practice (DRI) (2004); "Extraordinary Writs," Florida Civil Practice Before Trial, Chapter 25, published by the Florida Bar (7th Ed. 2004); and "When It's Your Last Chance: Tips on Obtaining Discretionary Review," Vol. 27 No. 4, Litigation, 11 (Summer 2001).

Mr. Meyer was educated at the University of Florida, graduating in 1991 with a degree in Economics awarded with High Honors, and with a Juris Doctorate degree in 1995. While at the University of Florida, Mr. Meyer was inducted into Florida Blue Key and Phi Beta Kappa.

Mr. Meyer has been appointed by the court as counsel for plaintiffs in several nationwide consumer class action cases, including *DeHoyos v. Allstate Insurance Company*, Civil Action No. 5:01-1010 (Western District of Texas), *Healey v. Allianz Life Insurance Company*, Civil Action No. 2:05-8908 (Central District of California), and *Hill v. Countrywide*, Case No. A-0178441 (Texas 58th District Court, Jefferson County).

**Frank M. Petosa**  Mr. Petosa is located in Morgan and Morgan's Davie office, heading the firm's South Florida personal injury practice and also working with the firm's National Consumer Class Action and Mass Tort Department.  Mr. Petosa graduated from the University of Florida with a B.A. degree in 1989 and a Juris Doctorate degree with honors in 1992.

Mr. Petosa is a Past President of the Florida Justice Association and a Past Chair and Trustee of the Florida Justice Political Action Committee.  In addition, he previously served as Chair of the Nursing Home and Auto Insurance Committees and Fundraising Chair for the Florida Justice Association.  He also served as a member of the Florida Justice Association's Medical Liability and Arbitration Committees.  Mr. Petosa has frequently lectured at Florida Justice Association and American Association for Justice seminars throughout the country on a variety of topics relating to medical malpractice, nursing home and personal injury litigation.  He has also testified extensively before Florida Senate and House committees on a wide range of issues impacting the civil justice system and in opposition to tort reform.  Mr. Petosa is also a Fellow of the American Bar Foundation, a member of the Southern Trial Lawyers Association and a member of the National Citizens Coalition for Nursing Home Reform.  In 2009, Mr. Petosa was named a Florida Super Lawyer.

**Pete Albanis**  Mr. Albanis has been a member of the firm's National Consumer Class Action and Mass Tort Department since March 2009 .  Mr. Albanis focuses his practice on Chinese Drywall and defective denture cream litigation in addition to representing individuals in copyright and trademark infringement disputes.  Prior to joining Morgan & Morgan, Mr. Albanis worked for seven years for a large commercial litigation firm in Chicago where he specialized in intellectual property, securities, and real estate litigation. Mr. Albanis graduated from The University of Chicago in 1999 and DePaul University College of Law in 2002.  His office is in Fort Myers.

***Tamra Givens***  Ms. Givens practices in the area of consumer class actions in Morgan and Morgan's Tampa office.  Ms. Givens obtained her undergraduate degree in psychology from the University of Florida, with honors, in 2000, and earned her law degree from the University of Florida, cum laude, in 2003.  During law school, Ms. Givens was a member of the Florida Law Review and published a case comment titled "Constitutional Law: Narrowing the Scope of the Fourth Amendment," 54 Fla. L. Rev. 567 (2002). Ms. Givens also completed an internship at the Florida Supreme Court where she served as an intern to Justice Harry Lee Anstead.

Prior to joining Morgan & Morgan, Tamra was an associate at the law firm of James, Hoyer, Newcomer & Smiljanich, P.A., where she focused her practice on representing consumers in class action litigation.  She is a former law clerk to the Honorable James D. Whittemore, United States District Judge, United States District Court for the Middle District of Florida.

# Frank E. Piscitelli, Jr., Esq.

Piscitelli Law Firm
55 Public Square, Suite 1950
Cleveland, Ohio 44115
Telephone: (216) 931-7000
Telecopier: (216) 931-9925
frank@feplaw.com

**Areas of Practice:**

Securities (Campagnuolo v. FirstEnergy Corp. et al., U.S.
District Court, Northern District of Ohio - Securities Class
Action; Blaz v. Charter One Financial, et al., Cuyahoga
County Court of Common Pleas -Securities Class Action;
Cline et al v. Reliance Trust Company et al U.S. District
Court, Northern District of Ohio - Securities Class Action;
Smith v. Merrill Lynch, U.S. District Court, Northern
District of Ohio - Suitability and Churning; Multiple NASD
Securities Arbitration; Ohio Valentine Act Litigation),
Shareholder Derivative, Fiduciary Duty, ERISA, False
Claims Act, Lender Liability, Anti-Trust, Personal Injury,
Medical Malpractice and Securities, Consumer and Utility
Class Actions.

**Education:**

1990:        B.A., Cleveland State University

1993:        J.D., Cleveland Marshall College of Law

**Admitted:**

1993:  Ohio Supreme Court;

1993:  United States District Court for the Northern
       District of Ohio;

1995:  United States Court of Appeals, Sixth Circuit

2008:  United States District Court for the Southern
       District of Ohio

Admitted to appear pro hac vice as trial counsel in the State
Courts in the States of New York, Missouri, Arizona,
Florida and California.

Admitted to appear pro hac vice as trial counsel in Federal
District Court in Virginia.

