```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


                                         :   MDL NO. 2116
IN RE: APPLE iPHONE 3G AND 3GS "MMS"     :
       MARKETING AND SALES PRACTICES     :   SECTION: J
       LITIGATION                        :
                                         :   JUDGE BARBIER
                                         :   MAG. JUDGE WILKINSON
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..
```

**THIS DOCUMENT RELATES TO ALL CASES**

### PRETRIAL ORDER #4

Upon further review of Defendants' request that no liaison counsel be named for Defendants, this Court finds that the nature of this matter renders such a request impracticable. Accordingly, **IT IS ORDERED** that Quentin F. Urquhart, 400 Poydras Street, Suite 2700, New Orleans, LA 70130, and Gary J. Russo, 600 Jefferson Street, Suite 1600, Lafayette, LA 70501 are both appointed as Defendants' Liaison Counsel.

The responsibilities of Defendants' Liaison Counsel shall be the following:

1. To serve as the recipient for all Court orders on behalf of all of the defendants;

2. To coordinate service and filings for all defendants whether presently included or subsequently added;

3. To receive and distribute pleadings, orders, and

motions by overnight courier service and/or telecopier within two days after receipt, unless such service has been waived, in writing, by a receiving counsel;

4. To prepare agendas for court conferences and periodically report regarding the status of the case; and

5. To carry out such other duties as the Court may order.

New Orleans, Louisiana, this  26th  day of  January , 2010.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE