UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  APPLE iPHONE 3G AND 3G-S "MMS" MARKETING AND SALES PRACTICES LITIGATION | MDL DOCKET NO. 2116 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE BARBIER |
| | MAG. JUDGE WILKINSON |

**MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE
SUPPLEMENTAL MOTION TO APPOINT PLAINTIFFS' STEERING COMMITTEE**

**NOW INTO COURT**, through undersigned counsel, comes Scott R. Bickford and the Plaintiffs' Executive Committee, who respectfully move the Court for an order allowing them leave to file a Supplemental Motion to Appoint Plaintiffs' Steering Committee and correct firm name and address for Steven N. Williams. The following individual has expressed interest and committed financially to participate in the Plaintiffs' Steering Committee in the above referenced matter. We, therefore, suggest to the Court that the following individual be appointed by the Court to the Plaintiffs' Steering Committee:

Timothy G. Blood
Blood Hurst & O'Reardon, LLP
600 B Street, Suite 1550
San Diego, CA 92101
619-338-1100
619-338-1101 fax

We also request that the firm name and address for Steven N. Williams be corrected as follows:

Steven N. Williams
Cotchett Pitre & McCarthy
840 Malcolm Road, Suite 200
Burlingame, CA 94010
650-697-6000
650-697-0577 fax

Based on the foregoing, Scott R. Bickford and the Plaintiffs' Executive Committee respectfully request that they be granted leave to file a Supplemental Motion to Appoint Plaintiffs' Steering Committee and correct the firm name and address for Steven N. Williams.

                Respectfully submitted,

                /s/ *SCOTT R. BICKFORD*
                SCOTT R. BICKFORD (1165)
                Martzell & Bickford
                338 Lafayette St.
                New Orleans, LA 70130
                Telephone: 504/581-9065
                Facsimile: 504/581-7636
                usdcedla@mbfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of January, 2010, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system and notification of such filing to all attorneys of record via e-mail.

*/s/ Scott R. Bickford*
SCOTT R. BICKFORD

F:\Clients\APPLE i PHONE\Pleadings EDLA 09-2116\Motion to Appoint PSC 2.wpd