UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: APPLE iPHONE 3G AND 3G-S "MMS" MARKETING AND SALES PRACTICES LITIGATION | MDL DOCKET NO. 2116 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE BARBIER |
| | MAG. JUDGE WILKINSON |

## **ORDER**

Considering the foregoing;

**IT IS HEREBY ORDERED** that Scott R. Bickford and the Plaintiffs' Executive Committee are granted leave to file a MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE SUPPLEMENTAL MOTION TO APPOINT PLAINTIFFS' STEERING COMMITTEE.

Signed this _____ day of _____, 2010, in New Orleans, Louisiana.

_____
J U D G E