UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  APPLE iPHONE 3G AND 3G-S "MMS" MARKETING AND SALES PRACTICES LITIGATION | MDL DOCKET NO. 2116 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE BARBIER |
| | MAG. JUDGE WILKINSON |

## ORDER

Considering the foregoing MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE SUPPLEMENTAL MOTION TO APPOINT PLAINTIFFS' STEERING COMMITTEE;

**IT IS HEREBY ORDERED** that the motion is GRANTED and the following individual is hereby appointed to the Plaintiffs' Steering Committee:

Timothy G. Blood
Blood Hurst & O'Reardon, LLP
600 B Street, Suite 1550
San Diego, CA 92101
619-338-1100
619-338-1101 fax

**IT IS ALSO ORDERED** that the firm name and address for Steven N. Williams be corrected as follows:

Steven N. Williams
Cotchett Pitre & McCarthy
840 Malcolm Road, Suite 200
Burlingame, CA 94010
650-697-6000
650-697-0577 fax

Signed this _____ day of _____, 2010, in New Orleans, Louisiana.

_____
J U D G E

F:\Clients\APPLE i PHONE\Pleadings EDLA 09-2116\Motion to Appoint PSC 2 -ORDER.wpd