

# Blood, Hurst & O'Reardon, LLP

Blood, Hurst & O'Reardon, LLP is a boutique firm specializing in the nationwide prosecution of complex class and representative actions. The firm represents the interests of consumers, insurance holders and investors in state and federal courts throughout the country. The firm is comprised of lawyers from a very large plaintiff's class action firm. Its principals have been have been appointed lead counsel and other leadership positions in a wide variety of class action matters.

## Timothy G. Blood

Mr. Blood is the firm's managing partner. His practice has focused on complex litigation, including class action litigation, since the early 1990's. Mr. Blood has tried a number of class action cases, and is a widely recognized expert on consumer fraud law, and particularly California unfair competition and consumer fraud law.

Mr. Blood has represented millions of retail consumers, holders of life, automobile and homeowner's insurance policies, mortgagors, credit card customers, homeowners, and victims of corporate race and income discrimination.

Mr. Blood has testified in front of the California State Assembly and State Senate Judiciary Committees, as well as the Assembly and Senate Committees on Banking, Finance & Insurance. He has worked at both the state and federal level with lawmakers and government agencies to shape legislation to protect consumer rights.

Mr. Blood is frequently consulted by the media. He has appeared on Good Morning America, ABC World News Tonight, and major network affiliates on behalf of his clients. He has also contributed to stories featuring his work in the New York Times, Wall Street Journal, Los Angeles Times and numerous other publications and periodicals.

In Re: Apple iPhone 3G and 3GS MMS Marketing and Sales Practices Litigation          Doc. 20 Att. 3

He serves on the Board of Governors of the Consumer Attorneys of California, and the Executive Board of the Consumer Attorneys of San Diego. In 2007, Mr. Blood was a finalist for the Consumer Attorneys of California Lawyer of the Year award for his trial work in a multistate class action against Farmers Insurance. He has been named a "Superlawer" since 2006.

Mr. Blood received his Juris Doctor from George Washington University in 1990 and his Bachelor of Arts with honors in Economics from Hobart College in 1987.

## Leslie E. Hurst

Ms. Hurst is a co-founding partner. Her practice has primarily focused on complex class action lawsuits, including multi-district litigation and JCCP proceedings, with an emphasis on consumer fraud law under California's consumer protection statutes.



Prior to co-founding the firm, Ms. Hurst was a partner at Coughlin Stoia Geller Rudman & Robbins LLP and an associate at Milberg Weiss Bershad Hynes & Lerach LLP. While practicing at those law firms, Ms. Hurst worked in a number of practice areas, including suits against: (i) life insurers for misrepresenting the terms of vanishing premium life insurance; (ii) auto insurers for repairs with non-OEM parts, diminished value claims, and improper collection of installment service charges; (iii) financial institutions for violations of RESPA and collection of excessive closing costs; and (iv) insurance companies for race-based discrimination in the sale of small value burial insurance policies.

Between 2003 and 2005, Ms. Hurst took a sabbatical from law and moved to Sri Lanka where she worked for CARE International as Coordinator for Strategic Planning with an emphasis on development of CARE's long-term strategic plan for the conflict-affected areas.

Ms. Hurst received her Juris Doctor degree from the University of California, Hastings College of the Law in 1995. She earned her Master of Arts degree in Sociology from University of California, Berkeley and a Bachelor of Arts degree in Sociology (*cum laude*) from University of San Diego. Ms. Hurst is an active member of the Lawyers Club, Consumer Attorneys of San Diego, and Consumer Attorneys of California.

### Thomas J. O'Reardon II

Mr. O'Reardon is a partner with the firm. His practice has focused exclusively on complex class action lawsuits involving consumer fraud, insurance fraud, antitrust and securities fraud litigation. Mr. O'Reardon earned his Bachelor of Arts degree in Politics from Wake Forest University and his Juris Doctor degree from the University of San Diego. He is licensed to practice law in all California state courts, as well as the United States District Court for the Southern, Central, Eastern, and Northern Districts of California, the United States District Court for the Western District of Arkansas and the United States District Court for the Northern District of Illinois.

Prior to co-founding the firm, Mr. O'Reardon worked at Coughlin Stoia Geller Rudman & Robbins LLP. At Coughlin Stoia, Mr. O'Reardon served as Lead or Co-Lead Counsel on a number of complex class action litigation matters, including: *In re Dynamic Random Access Memory Antitrust Litig.*, (N.D. Cal.) (settled for more than $300 million); *In re Mattel, Inc. Toy Lead Paint Prods. Liab. Litig.*, (C.D. Cal.) (nationwide settlement valued at over $50 million is awaiting final approval); *Gemelas v. The Dannon Co., Inc.*, (N.D. Ohio) (awaiting final approval of a nationwide settlement valued at approximately $45 million); *In re Enron Corp. Sec. Litig.*, (S.D. Tex.) (settlements of $7.3 billion); *AOL Time Warner Cases* (Cal. Superior Ct., Los Angeles County) (settlements of approximately $630 million); *Morris v. CBS Broadcasting, Inc.*, (S.D.N.Y.) (Co-Lead Counsel in nationwide lawsuit awaiting final settlement approval on behalf of purchasers of asbestos-laden children's toys); *In re Aqua Dots Prods. Liab. Litig.*, (N.D. Ill.) (served as Co-Lead Counsel in currently pending



multidistrict litigation on behalf of purchasers of more than 4 million toxic children's toys); and *Berry v. Mega Brands, Inc.*, (D.N.J.) (served as Co-Lead Counsel in currently pending class action litigation on behalf of purchasers of more than 10 million lethal children's toys).

Mr. O'Reardon is an active member of the Consumer Attorneys of San Diego, the Consumer Attorneys of California, and a founding member of the CAOC Young Lawyers Division.