UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   APPLE iPHONE 3G AND 3G-S "MMS" MARKETING AND SALES PRACTICES LITIGATION | MDL DOCKET NO. 2116 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE BARBIER |
| | MAG. JUDGE WILKINSON |

**MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE SECOND SUPPLEMENTAL MOTION TO APPOINT PLAINTIFFS' STEERING COMMITTEE**

**NOW INTO COURT**, through undersigned counsel, comes Scott R. Bickford and the Plaintiffs' Executive Committee, who respectfully move the Court for an order allowing them leave to file a Second Supplemental Motion to Appoint Plaintiffs' Steering Committee and withdraw the name of James L. Deese.  The following individual has expressed interest and committed financially to participate in the Plaintiffs' Steering Committee in the above referenced matter.  We, therefore, suggest to the Court that the following individual be appointed by the Court to the Plaintiffs' Steering Committee:

Joel J. Schwartz
Rosenblum Schwartz Rogers Glass PC
120 South Central Avenue, Suite 130
Clayton, MO  63105
314-862-4332
314-862-8050 fax

We also suggest to the Court that the following individual be withdrawn from the Plaintiffs' Steering Committee pursuant to Mr. Deese's request:

James L. Deese
Attorney at Law
1468 West 9th Street, Suite 405
Cleveland, OH  44113
216-502-0570
216-502-0569 fax

Based on the foregoing, Scott R. Bickford and the Plaintiffs' Executive Committee respectfully request that they be granted leave to file a Second Supplemental Motion to Appoint Plaintiffs' Steering Committee.

Respectfully submitted,

/s/ SCOTT R. BICKFORD
SCOTT R. BICKFORD (1165)
Martzell & Bickford
338 Lafayette St.
New Orleans, LA 70130
Telephone:    504/581-9065
Facsimile:     504/581-7636
usdcedla@mbfirm.com

CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of February, 2010, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system and notification of such filing to all attorneys of record via e-mail.

*/s/ Scott R. Bickford*
SCOTT R. BICKFORD

F:\Clients\APPLE i PHONE\Pleadings EDLA 09-2116\Motions to Appoint Committees\Motion to Appoint PSC 3.wpd