UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:   APPLE iPHONE 3G AND 3G-S "MMS"          MDL DOCKET NO. 2116
           MARKETING AND SALES PRACTICES
           LITIGATION                                   SECTION: J

THIS DOCUMENT RELATES TO ALL CASES              JUDGE BARBIER

                                               MAG. JUDGE WILKINSON

## ORDER

Considering the foregoing MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE SECOND SUPPLEMENTAL MOTION TO APPOINT PLAINTIFFS' STEERING COMMITTEE;

**IT IS HEREBY ORDERED** that the motion is GRANTED and the following individual is hereby appointed to the Plaintiffs' Steering Committee:

Joel J. Schwartz
Rosenblum Schwartz Rogers Glass PC
120 South Central Avenue, Suite 130
Clayton, MO  63105
314-862-4332; 314-862-8050 fax

**IT IS FURTHER ORDERED** that the following individual is hereby withdrawn from the Plaintiffs' Steering Committee:

James L. Deese
Attorney at Law
1468 West 9th Street, Suite 405
Cleveland, OH  44113
216-502-0570
216-502-0569 fax

Signed this _____ day of _____, 2010, in New Orleans, Louisiana.


_____
J U D G E

F:\Clients\APPLE i PHONE\Pleadings EDLA 09-2116\Motions to Appoint Committees\Motion to Appoint PSC 3 -ORDER.wpd