# CURRICULUM VITAE

# JOEL J SCHWARTZ
# ROSENBLUM, SCHWARTZ, ROGERS & GLASS, P.C.

120 S. CENTRAL AVENUE, #130
CLAYTON, MISSOURI 63105
314.862.4332 - TELEPHONE
314.862.8050 - FACSIMILE
jschwartz@rsrglaw.com

**PERSONAL INFORMATION:** Born: St. Louis, Missouri
October 4, 1961
Married to Mary Ann Schwartz
Three children

**EDUCATION:**

| | | |
|---|---|---|
| | High School Diploma | Ladue High School |
| | Bachelor of Arts | University of Texas at Austin (1984) |
| | Juris Doctor | University of Texas at Austin (1987) |

Admitted to the Missouri Bar –1989

Missouri Bar No. 39066

## COURT PRACTICE AND ADMISSIONS:

Admitted to Practice in the U.S. District Court
for the Eastern District of Missouri - 1992

Admitted to Practice in the U.S. District Court
for the Southern District of Illinois - 2000

Admitted to Practice in the U.S. District Court
for the Central District of Illinois - 2001

Admitted to Practice in the U.S. District Court
for the Western District of Michigan - 2001

Admitted to Practice in the U.S. District Court
for the Western District of Missouri - 2002

Admitted to Practice in the U.S. District Court
for the Southern District of Iowa - 2009


EXHIBIT A

>Admitted to Practice in the U.S. District Court
>for the Northern District of Illinois -
>
>Admitted to Practice in the U.S. District Court
>for the Northern District of Ohio -
>
>Admitted to Practice in the U.S. District Court
>for the Nebraska District Court -
>
>Admitted to Practice in the U.S. District Court
>for the Eastern District of Michigan -
>
>Admitted to Practice in the U.S. District Court
>for the 8th Circuit Court of Appeals

**EMPLOYMENT:** **Rosenblum, Schwartz, Rogers & Glass, P.C.** - 1999 to present

**Stockley and Schwartz, LLC** - 1993 to 1999

**Missouri Public Defenders Office** - 1989 to 1993

**PROFESSIONAL ASSOCIATIONS:** National Association of Criminal Defense Lawyers;
Missouri Association of Criminal Defense Lawyers;
National Association of Criminal Defense Lawyers (Lifetime Member);
Trial Lawyers Association

## LEGAL EXPERIENCE:

**State of Missouri vs. Eron McKinney - 2005**
Assault of a Law Officer & Resisting Arrest. St. Louis City Circuit Courts
Jury Trial-Acquittal

**State of Missouri vs. Leslie Pollard - 2007**
Murder 1st Degree. St. Louis County Circuit Courts
Jury Trial-Not Guilty

**State of Missouri vs. Anthony Hancock - 2007**
Burglary 1st Degree & Stealing. St. Louis City Circuit Courts
Jury Trial-Not Guilty

**State of Missouri vs. Justin Mosby - 2008**
Possession of Controlled Substance (6-Counts). St. Louis County Circuit Courts
Plea-Suspended Execution of Sentence (SES)

**State of Missouri vs. Mark Stanley - 2009**
Unlawful Use of A Weapon & Assault 3rd Degree. St. Louis County Circuit Courts.
Jury Trial-Not Guilty

**United States of America vs. Dante Ross - 2006**
Did Knowingly Make, Utter and Possess a Counterfeited Security. Eastern District of Missouri
Sentenced to Five years Probation

**United States of America vs. Darnell Thornton - 2007**
Sale of A Firearm to A Convicted Felon (2-Counts). Eastern District of Missouri
Sentenced to Fourteen Months; Supervised Release for Two years

**United States of America vs. Terrell Robinson - 2008**
Felon in Possession of A Firearm & Possession of A Stolen Firearm. Eastern District of Missouri
Found Not Guilty-Acquitted Both Counts

**United States of America vs. Joseph Mugo - 2008**
Conspiracy to Defraud the United States & Falsely Representing Himself to Be A Citizen & National of United States for Purposes of Employment. Eastern District of Missouri
Time Served; Supervised Release for Two years

**United States of America vs. Bill Jakob - 2008**
Wire Fraud, Mail Fraud, False Personation, False Personation in Making Arrest or Search and False Statement. Eastern District of Missouri
Sixty Months; Supervised Release for Three years

**United States of America vs. Robert Hackman - 2009**
Conspiracy to Commit Federal Offenses (2-Counts) & Prohibitions Against Animal Fighting Ventures (2-Counts). Eastern District of Missouri
Sentenced to Twelve Months and One day; Supervised Release for Two years

**United States of America vs. Alexey Lopez Angel-Bello - 2009**
Access Device Fraud, Aggravated Identity Theft, Identity Theft & Access Device Fraud. Eastern District of Missouri
Sentenced to Two years Probation

**Apple iPhone - 2009**
In Re: 3G and 3GS "MMS" Marketing and Sales Practices Litigation - EDLA #09-2116-
Eastern District of Louisiana

**T-Mobile U.S.A., Inc - 2009**
In Re: Terms and Conditions - 4:09-CV-01424-CDP
Eastern District of Missouri

## NATIONAL AND INTERNATIONAL INTERVIEWS AND APPEARANCES:

"60 Minutes" Interview 2008, CBS Morning Show Interview with Harry Smith, News Tribune Interview with Cheryl Wittenauer & Associated Press and Countless TV and Radio Interviews