UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: APPLE iPHONE 3G AND 3GS "MMS" MARKETING AND SALES PRACTICES LITIGATION | : MDL NO. 2116<br>:<br>: 2:09-md-2116<br>:<br>: |
| THIS DOCUMENT RELATES TO ALL CASES | : SECTION: J<br>:<br>: JUDGE BARBIER<br>: MAG. JUDGE WILKINSON |

**CONSENT MOTION TO ENTER PRE-TRIAL ORDER NO. 5 REGARDING DIRECT FILING**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiffs' Liaison Counsel, who respectfully requests that this Court enter the document attached as Exhibit "A" as Pre-Trial Order No. 5.

On January 15, 2010, this Court held a status conference in open court. At said conference, counsel for Putative Class Plaintiffs asked that any future Complaints be allowed to be filed directly into this Multi-District Litigation pending in the Eastern District of Louisiana. In open court, counsel for Defendants agreed to same.

Counsel for Defendants have reviewed the attached proposed Pre-Trial Order No. 5 regarding Direct Filings of Actions in the Eastern District of Louisiana and counsel for Defendants consent to the entering of the instant Direct Filing Order.

WHEREFORE, Plaintiffs pray that the Court sign and enter Pre-Trial Order No. 5, attached hereto as Exhibit "A", regarding Direct Filings of Actions in the Eastern District of Louisiana.

Respectfully submitted:

/s/ SCOTT R. BICKFORD
SCOTT R. BICKFORD (1165)
Martzell & Bickford
338 Lafayette St.
New Orleans, LA 70130
Telephone:    504/581-9065
Facsimile:    504/581-7636
usdcedla@mbfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of February, 2010, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing.

/s/ SCOTT R. BICKFORD
SCOTT R. BICKFORD