UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   APPLE iPHONE 3G AND 3G-S "MMS" MARKETING AND SALES PRACTICES LITIGATION | MDL DOCKET NO. 2116 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE BARBIER |
| | MAG. JUDGE WILKINSON |

### **ORDER**

Considering the foregoing;

**IT IS HEREBY ORDERED** that Plaintiffs are granted leave to file first and second supplemental motions to appoint Plaintiffs' Steering Committee (Rec. Docs. 20 & 25).

New Orleans, Louisiana this 19th day of February, 2010.

_____
United States District Judge