A CERTIFIED TRUE COPY
ATTEST

By Darion Payne on Feb 16, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED      FEB 17 2010

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

LORETTA G. WHYTE
CLERK

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Jan 27, 2010**

FILED
CLERK'S OFFICE

**IN RE: APPLE IPHONE 3G AND 3GS "MMS"
MARKETING AND SALES PRACTICES LITIGATION**                    MDL No. 2116

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-2)**

On December 3, 2009, the Panel transferred 11 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ____F.Supp.2d__ (J.P.M.L. 2009). Since that time, three additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Carl J. Barbier.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Barbier.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of December 3, 2009, and, with the consent of that court, assigned to the Honorable Carl J. Barbier.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Feb 16, 2010**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

____ Fee _____
____ Process _____
_X_ Dktd _____
____ CtRmDep _____
____ Doc. No. _____

**IN RE: APPLE IPHONE 3G AND 3GS "MMS"**
**MARKETING AND SALES PRACTICES LITIGATION**          MDL No. 2116

### SCHEDULE CTO-2 - TAG-ALONG ACTIONS

EDLA
SEC.J/2

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ALABAMA MIDDLE** | | |
| ALM 2 09-1133 | Greg L. Davis v. Apple, Inc., et al. | 10-497 |
| **FLORIDA MIDDLE** | | |
| FLM 2 10-2 | Janine R. Novick v. Apple, Inc., et al. | 10-498 |
| FLM 8 09-2582 | Jonathan Mejia v. Apple, Inc., et al. | 10-499 |
| **MISSISSIPPI SOUTHERN** | | |
| MSS 3 10-3 | Janice Jackson, et al. v. Apple, Inc., et al. | 10-500 |
| **TEXAS EASTERN** | | |
| TXE 4 09-618 | Henri Friloux, et al. v. Apple, Inc., et al. | 10-501 |
| **TEXAS SOUTHERN** | | |
| TXS 3 10-11 | Joey Aleman v. Apple, Inc., et al. | 10-502 |

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

David G. Trager
United States District Court
Eastern District of New York

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:           [202] 502-2888
http://www.jpml.uscourts.gov

February 16, 2010

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL No. 2116 -- IN RE: Apple iPhone 3G and 3GS "MMS" Marketing and Sales Practices Litigation

(See Attached CTO-2)

Dear Ms. Whyte:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on January 27, 2010. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 14 days to give any party an opportunity to oppose the transfer. The 14-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel, judges and clerks are attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By Darion Payne
Darion Payne
Deputy Clerk

Attachments (Conditional Transfer Order is a Separate Document)

cc:   Transferee Judge:      Judge Carl J. Barbier

JPML Form 36A

IN RE: APPLE IPHONE 3G AND 3GS "MMS"
MARKETING AND SALES PRACTICES LITIGATION          MDL No. 2116

## PANEL SERVICE LIST (CTO-2)

Scott R. Bickford
MARTZELL & BICKFORD
338 Lafayette Street
New Orleans, LA 70130

Jordan L. Chaikin
PARKER WAICHMAN ALONSO LLP
3301 Bonita Beach Road, Suite 101
Bonita Springs, FL 34134

Tania Cruz
SQUIRE SANDERS & DEMPSEY LLP
200 South Biscayne Blvd.
Suite 4000
Miami, FL 33131-2398

Timothy A. Engelmeyer
ENGELMEYER & PEZZANI LLC
13321 N. Outer Forty Road
Suite 300
Chesterfield, MO 63017

Sara Anne Ford
LIGHTFOOT FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203-3200

Timothy Francis Gavin
CARRINGTON COLEMAN
SLOMAN & BLUMENTHAL
901 Main Street, Suite 5500
Dallas, TX 75202

Mark J. Geragos
GERAGOS & GERAGOS
644 South Figueroa Street
Los Angeles, CA 90017

Daniel L. Germain
ROSMAN & GERMAIN LLP
16311 Ventura Boulevard
Suite 1200
Encino, CA 91436-2152

William Joseph Kerley
KERLEY & CLARK
1855 Lakeland Drive
Suite B 20
Jackson, MS 39216

J. Andrew Meyer
MORGAN & MORGAN PA
7th Floor
201 North Franklin Street
Tampa, FL 33602

Janet T. Munn
FELDMAN GALE PA
One Biscayne Tower
30th Floor
2 South Biscayne Boulevard
Miami, FL 33131-4332

Jerrold S. Parker
PARKER WAICHMAN ALONSO LLP
111 Great Neck Road
5th Floor
Great Neck, NY 11021

Ronnie Glynn Penton
LAW OFFICES OF RONNIE G PENTON
2250 Gause Boulevard East
Suite 310
Slidell, LA 70458

Penelope A. Preovolos
MORRISON & FOERSTER LLP
425 Market Street
32nd Floor
San Francisco, CA 94105

Arthur Sadin
SADIN LAW FIRM PC
121 Magnolia Street
Suite 102
Friendswood, TX 77546

**MDL No. 2116 - Panel Service List (CTO-2) (Continued)**

Joel J. Schwartz
ROSENBLUM SCHWARTZ ROGERS GLASS PC
120 South Central Avenue
Suite 130
Clayton, MO 63105

Kevin A. Seely
ROBBINS UMEDA LLP
600 B Street
Suite 1900
San Diego, CA 92101

Kathleen T. Sooy
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

Brian R. Strange
STRANGE & CARPENTER
12100 Wilshire Boulevard
Suite 1900
Los Angeles, CA 90025

Scott Wm. Weinstein
MORGAN & MORGAN PA
12800 University Drive
Suite 600
Fort Myers, FL 33907

Joe R. Whatley, Jr.
WHATLEY DRAKE & KALLAS LLC
2001 Park Place North
Suite 1000
Birmingham, AL 35203

Steven N. Williams
COTCHETT PITRE & MCCARTHY
840 Malcolm Road
Suite 200
Burlingame, CA 94010

Edward Kirksey Wood
WOOD LAW FIRM LLC
P.O. Box 382434
Birmingham, AL 35238

**IN RE: APPLE IPHONE 3G AND 3GS "MMS"**
**MARKETING AND SALES PRACTICES LITIGATION**          MDL No. 2116

### INVOLVED JUDGES LIST (CTO-2)

Hon. Charlene E. Honeywell
U.S. District Judge
United States Courthouse and Federal Building
2110 First Street
Room 6-186
Fort Myers, FL 33901

Hon. Kenneth M. Hoyt
U.S. District Judge
11144 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Tom S. Lee
Senior U.S. District Judge
222 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Hon. James S. Moody, Jr.
U.S. District Judge
13A Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Michael H. Schneider
U.S. District Judge
100 William M. Steger Federal Building & U.S. Courthouse
211 West Ferguson Street
Tyler, TX 75701

Hon. W. Keith Watkins
U.S. District Judge
F-300 Frank M. Johnson, Jr. Federal Courthouse Annex
One Church Street
Montgomery, AL 36104

**IN RE: APPLE IPHONE 3G AND 3GS "MMS"**
**MARKETING AND SALES PRACTICES LITIGATION**          MDL No. 2116

### INVOLVED CLERKS LIST (CTO-2)

Debra P. Hackett, Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

Sheryl L. Loesch, Clerk
2-194 U.S. Courthouse & Federal Building
2110 First Street
Fort Myers, FL 33901

J.T. Noblin, Clerk
P.O. Box 23552
Jackson, MS 39225-3552

David J. Maland, Clerk
216 Federal Building
101 East Pecan Street
Sherman, TX 75090

Michael N. Milby, Clerk
P.O. Box 2300
Galveston, TX 77553-2300