UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: APPLE iPHONE 3G AND 3G-S "MMS" MARKETING AND SALES PRACTICES LITIGATION | MDL DOCKET NO. 2116<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

### NOTICE OF MANUAL ATTACHMENT   RE: DOC #33

### EXHIBIT A TO PLAINTIFFS' MEMORANDUM ON THE SCOPE, EXTENT, AND TIMING OF DISCOVERY

Exhibit A is a DVD video on file with the Clerk's Office.

Exhibit A

F:\Clients\APPLE i PHONE\Pleadings EDLA 09-2116\Discovery Brief-Notice of Manual Attachment.wpd



