UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: APPLE iPHONE 3G AND 3GS "MMS" MARKETING AND SALES PRACTICES LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | CIVIL ACTION<br><br>MDL No. 2116<br><br>SECTION "J"<br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE WILKINSON |

`Re: Doc #39` **NOTICE OF MANUAL ATTACHMENT**

**EXHIBITS A AND B TO DEFENDANT APPLE INC.'S REPLY TO PLAINTIFFS' MEMORANDUM ON THE SCOPE, EXTENT, AND TIMING OF DISCOVERY**

Exhibits A and B are on a CD Rom.  Exhibit A is a video of an in-store presentation.  Exhibit B is a video of a Guided Tour of the iPhone.

Exhibit A1 is a screenshot of the MMS representation and disclosure as it appeared in the video on Exhibit A.  Exhibit B1 is a screenshot of the MMS representation and disclosure as it appears on Exhibit B.

        Respectfully submitted,

        IRWIN FRITCHIE URQUHART & MOORE, LLC

        */s/ David W. O'Quinn*
        QUENTIN F. URQUHART, JR. (#14475)
        DAVID W. O'QUINN (#18366)
        DOUGLAS J. MOORE (#27706)
        400 Poydras Street, Suite 2700
        New Orleans, Louisiana  70130
        Telephone:  (504) 310-2100
        Facsimile:  (504) 310-2101

PENELOPE A. PREOVOLOS (*admitted pro hac vice*)  
ANDREW MUHLBACH (*admitted pro hac vice*)  
HEATHER A. MOSER (*admitted pro hac vice*)  
MORRISON & FOERSTER, LLP  
425 Market Street  
San Francisco, CA 94105-2482  
Telephone: (415) 268-7000  
Facsimile: (415) 268-7522

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been electronically filed and served upon all known counsel of record by electronic service and/or U. S. mail, properly addressed, this the 8th day of March, 2010.

*/s/ David W. O'Quinn*