MINUTE ENTRY
BARBIER, J.
MARCH 12, 2010
**JS-10:**   00:45

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:                                        CIVIL ACTION

APPLE iPHONE 3G and 3GS MMS MARKETING
AND SALES PRACTICES LITIGATION                NUMBER: 09 MDL 2116

                                              SECTION: J

COURTROOM DEPUTY:                             COURT REPORTER:
EILEEN STENSRUD                               CATHY PEPPER

### FRIDAY, MARCH 12, 2010   9:30 A.M.
### JUDGE CARL J. BARBIER PRESIDING

### STATUS CONFERENCE

Court begins at 9:30 a.m.
Case called.
All present and ready.
Scope and timing of discovery issues discussed.
Deadlines set at the previous status conference remain in effect.
The proposed exemplar is to be filed by plaintiffs no later than APRIL 1, 2010.
Defendants are to file any objections within 20 days of receiving the proposed
exemplar.
Status conference set MAY 13, 2010 at 9:30 a.m.
Court adjourns at 10:15 a.m.

ATTORNEYS: See attached list