UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: APPLE iPHONE 3G AND 3GS "MMS" MARKETING AND SALES PRACTICES LITIGATION | CIVIL ACTION<br><br>MDL No. 2116 |
| THIS DOCUMENT RELATES TO: | SECTION "J"<br>JUDGE BARBIER |
| *Aleman v. Apple Inc. et al.* No. 10-cv-502<br>    Case No. 10-11 (S.D. Texas)<br>*Baxter v. Apple Inc. et al.*, No. 10-cv-19<br>    Case No. 2:09-cv-13938 (E.D. Michigan)<br>*Carbine v. Apple Inc. et al.*, No. 09-cv-5470<br>    Case No. 09-5470 (E.D. Louisiana)<br>*Franklin v. Apple Inc. et al.*, No. 10-cv-18<br>    Case No. 09-704 (S.D. Alabama)<br>*Friloux* v. *Apple Inc. et al.*, No. 10-cv-501<br>    Case No. 09-618 (E.D. Texas)<br>*Davis v. Apple Inc. et al.*, No. 10-cv-497<br>    Case No. 09-1133 (M.D. Alabama)<br>*Storner v. Apple Inc. et al.*, No. 09-cv-7609<br>    Case No. 4:09-cv-1480 (E.D. Missouri)<br>*Irving v. Apple Inc. et al.*, No. 09-cv-7608<br>    Case No. 09-2613 (D. Minnesota)<br>*Jackson v. Apple Inc. et al.*, No. 10-cv-500<br>    Case No. 3:10CV003 (S.D. Mississippi)<br>*Meeker v. Apple Inc. et al.*, No. 09-cv-7607<br>    Case No. 3:09-cv-00607 (S.D. Illinois)<br>*Mejia v. Apple Inc. et al.*, No. 10-cv-499<br>    Case No. 8:09-CV-2582 (M.D. Florida)<br>*Monticelli v. Apple Inc. et al.*, No. 10-cv-20<br>    Case No. 1:09-CIV-9505 (S.D.N.Y)<br>*Novick v. Apple Inc. et al.*, No. 10-cv-498<br>    Case No. 2:20-CV-2 (M.D. Florida)<br>*Padden v. Apple Inc. et al.*, No. 10-cv-821<br>    Case No. 1:10-128 (E.D. New York)<br>*Sullivan v. Apple Inc. et al.*, No. 09-cv-7611<br>    Case No. 1:09-CV-1993 (N.D. Ohio)<br>*Sterker v. Apple Inc. et al.*, No. 09-cv-7604<br>    Case No. 09-4242 (N.D. California) | MAGISTRATE JUDGE WILKINSON |

## ORDER GRANTING MOTION FOR EXPEDITED HEARING

Considering the foregoing:

Defendant, Apple Inc.'s Motion for Expedited Hearing on its Motion To Continue and Re-Set Briefing Schedule On Apple Inc.'s Preliminary Motions is GRANTED, and a hearing is set for the 28th day of September, 2010.

New Orleans, Louisiana, this 28th day of September, 2010

_____
United States District Judge