**Experience:**

1993-1995:   Attorney - Timothy A. Shimko & Associates, Cleveland, Ohio

1995-1998:   Attorney - Frank Piscitelli, Co. LPA. Hudson, Ohio

1998-2003:   Associate then Partner - Shimko & Piscitelli, Cleveland, Ohio

2003-Present: Attorney – Piscitelli Law Firm Of Counsel: Climaco, Lefkowitz, Peca, Wilcox & Garofoli, LPA Cleveland, Ohio

**Reported Cases:**

Boland v. National City Bank, 1996 U.S. App. LEXIS 34356;

Ed Wolf, Inc. v. National City Bank, 1997 Ohio App. LEXIS 237 (Ohio Ct. App. 1997);

Middleton & Assocs. v. Weiss, 1997 Ohio App. LEXIS 2667 (Ohio Ct. App. 1997);

Hunting Valley v. Kups, 1999 Ohio App. LEXIS 3497 (Ohio Ct. App. 1999);

Slauterbec v. Delaney, 2000 Ohio App. LEXIS 5159 (Ohio Ct. App. 2000);

Weiss v. PUC, 90 Ohio St. 3d 15 (Ohio 2000);

State ex rel. Cleveland Elec. Illuminating Co. v. Cuyahoga County Court of Common Pleas, 88 Ohio St. 3d 447 (Ohio 2000);

Neumann v. Shimko, 2000 Ohio App. LEXIS 1063 (Ohio Ct. App. 2000);

Rapisarda v. Chagrin Valley Ath. Club, 2001 Ohio 8821 (Ohio Ct. App. 2001);

Helman v. EPL Prolong, Inc., 2002 Ohio 5249 (Ohio Ct. App. 2002);

Shimko v. Lobe, 2002 Ohio 2015 (Ohio Ct. App. 2002);

Kreeger v. Hirt, 2003 Ohio 3172 (Ohio Ct. App. 2003);

Shimko v. Lobe, 152 Ohio App. 3d 742 (Ohio Ct. App. 2003);

Ippolito v. First Energy Corp., 2004 Ohio 5876 (Ohio Ct. App. 2004).

Cline v. Reliance Trust Company, 2005 U.S. Dist. LEXIS 26066

Kanally v. Ameritech Ohio Co., 2008 Ohio 4446, 2008 Ohio App. LEXIS 3747

Kalnasy v. MetroHealth Medical Center, 2008 Ohio 3035; 2008 Ohio App. LEXIS 2532

**Current Noteworthy Cases:**

Ippolito, et al. v. Countrywide Financial Corp., et al., Co-Counsel with Climaco, Lefkowitz, Peca, Wilcox & Garofoli, LPA – Member of Plaintiffs' Executive Committee – preliminary approval of consumer class action involving data security breach;

Kanally v. Ameritech Ohio, Co-Counsel with Climaco, Lefkowitz, Peca, Wilcox & Garofoli, LPA – Putative Consumer Class Action involving alleged violations of Ohio statutes;

Gemelas v. The Dannon Co., Inc., Co-Counsel with Climaco, Lefkowitz, Peca, Wilcox & Garofoli, LPA and Scott Kalish, Esq. – Putative Consumer Class Action involving alleged violations of Ohio Consumer Sales Practices Act and Ohio Consumer Trade Practices Act; Preliminary Approval of Settlement; and appointment as class counsel pending.

Gallucci v. Sears, Roebuck and Company, et al., Co-Counsel with Climaco, Lefkowitz, Peca, Wilcox & Garofoli, LPA – Putative Class Action alleging violations of Ohio's Deceptive Trade Practices Act.

Lewis-Griffin, et al. v. RBS WorldPay, Inc., Co-Counsel with Climaco, Lefkowitz, Peca, Wilcox & Garofoli, LPA – Putative Consumer Class Action alleging data security breaches;

McGinty, et al. v. Heartland Payment Systems, Inc., Co-Counsel with Climaco, Lefkowitz, Peca, Wilcox & Garofoli, LPA – Putative Consumer Class Action alleging data security breaches;

Mosley, et al. v. The Proctor & Gamble Mfg. Co., et al. – Putative MDL involving injuries related to the use of denture cream products;

Fitzpatrick v. General Mills, Inc. and Yoplait USA, Inc., Co-Counsel with Climaco, Lefkowitz, Peca, Wilcox & Garofoli, LPA – Putative Consumer Class Action involving alleged violations of Florida Deceptive and Unfair Practices Act and Breach of Express Warranty;

Trial Counsel – John Doe v. ABC Hospital and XYZ Hospital, resulting in a substantial seven settlement during jury selection, Cuyahoga County;

Trial Counsel - Powell v. Highland District Hospital Professional Services Corporation, et al. resulting in a $5.9 million verdict.

Trial Counsel - Jane Doe v. Amusement Park Co. alleged improper design and content of amusement ride warning signs. First case alleging this theory of liability resulting in a substantial seven figure settlement.

Co-Lead Counsel in Jane Doe v. Investment Firm. Through intense and vigorous discovery, documents were discovered that led to a substantial seven figure settlement that included all of the Plaintiff's compensatory damages as well as a portion of the defendant's punitive damage exposure.

**MDL Cases:**  Gallucci v. Sears, Roebuck and Company, et al., Co-Counsel with Climaco, Lefkowitz, Peca, Wilcox & Garofoli, LPA (In re: Lawnmower Engine Horsepower Marketing and Sales Practices Litigation (No. II), MDL No. 1999)

Ippolito, et al. v. Countrywide Financial Corp., et al., Co-Counsel with Climaco, Lefkowitz, Peca, Wilcox & Garofoli, LPA (In re: Countrywide Financial Corp. Customer Data Security Breach Litigation, MDL No. 1998)

Sahley v. Merck & Co., Inc., et al. and Kean v. Merck & Co., Inc., et al., Co-Counsel with Climaco, Lefkowitz, Peca, Wilcox & Garofoli, LPA (In Re: Vytorin/Zetia Marketing, Sales Practices and Products Liability Litigation, MDL No. 1938)
Argued MDL Transfer Motion in Austin, Texas.

Novak v. Actavis, et al. and Stanley v. Actavis, et al., Co-Counsel with Climaco, Lefkowitz, Peca, Wilcox & Garofoli, LPA (In Re: Digitek Products Liability Litigation, MDL No. 1968) Argued MDL Transfer Motion in San Francisco, CA.

Kahr v. Bayer Corporation, et al. and Holman v. Bayer Corporation, et al., Co-Counsel with Climaco, Lefkowitz, Peca, Wilcox & Garofoli, LPA (In Re: Trasylol Products Liability Litigation, MDL No. 1928)

Lewis-Griffin, et al. v. RBS WorldPay, Inc., Co-Counsel with Climaco, Lefkowitz, Peca, Wilcox & Garofoli, LPA (In Re: RBS Worldpay Network Intrusion Litigation, MDL No. 2035)

McGinty, et al. v. Heartland Payment Systems, Inc., In Re: RBS Worldpay Network Intrusion Litigation, (In Re: Heartland Payment Systems, Inc. Consumer Data Breach Litigation, MDL No. 2046)

Mosley, et al. v. The Proctor & Gamble Mfg. Co., et al. (In Re: Denture Cream Products Liability Litigation, MDL No. 2051)

**Professional:**

Ohio State Bar Association;
American Association for Justice;
Ohio Academy of Trial Lawyers; and
Graduate of the Trial Lawyers College

**Personal:**

Two Children – Eva F. Piscitelli, Gia M. Piscitelli

# ROBBINS UMEDA LLP
## ATTORNEYS AT LAW

600 B Street, Suite 1900
San Diego, California 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
Email: info@robbinsumeda.com

# FIRM RESUME

### ROBBINS UMEDA LLP

Robbins Umeda LLP (the "Firm") specializes in the nationwide prosecution of class and representative actions. The Firm is dedicated to vindicating the rights of shareholders, employees, consumers, and small businesses by passionately litigating these actions in state and federal courts throughout the United States. The Firm focuses on the prosecution of securities fraud actions, shareholder derivative actions, corporate merger actions, and ERISA/401K class actions brought in connection with publicly traded companies against their officers, directors, auditors, and investment banking firms. In addition, the Firm also litigates several consumer fraud and antitrust class actions. By doing so, the Firm has successfully negotiated several noteworthy settlements for its clients.

For example, in a recent securities class action in San Diego, *In re Titan, Inc. Sec. Litig.*, Master File No. 04-CV-0676-LAB (NLS) (S.D. Cal.), the Firm, serving in a Co-Lead Counsel capacity, was able to secure a $61.5 million settlement on behalf of the Class. This amounted to half of the estimated damages to the class and far exceeded the normal settlement gained in this type of case. It was also one of the largest securities fraud class action settlements in San Diego's history. The Firm's lawyers also negotiated a settlement in *In re Nicor, Inc. S'holder Derivative Litig.*, Case

1

No. 02 CH 15499, a shareholder derivative action in the Circuit Court of Cook County, Illinois, which resulted in personnel changes among Nicor's executive officers and board members, as well as securing $33 million for Nicor. In recognition of the hard work and significant benefits conferred during the litigation, the Honorable Sophia H. Hall, presiding Judge for the court, stated "Thank you very much for the good work that you all did. And I think that your stockholders will appreciate it, too. Thank you very much." Recently, the Firm secured a settlement of *In re OM Group, Inc. Derivative Litig.*, Case No. 1:03CV0020 (N.D. Ohio). As part of this resolution, the company received a $29 million benefit, the termination of OM Group's long term CEO, the addition of two shareholder nominated directors, and numerous other highly beneficial corporate governance matters.

The Firm's reputation for excellence has been recognized on repeated occasions by various courts throughout the country by appointing the Firm to leadership positions in complex class and derivative actions. The Firm currently serves as lead counsel in several high profile complex actions around the country. *See In re American International Group, Inc. Derivative Litig.*, Case No. 04 Civ. 08406 (S.D.N.Y.); *In re Forest Labs., Inc. Derivative Litig.*, Case No. 05-CV-3489 (S.D.N.Y.); *Pringle v. Merck & Co., Inc., et al.*, Case No. 03-3125 (D.N.J.); *In re Tenet Healthcare Corporation Derivative Litig.*, Case No. 01098905 (Santa Barbara Super. Ct.); *In re DHB Industries, Inc. Derivative Litig.*, Case No. CV-05-4345 (E.D.N.Y.).

## MEMBERS

### BRIAN J. ROBBINS

· Brian J. Robbins, the Managing Partner and Co-Founder of the Firm, has been an active litigator of shareholder, employee, consumer, and small business rights for several years. In addition to prosecuting actions for which he has principal responsibility, Mr. Robbins oversees and

coordinates the work of the Firm's nearly 50 employees and all its litigation departments. As a litigator, Mr. Robbins has negotiated several noteworthy settlements of complex actions and successfully argued several noteworthy legal issues.

For example, Mr. Robbins was the lead negotiator for the derivative plaintiffs in *Harbor Finance Partners v. McGhan, et al.*, No. H-02-0761 (S.D. Tex.), litigation filed on behalf of Hanover Compressor Company. The "groundbreaking" and "unprecedented" Hanover settlement resulted in, among other things, a $26.5 million payment to the company, the return of 2.5 million shares to the company, the appointment of two shareholder nominated directors and the agreement to rotate the company's auditing firm. *See This Settlement Raises the Governance Bar; Hanover Compressor's Landmark Agreement with Shareholders to Embrace Major Corporate Reforms Could Have Profound Repercussions*, Stephanie Anderson Forest, BusinessWeek Online, May 15, 2003. Additionally, Mr. Robbins, as sole lead counsel, recently settled *In re OM Group, Inc. Derivative Litig.*, Case No. 1:03CV0020 (N.D. Ohio). As part of this resolution, Mr. Robbins helped secure $29 million for OM Group, the termination of OM Group's long term CEO, the addition of two shareholder nominated directors, and numerous other highly beneficial corporate governance matters. Mr. Robbins negotiated another groundbreaking settlement to resolve *In re Dynegy, Inc. Derivative Litig.*, Lead Case No. 2002-25250 (Harris County, TX, 164th Judicial District). This settlement acknowledged the role of the litigation in implementing extensive corporate governance reforms including: replacement of 11 members of the Board of Directors and several key officers, adoption of extensive measures specifically designed to increase the independence of the Board of Directors and its various committees, and the establishment of new committees and senior positions to specifically enhance ethics and compliance efforts, as well as the integrity of the Company's financial

3

reports, and assisted the company in securing a $150 million benefit, and implemented several critical and necessary corporate governance practices. Mr. Robbins also served in a Co-Lead Counsel capacity in *Larret v. Robertson, et al.*, Lead Case No. GIC754696 (S.D. Super. Ct.), a shareholder derivative action brought on behalf of MP3.com, Inc. ("MP3") which resulted in MP3's adoption of extensive corporate governance measures designed to specifically increase the independence of the board of directors and its committees and the transparency of any trading by insiders. In another shareholder derivative action settled through Mr. Robbins' efforts and the efforts of the Firm, the Honorable Robert S. Lasnik stated:

> "Well, I did review the papers here and I think you've actually set the bar kind of high for future settlements. This looks like an excellent result for the various class members in both the derivative action and the other action.... And it's to the credit of the lawyers that they were able to achieve this result before a lot of discovery and a lot of expenses were undertaken.... And so, I would be quite delighted and satisfied to make the necessary findings that this is an excellent settlement for plaintiffs."

*In re Cutter & Buck Sec. Litig.*, No. C02-1948L, Hearing on Settlement Transcript at 6-7 (W.D. Wash. Dec. 2, 2003).

Mr. Robbins has also negotiated several very highly beneficial settlements of securities fraud class action lawsuits. In a recent securities fraud class action in San Diego, *In re Titan, Inc. Sec. Litig.*, Master File No. 04-CV-0676-LAB (NLS) (S.D. Cal.), Mr. Robbins, along with his Firm, serving in a Co-Lead Counsel capacity, were able to secure a $61.5 million settlement on behalf of the Class. This amounted to half of the estimated damages to the class and far exceeded the normal settlement gained in this type of case. It was also one of the largest securities fraud class action settlements in San Diego's history. Mr. Robbins, as the lead attorney for his prior firm in *Garza, et al. v. J.D. Edwards & Co.*, et al., Case No. 99-1744 (D. Col.), also helped secure over a $15 million

recovery for a class of purchasers of J.D. Edwards & Co. stock.

Likewise, Mr. Robbins has also helped settle numerous other complex class action lawsuits. For example, Mr. Robbins played a pivotal role in *Supnick v. Amazon.com, Inc., et al.*, Case No. C-00-0221-P (W.D. Wash.), litigation which resulted in a $3.8 million cash recovery for the class and critical injunctive relief protecting the privacy of class members and other users of the Internet.

Mr. Robbins has also been at the forefront of litigation on several novel legal topics. For example, as Co-Lead Counsel in a class action brought on behalf of Internet users who had allegedly had their privacy violated because of the design of certain web pages, Mr. Robbins successfully briefed an opposition to a motion to dismiss brought by defendant Website operator Intuit, Inc. ("Intuit"). The issue, whether Intuit violated sections of the Electronic Communications Privacy Act through the manipulation of cookies placed on its visitors' computers, was a novel and untested application of the law. The court denied the defendant's motion to dismiss plaintiffs' cause of action based upon a violation of 18 U.S.C. §2701, *et seq.*, which prohibits unauthorized access to facilities where electronic communication services are provided. *See In re Intuit Privacy Litig.*, 138 F. Supp. 2d 1272 (C.D. Cal. 2001). This success eventually secured a settlement that resulted in numerous privacy protections provided to the class and future users of the quicken.com Website.

In *In re Toys R Us, Inc. Privacy Litig.*, Mr. Robbins successfully opposed a motion to dismiss claims brought under the Electronic Communications Privacy Act by Toys R Us, Inc. and Coremetrics, Inc. in an action alleging surreptitious monitoring of the activities of the users of the toysrus.com website. Despite the highly technical nature of these types of claims, Mr. Robbins was able to help defeat a motion to dismiss a 18 U.S.C. §2520 claim against Coremetrics and a 18 U.S.C. §1030 claim against Toys R Us and Coremetrics. *See In re Toys R Us, Inc. Privacy Litig.*, No.

00-CV-2746, 2001 WL 34517252 (N.D. Cal. Oct. 9, 2001). The upholding of these claims against website providers was believed to be the first of their kind. This success lead to a settlement that provided significantly enhanced privacy protections to future users of the toysrus.com Website.

Mr. Robbins has also successfully briefed two issues of first impression as to whether removal of a shareholder derivative action to federal court based upon federal question grounds was proper. In a shareholder derivative action brought on behalf of JDS Uniphase Corporation ("JDS"), the defendants removed the case claiming that a shareholder derivative action based on similar factual allegations as a securities fraud class action brought against JDS and certain of its officers was not an "exclusively derivative" action under the Securities Litigation Uniform Standards Act of 1998 ("SLUSA") and thus SLUSA authorized removal of the action. Mr. Robbins, however, successfully argued that the similarity of the factual allegations could not alter the derivative nature of the action and the case was therefore not removable under SLUSA and should be remanded. *See Coykendall v. Kaplan*, 2002 U.S. Dist. LEXIS 22483 (N.D. Cal. Aug. 1, 2002). As Co-Lead Counsel in a shareholder derivative action brought on behalf of L90, Inc. ("L90"), Mr. Robbins, on another issue of first impression, was also successful in arguing that the removal provisions of SLUSA were not applicable to a shareholder derivative action because that action also included a class action claim seeking to protect the voting rights of L90's shareholders on equitable grounds. *See Shen v. Bohan*, 2002 U.S. Dist. LEXIS 22485 (C.D. Cal. Oct. 16, 2002). Mr. Robbins has also successfully briefed to the Supreme Court of Texas that a trial court's determination of whether a plaintiff has adequately alleged that a demand to initiate suit upon a company's board of directors would have been a futile and useless act is not an issue justifying interlocutory review. *See In re Dynegy, Inc.*, No. 03-0768, Order (Sup. Ct. Tex. Sept. 8, 2003).

6

Currently, Mr. Robbins is also acting as lead counsel or as an executive committee member in several other complex litigation matters. Mr. Robbins is also commonly acknowledged as a prominent and respected litigator in his field as evidenced by a recent invitation by the Washington State Bar Association to be a panelist for "After the Storm: Securities and Corporate Litigation in the Post-Sarbanes World" at its 26th Annual Northwest Securities Institute and lectured at the International Class Actions Conference in January of 2007 on the topic of Discovery and eDiscovery Issues. Mr. Robbins was also named one of San Diego's Super Lawyers of 2006.

Mr. Robbins graduated in only two and one-half years from the University of California at Berkeley with a Bachelor of Arts degree in Sociology in 1993. Mr. Robbins then received his law degree from the Vanderbilt School of Law in 1997. While at Vanderbilt, Mr. Robbins received the top score in constitutional law, corporate law, corporate and securities transactions, and soviet law and was a research assistant for two very well respected corporate and securities law professors: (1) Professor Donald C. Langevoort, the Lee S. and Charles A. Speir Professor at Vanderbilt University School of Law, former Special Counsel for the U.S. Securities and Exchange Commission in the Office of the General Counsel, co-author, with Professors James Cox and Robert Hillman, of Securities Regulation: Cases and Materials, the author of Insider Trading: Regulation, Enforcement and Prevention, and author of many law review articles, a number of which seek to incorporate insights from social psychology and behavioral economics into the study of corporate and securities law and legal ethics. Professor Langevoort also has testified numerous times before Congressional committees on issues relating to insider trading and securities litigation reform; and (2) Professor Larry D. Soderquist, one of the best known and most respected corporate and securities law professors in America, who has authored numerous books and articles on these subjects, including

**KEVIN A. SEELY**

Mr. Seely is a Principal of the Firm. Mr. Seely is a former Assistant United States Attorney ("AUSA") with substantial experience in both criminal and civil fraud prosecutions. He is a trial lawyer with over 15 years of litigation practice in government and in the private sector. He graduated, *cum laude*, from the University of California at Irvine in 1989 and earned his Juris Doctor degree in 1992 from the Northwestern School of Law of Lewis & Clark College, where he was an Associate Editor of Law Review. He is licensed to practice law in California, Guam and the Northern Mariana Islands. At the Firm, Mr. Seely focuses on representing shareholders, consumers and employees in complex class and representative actions in California and throughout the United States.

Mr. Seely has a proven track record in litigating and trying complex criminal and civil fraud cases. Throughout his career, Mr. Seely has been responsible for developing and implementing complex fraud and public corruption investigation and litigation strategies. While he was with the government, he has worked with and consulted, among others, numerous auditors, forensic accountants, and other experts, including agents from the Federal Bureau of Investigations, Office of Inspector General, and Central Intelligence Agency. He has worked with these experts and agents to develop complicated investigations and to prepare matters for trial. In prosecuting these cases, Mr. Seely mastered, among other things, the tracing of fraudulent transactions through mazes of accounting spreadsheets and accounting records.

Over the years, Mr. Seely has handled countless complex and document-intensive discovery issues and disputes. He has represented several foreign entities, obtained documents from foreign countries, and taken depositions of foreign nationals. He has ample experience working closely with

16

expert witnesses in a variety of technical fields and has logged hundreds of hours working with experienced forensic accountants in order to master complex accounting systems of the companies that were being investigated. He has perfected the skill of being able to translate complex and convoluted subject matter into understandable and logical facts able to be comprehended by the average juror.

Mr. Seely has argued numerous motions in both civil and criminal matters. He has assisted federal agencies in drafting detailed search warrants and document demands. He has taken numerous depositions and ample Grand Jury testimony. He has tried cases before judges and juries and he has negotiated multi-million dollar settlements.

In doing all of this, Mr. Seely earned a reputation as a solid and tenacious trial lawyer. For example, he was once appointed by a court to perform as the lead defense counsel in a murder trial. Later in his career, as an AUSA, he successfully prosecuted high-ranking government officials, corporate entities, and sophisticated business professionals for a variety of fraud schemes, including wire and mail fraud, bribery, theft of government services, embezzlement, and healthcare fraud, among other things. Following a jury trial, wherein Mr. Seely obtained a guilty verdict against a former Finance Secretary for stealing public funds, the veteran District Court Judge presiding over the matter later commented that Mr. Seely's trial presentation was one of the best presentations that the judge had seen in his courtroom.

Before serving as an AUSA, Mr. Seely had already acquired substantial civil litigation experience. From 1992 to 1998, Mr. Seely was first an associate and then later a partner of the law firm of Mair, Mair, Spade & Thompson, P.C., where he primarily represented corporate clients in complex business and litigation matters. His primary areas of focus were in commercial litigation

and insurance defense. During his tenure with the firm, Mr. Seely worked on a number of complex commercial cases, conducting numerous depositions and arguing countless discovery and dispositive motions and appeals.

As an AUSA for the Districts of Guam and Northern Mariana Islands from 1998 through 2000, Mr. Seely handled complex criminal matters for the United States government. His focus was on white collar crime and public corruption matters. Many of these cases involved claims of embezzlement and wire fraud by white collar professionals in the banking, government services and healthcare industries.

From 2000 to 2006, Mr. Seely served as an AUSA in the Southern District of California. In this position, Mr. Seely expanded his complex fraud prosecution practice to encompass civil fraud claims under the Federal False Claims Act. These cases, while varied, primarily involved the investigation and civil prosecution of fraudulent billing practices by defense contractors and healthcare providers.

### CRAIG W. SMITH

Mr. Smith is a Principal of the Firm. He earned his Bachelor of Arts degree from the University of California at Berkeley in 1988, where he was initiated into Phi Beta Kappa. Mr. Smith received his Juris Doctor from the Yale Law School in 1992. While at Yale, he completed an externship at the United States Attorney's New Haven, Connecticut Office.

Mr. Smith joined the Litigation Department of O'Melveny & Myers LLP in 1993. He spent over a decade representing Fortune 500 corporations and their officers, directors and controlling shareholders in securities class actions and shareholders' rights litigation and in related SEC, NASD and NYSE investigations. Mr. Smith has successfully defended clients accused of financial

18

**STRANGE & CARPENTER**
ATTORNEYS AT LAW
12100 WILSHIRE BOULEVARD, 19TH FLOOR
LOS ANGELES, CALIFORNIA 90025
TELEPHONE (310) 207-5055
FACSIMILE (310) 826-3210

FILE NO. _____

lacounsel@earthlink.net
www.strangeandcarpenter.com

## FIRM RESUME

Strange & Carpenter was formed with a commitment to excellence and unsurpassed legal representation. The members were educated at this Nation's top law schools and then combined forces in a small environment which allows superior and responsive service to clients. The firm represents plaintiffs in complex class actions, with an emphasis on consumer protection. The firm also has substantial expertise in representing plaintiffs in high profile business cases. The firm was featured as one of the five most successful small firms in California in 1994 by *California Law Business*. *The American Lawyer* has dubbed Strange & Carpenter (formerly Strange & Hoey) a "Litigation Boutique" in describing its role in high stakes business litigation. Strange & Carpenter's settlements in various cases are valued in the hundreds of millions of dollars.

Strange & Carpenter is a Los Angeles based firm representing plaintiffs in complex class actions nationwide, with an emphasis on consumer protection. Strange & Carpenter has substantial experience in class actions and has been approved as class counsel in numerous class actions in federal and state courts around the country. Our cases typically involve consumer fraud; unfair, deceptive, and unlawful business practices; and dangerous or defective products and pharmaceuticals, to name a few. Our clients include millions of consumers, individuals, and business entities who have been wronged by large corporations as a result of anti-competitive or anti-consumer conduct. Since our founding in 1988, we have been committed to achieving justice and fairness for consumers, investors, and business entities, and to rectifying corporate misconduct.

Strange & Carpenter has been successful in trying and settling many complex business cases and class actions, as well as investment fraud cases. Strange & Carpenter has earned a national reputation for successful and creative prosecution of class action claims, as well as professional integrity. Strange & Carpenter also enjoys strong financial resources for handling complex cases against large corporations. Strange & Carpenter remains committed to serving our clients no matter how novel or complex the case may be.

Strange & Carpenter has been at the forefront of several current issues, including the review of class action bans found in arbitration clauses. The issue was decided in favor of consumers by the California Supreme Court in <u>Discover Bank v. Superior Court</u>, 36 Cal. 4th 148, 30 Cal. Rptr. 3d 76 (2005). Strange & Carpenter has recently settled cases in Los Angeles, Minnesota and Puerto Rico against drug manufacturers for marketing anti-depressant drugs to children and for marketing drugs that were impure, dangerous and did not work.

Strange & Carpenter is involved in investigation and litigation against manufacturers of products containing the chemical Bisphenol-A (2, 2-(4,4-dihydroxydiphenol)propane) ("BPA"), exposing infants and children to serious health risks, as well as products which expose consumers to carcinogens; unfair credit card rates, fees and charges; unfair early termination fees; and other illegal and unfair practices.

Strange & Carpenter selectively monitors and chooses its cases and clientele in order to provide the highest quality work and immediate attention to the needs of its clients. The firm utilizes paralegals and law clerks as well as computerized legal research and document control, which enable its lawyers to effectively manage large cases and the needs of its clientele.

### Multi-District Litigation

Strange & Carpenter are on the Plaintiffs' Steering Committee of the Multi-District Litigation entitled *In Re: Bisphenol-A (BPA) Polycarbonate Plastic Products Liability Litigation*, putative class actions brought on behalf of persons in the United States who purchased defendants' polycarbonate baby bottles and/or sippy cups containing BPA. Plaintiffs in these cases allege that BPA is harmful for children and that defendants concealed these harmful effects from consumers.

**Recent Class Action Settlements**

Class action settlements against pharmaceutical companies:

- <u>Simonet, et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline, et al.</u>, U.S.D.C. District of Puerto Rico Case No. 06-1230 (GAG/CVR) (settlement valued at $28 million pending)

- <u>Carpenters and Joiners Welfare Fund, et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline, et al.</u>, U.S.D.C. District of Minnesota Case No. CV 04-3500 MJD/SRN (settlement valued at $40 million)

- <u>MacGregor v. Schering-Plough Corporation</u>, L.A.S.C. Case No. BC 24804 (settlement valued at $202.5 million)

Class action settlements against large financial institutions for improper treatment of consumers, including improperly charging interest, late fees and/or overlimit fees:

- <u>Schwartz, et al. v. Citibank, (South Dakota), N.A.</u>, U.S.D.C. of California Case No. 00-00075 LGB (JXJx) (settlement valued at $36 million)

- <u>Shea v. Household Bank (SB), National Association</u>, O.C.S.C. Case No. 00CC12588 (settlement valued at $34.9 million)

- <u>Mayemura, et al. v. Chase Manhattan Bank</u>, U.S.D.C. of California Case No. 00-00753 LGB (JWJx) (settlement valued at $22.5 million)

- <u>Shea, et al. v. Discover Bank</u>, O.C.S.C. Case No. 00CC12582 (settlement valued at $15 million)

- <u>Boehr v. American Express Centurion Bank</u>, L.A.S.C. Case No. BC 256499 (settled for $8.2 million)

- <u>Edelist v. First USA Bank, N.A.</u>, O.C.S.C. Case No. 02CC00294 (settled for $7 million)

- <u>Boehr v. Bank of America</u>, U.S.D.C. District of Arizona Case No. CIV-99-2265-PHX-RC (settled for $4.75 million)

- <u>Edell v. Bank of America, NA (USA)</u>, Arizona Superior Court Case No. C-20010051 (settled for $4.2 million)

- <u>Schoshinski v. Fleet Bank (RI), National Association in Rhode Island</u>, L.A.S.C. Case No. BC 262105 consolidated with <u>Landrenau, et al. v. Fleet Financial Group</u>, U.S.D.C. District of Louisiana Case No. 01-26-B-MI (settled for $3.5 million)

- <u>Klausner v. First Union Direct Bank, N.A.</u>, U.S.D.C. of California Case No. 00-4267 LGB (AJWx) (settlement valued at $3 million)

- <u>Ventura v. Providian National Bank</u>, O.C.S.C. Case No. 03CC17700 (settled for $1.9 million)

Other class action settlements:

- <u>Talwar, et al. v. Creative Labs, Inc.</u>, U.S.D.C. Central District of California Case No. CV 05-3375 FMC (AJWx) (settlement valued at over $10 million)

- <u>McKernan, et al. v. Black & Decker Corp., et al.</u>, S.C.S.C. Case No. CV 772488 (settlements with all defendants valued at $13 million)

- <u>Benchmark, Inc. v. Payment Resources International, LLC</u>, O.C.S.C. Case No. 07CC01202 (settlement valued at $3.4 million)

- _Moretti v. Lear Financial, Inc._, L.A.S.C. Case No. BC394027, combined with _DeSpain v. DeMerrit, et al._, AAA Reference No. 11199102507 (settlement valued at $5.2 million)

Class action settlements against workers' compensation carriers for improperly charging premiums to California employers:

- _Blake H. Brown v. Fremont Compensation Insurance Company_, L.A.S.C. Case No. BC 180443 (settlement valued at $25 million)

- _Designer Imports International, Inc., et al. v. Fairmont Insurance Company, et al._, L.A.S.C. Case No. BC 184256 (settlement valued at $6.2 million)

- _Superior Construction, Inc. v. Argonaut Insurance Company_, L.A.S.C. Case No. BC 221028 (settlement valued at $3 million)

- _3 Day Blinds, Inc. v. ULICO Standard of America_, L.A.S.C. Case No. BC 170432 (settlement valued at $1.299 million)

_Settlements for less than $1 million are excluded from the above cases_

The following is a biographical sketch of the some of the members of Strange & Carpenter.

## Brian R. Strange

Brian R. Strange is an experienced and respected trial lawyer and litigation strategist. Mr. Strange has been involved in such noted litigation as the MGM Grand Hotel fire litigation; the "Crandall" gem case; the San Juan Dupont Plaza Hotel fire litigation in Puerto Rico; litigation arising out of the Iran-Contra scandal; and numerous consumer class actions against various banks and insurance companies, among others. The San Juan Dupont Plaza Hotel fire litigation has been described as the largest mass disaster case ever tried. See In re Allied Signal, Inc. 891 F.2d 967, 968 (1st Cir. 1989), cert. denied sub. nom., ACW Airwall, Inc. v. U.S. District Court for Puerto Rico, 495 U.S. 957 (1990). Trial victories include a $160 million judgment against the principals of an investment scam in a case tried in Los Angeles Superior Court in 1991. In February 1993, Mr. Strange obtained a $21 million punitive damage verdict against First State Insurance Company, reportedly one of the largest verdicts in California in 1993. In May 1993, Mr. Strange obtained the first punitive damage verdict in 17 years in a courtroom in Santa Barbara on behalf of a homeless family. Mr. Strange has acted as lead counsel in several class action cases with settlements obtained in excess of $400 million, including settlements with some of the nation's largest banks, pharmaceutical companies and wireless telephone carriers.

Mr. Strange has lectured on class actions before the California State Bar, the Practicing Law Institute and other organizations. Mr. Strange received his Bachelor of Arts in Economics from the University of California at Los Angeles and his law degree from the University of California, Hastings College of Law, where he was a David Snodgrass Moot Court winner. Mr. Strange is admitted to practice before the United States Supreme Court, all courts in the State of California, and numerous federal courts throughout the country, including several Courts of Appeals. Mr. Strange authored "Municipalities: Welcome to the Antitrust Restraints of the Free Market," Century City Bar Journal, Spring, 1982.

## Gretchen Carpenter

Gretchen Carpenter is a partner of Strange & Carpenter. She received her Bachelor of Arts in Political Science and Theatre, *cum laude*, from the University of California at San Diego, where she was a member of Phi Beta Kappa. Ms. Carpenter received her law degree from UCLA School of Law, where she was an editor of the Women's Law Journal. She is admitted to practice before all courts in the State of California and numerous federal courts throughout the country, including several Courts of Appeals.

Ms. Carpenter is an experienced class action litigator, having been successful in helping analyze, draft and argue numerous class certification and other complex motions. Ms. Carpenter has extensive knowledge of Rule 23 procedures and her superior drafting and analytical skills have earned her a position as a named partner in Strange & Carpenter.

## Tamina Madsen

Tamina Madsen is an associate of Strange & Carpenter. She received her Bachelor of Arts in Rhetoric, with a Distinction in General Scholarship, from the University of California at Berkeley. Ms. Madsen received her law degree from UCLA School of Law, where she was Director of Development of the Women's Law Journal and Vice Magister of Phi Delta Phi. She is admitted to practice before all courts in the State of California, the United States District Court for the Central District of California, and the Ninth Circuit Court of Appeals.

## John Ohanesian

John Ohanesian is an associate of Strange & Carpenter. He received his Bachelor of Arts in Latin, *magna cum laude*, from Loyola Marymount University. Mr. Ohanesian received his law degree from Loyola Law School, where he was Senior Production Editor of the Loyola of Los Angeles International and Comparative Law Review and a member of the Saint Thomas More Law Honor Society. While at Loyola, Mr. Ohanesian was the recipient of a Faculty Academic Honors Scholarship, as well as First Honors awards for receiving the highest grades in International Law, Income Taxation, and Tax-Exempt Organizations.

## Jill Hood

Jill Hood is a paralegal of Strange & Carpenter. She received her Associate of Science and Bachelor of Science degrees in Paralegal from the University of La Verne. Ms. Hood has been with Strange & Carpenter since 1997 and has many years of experience in complex litigation matters. Ms. Hood has extensive experience involving preliminary and final approval of class action settlements, including claim administration and distribution processes. Ms. Hood has extensive experience handling settlement classes consisting of multi-millions of members. Ms. Hood also has extensive experience in investigating claims and corporate wrongdoing.

*Some associates and paralegals may not be included in this biographical sketch.*

# STEVEN N. WILLIAMS

Member of Firm

## COTCHETT, PITRE & McCARTHY
Burlingame, CA

## EDUCATION

B.A., Russian, New York University (1986)
J.D., Fordham University School of Law (1992)

## PROFESSIONAL

Honors:      Presidential Award of Merit, Consumer Attorneys of California, 2008

Member:      San Mateo County Bar Association
Consumer Attorneys of California
San Mateo County Trial Lawyers
American Association for Justice

Courts:      United States Supreme Court
Ninth Circuit Court of Appeals
All U.S. District Courts of California
Fifth Circuit Court of Appeals
Second Circuit Court of Appeals
U.S. District Court, Southern District of New York
U.S. District Court, Eastern District of New York
U.S. District Court, District of New Jersey
All California State Courts
All New York State Courts
All New Jersey State Courts

Articles/
Speaker:      Matthew Bender/Lexis-Nexis, California e-discovery (2009)
Rock Corporate Governance Institute, Securities Law after *Stoneridge* (2008)
Discovery Updates, Consumer Attorneys of California, 2003-2008

Representative
Cases:      *CalSTRS v. AOL Time Warner, et al.*
*CalSTRS v. Qwest, et al.*
*Franklin Funds v. AOL Time Warner, et al.*
*Franklin Funds v. Qwest, et al.*
*Regents of the University of California v. Solomon Smith Barney (Worldcom)*
*In re SRAM Antitrust Litigation*
*In re iPOD Litigation*

# FIRM RESUME

**E. Kirk Wood**
**Managing Partner**
**Wood Law Firm, LLC**
**PO Box 382434**
**Birmingham, AL 35238**
**(205) 612-0243**
**Ekirkwood1@cs.com**

## EDUCATION:

BS, University of Alabama 1976
MS, Troy University 1984
JD, Cumberland School of Law 1987

## LICENSED:

Alabama Bar
Florida Bar

## CERTIFICATION:

Certified Player Representative, National Football League Players Association
Certified Player Representative, Canadian Football League Players Association

## INSTRUCTION:

Adjunct Professor of Law, University of Alabama, 1992

## ADMITTED:

Supreme Court of Alabama
Supreme Court of Florida
US District Court for the Northern District of Alabama
US District Court for the Middle District of Alabama
US Court of Appeals for the Eleventh Circuit

## MEMBER:

American Bar Association
Alabama Bar Association
Florida Bar Association
Birmingham Bar Association
Federal Bar Association

## RECENT REPRESENTATIVE MULTI DISTRICT LITIGATION MATTERS:

*In re: Pharmacy Benefit Managers Antitrust Litigation*
*In re: TJX Retail Security Breach Litigation*
*In re: Vioxx Products Liability Litigation*
*In re: Bausch & Lomb Contact Lens Solution Products Liability Litigation* (Plaintiffs Steering Committee)
*In re: Heparin Products Liability Litigation* (Plaintiffs Steering Committee)
*In re: Total Body Formula Products Liability Litigation* (Liaison Counsel; Plaintiffs Executive Committee)
*In re: Puerto Rico Cabotage Antitrust Litigation* (Plaintiffs Steering Committee)
*In re: Countrywide Security Breach Litigation* (Plaintiffs Steering Committee)