1                    UNITED STATES DISTRICT COURT

2                   EASTERN DISTRICT OF LOUISIANA

3
     **********************************************************************

4
     IN RE:  APPLE iPHONE 3G AND
5    3GS MMS MARKETING AND SALES
     PRACTICES LITIGATION
6
                              MDL NO. 2116
7                             NEW ORLEANS, LOUISIANA
                              THURSDAY, SEPTEMBER 22, 2011, 1:30 P.M.
8

9    **********************************************************************

10
                     TRANSCRIPT OF STATUS CONFERENCE
11        HEARD BEFORE THE HONORABLE CARL J. BARBIER
                  UNITED STATES DISTRICT JUDGE
12

13

14   APPEARANCES:

15

16   FOR THE PLAINTIFF:       LAW OFFICES OF SCOTT R. BICKFORD
                              BY:  SCOTT R. BICKFORD, ESQUIRE
17                            338 LAFAYETTE STREET
                              NEW ORLEANS, LA  70130
18

19
                              THE MURRAY LAW FIRM
20                            BY:  STEPHEN MURRAY, SR., ESQUIRE
                              650 POYDRAS STREET, SUITE 1100
21                            NEW ORLEANS, LA  70130

22

23                            ZIMMERMAN REED
                              BY:  DAVID M. CIALKOWSKI, ESQUIRE
24                            1100 IDS CENTER
                              80 SOUTH  8TH STREET
25                            MINNEAPOLIS, MN  55402

```
 1   APPEARANCES CONTINUED:

 2

 3                          MAYER BROWN
                            BY:  ARCHIS A. PARASHARAMI, ESQUIRE
 4                          1999 K STREET, N.W.
                            WASHINGTON, DC  20006
 5

 6                          MORGAN & MORGAN
 7                          BY:  J. ANDREW MEYER, ESQUIRE
                            ONE TAMPA CITY CENTER
 8                          201 N. FRANKLIN STREET, 7TH FLOOR
                            TAMPA, FL  33602
 9

10

11   FOR THE DEFENDANT:     JONES WALKER
                            BY:  GARY J. RUSSO, ESQUIRE
12                          600 JEFFERSON STREET, SUITE 1600
                            LAFAYETTE, LA  70501
13

14                          IRWIN, FRITCHIE, URQUHART & MOORE
15                          BY:  DOUGLAS J. MOORE, ESQUIRE
                            400 POYDRAS STREET
16                          NEW ORLEANS, LA 70130

17

18                          CROWELL & MORING
                            BY:  KATHLEEN T. SOOY, ESQUIRE
19                               TRACY A. ROMAN, ESQUIRE
                            1001 PENNSYLVANIA AVENUE, NW
20                          WASHINGTON, DC  20004

21

22                          MORRISON FOERSTER
                            BY:  PENELOPE PREOVOLOS, ESQUIRE
23                               HEATHER A. MOSER, ESQUIRE
                            425 MARKET STREET
24                          SAN FRANCISCO, CA 94105

25
```

1   APPEARANCES CONTINUED:

2

3   OFFICIAL COURT REPORTER:      CATHY PEPPER, CRR, RMR, CCR
                                  500 POYDRAS STREET, ROOM B406
4                                 NEW ORLEANS, LA  70130
                                  (504) 589-7779
5

6   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
    PRODUCED BY COMPUTER.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                              **I N D E X**

2

3  SPEAKERS                                              PAGE

4

5  THE COURT.............................................   6

6  MR. BICKFORD..........................................   6

7  MR. RUSSO.............................................   9

8  MR. BICKFORD.......................................... 10

9  MR. CIALKOWSKI........................................ 11

10  MR. RUSSO............................................ 17

11  MS. PREVOLOS......................................... 18

12  THE COURT............................................ 21

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          **P-R-O-C-E-E-D-I-N-G-S**

01:28PM   2                 THURSDAY, SEPTEMBER 22, 2011

01:28PM   3             A F T E R N O O N    S E S S I O N

01:28PM   4                 (COURT CALLED TO ORDER)

01:28PM   5

01:28PM   6

01:37PM   7             THE DEPUTY CLERK:  All rise.  Court is now in session.

01:37PM   8             THE COURT:  Good afternoon, everyone.

01:37PM   9                 All right.  Stephanie, you can call the case.

01:37PM  10             THE DEPUTY CLERK:  MDL 09-2116, *In re: Apple iPhone 3G*

01:37PM  11    *and 3GS MMS Marketing and Sales Practices Litigation.*

01:37PM  12             THE COURT:  All right.  Counsel, make your appearances.

01:38PM  13                 Do we have a sign-in sheet for this?

01:38PM  14             THE DEPUTY CLERK:  We don't, but we've got them all.

01:38PM  15             THE COURT:  Okay.  All right.  We have them all.

01:38PM  16                 Okay.  Go ahead.

01:38PM  17             MR. BICKFORD:  I'm Scott Bickford for the PSC.

01:38PM  18             MR. CIALKOWSKI:  Dave Cialkowski for the PSC,

01:38PM  19    Your Honor.

01:38PM  20             MR. MURRAY:  Stephen Murray, Sr., PLC.

01:38PM  21             MR. MEYER:  J. Andrew Meyer for the PSC.

01:38PM  22             MR. RUSSO:  Good afternoon, Your Honor.  Gary Russo on

01:38PM  23    behalf of ATTM.

01:38PM  24             MS. SOOY:  Hello, Your Honor, Kathleen Sooy from Crowell

01:38PM  25    & Moring, also for AT&T.

01:38PM  1              MR. PARASHARAMI:  Archis Parasharami from Mayer Brown

01:38PM  2      for AT&T.

01:38PM  3              MS. ROMAN:  Tracy Roman for AT&T, Your Honor.

01:38PM  4              MR. MOORE:  Douglas Moore for Apple.

01:38PM  5              MS. PREVOLOS:  And Penelope Preovolos for Apple.  Good

01:38PM  6      afternoon, Your Honor.

01:38PM  7              THE COURT:  Okay.  Very well.

01:38PM  8              All right.  At the Court's request, the parties

01:38PM  9      have filed position papers on the effect of the *Concepcion* case

01:39PM  10     from the Supreme Court.  It seems like there are two threshold

01:39PM  11     issues:  One is whether the plaintiff should be allowed any

01:39PM  12     discovery before the Court rules on the pending Motion to

01:39PM  13     Arbitrate and/or Motion to Dismiss, and also, I guess, as part of

01:39PM  14     that, whether Apple is entitled to compel arbitration of the

01:39PM  15     claims against Apple.

01:39PM  16             Mr. Bickford, maybe you can tell me again, without

01:39PM  17     going through all the things that have been filed in the case

01:40PM  18     before we stayed it, where were we?  You had filed some discovery

01:40PM  19     requests.  As I recall, they had answered, but you had filed a

01:40PM  20     motion to compel further responses.

01:40PM  21             MR. BICKFORD:  With regard to AT&T, Your Honor, they had

01:40PM  22     filed a Motion to Compel, and we had suggested -- the Motion to

01:40PM  23     Compel Arbitration, and we had suggested to the Court that in

01:40PM  24     response to that and in response to the affidavits in support of

01:40PM  25     that Motion to Compel, that we needed certain discovery on the

01:40PM 1   underlying contract formation in the case, that there was issues

01:40PM 2   of substantive unconscionability, procedural unconscionability

01:40PM 3   that needed to be tested, and we were --

01:40PM 4         THE COURT:  What's your theory about unconscionability

01:40PM 5   after *Concepcion*?

01:40PM 6         MR. BICKFORD:  Well, I'll let my co-counsel here address

01:41PM 7   that, but if you want me to get through the procedural --

01:41PM 8         THE COURT:  Go ahead.

01:41PM 9         MR. BICKFORD:  Procedurally, procedurally where we were,

01:41PM 10  Judge, is that we were in the middle of discovery.  We had done a

01:41PM 11  10.1 conference, we had a done a conference with the Magistrate.

01:41PM 12  There was an outstanding Motion to Compel, which was set aside in

01:41PM 13  lieu -- waiting for the decision in *Concepcion*.

01:41PM 14         Where we see the case at this point, Your Honor, is

01:41PM 15  that the -- by reading the papers at least, it seems that AT&T

01:41PM 16  doesn't believe that any discovery should go forward at this

01:41PM 17  point.  We think that the issue that the Court needs now to

01:41PM 18  address before getting back to our Motion to Compel is to decide

01:41PM 19  whether or not there is discovery on AT&T's motion for

01:41PM 20  arbitration, and whether or not -- and what the scope of that

01:41PM 21  discovery should be in a broad general sense.

01:42PM 22         We would assume that if the Court found that there

01:42PM 23  was discovery that was available to the PSC and decided the broad

01:42PM 24  general scope of that discovery, that that would then be tested

01:42PM 25  through temp one conferences and conferences with the Magistrate

01:42PM 1   on particular issues on that.

01:42PM 2            On the Apple side of things, Apple had filed a

01:42PM 3   Motion to Dismiss.  We had -- we are owed a reply to our

01:42PM 4   opposition to that at this point.  Apple has not filed a Motion

01:42PM 5   to Compel Arbitration at this point.  If Apple's intention were

01:42PM 6   to file a Motion to Compel Arbitration, then we would suggest

01:42PM 7   that the Motion to Dismiss and the Motion to Compel Arbitration

01:42PM 8   that Apple may file need to be set up for briefing and hearing,

01:42PM 9   and that Apple then should also respond to the Motion to Dismiss

01:43PM 10  that's before the Court at this point.

01:43PM 11           I think those are the two -- procedurally, I think

01:43PM 12  that that's how the PSC thinks that the Court should handle it.

01:43PM 13  One, briefing on the issue of whether there is discovery and the

01:43PM 14  scope of that discovery on the AT&T Motion to Compel, and then,

01:43PM 15  taking the Apple issue, I think that the Apple Motion to Compel

01:43PM 16  Arbitration is more a legal issue with regard to their right to

01:43PM 17  compel arbitration in this case.  And, of course, they have their

01:43PM 18  motions to dismiss the various state cases state by state that

01:43PM 19  they filed.  So we would just propose a briefing.

01:43PM 20           Our proposal is that we can -- we're certainly able

01:43PM 21  to file by October 7th a brief on the issue of whether or not we

01:44PM 22  are entitled to discovery and the scope of that, the broad scope

01:44PM 23  of that discovery against AT&T, and we suggest that if the

01:44PM 24  parties can answer that by the 21st of October, and have a

01:44PM 25  hearing, say, the 27th of October, that, in fact, within 30 days

01:44PM 1    we can brief the issues, have the Court look at them and move

01:44PM 2    this matter along either to a conclusion or to further discovery

01:44PM 3    and litigation against both parties.

01:44PM 4            THE COURT:  All right.  The discovery you want to do is

01:44PM 5    what you've listed on page 9?

01:44PM 6            MR. BICKFORD:  Yes, sir.

01:44PM 7            THE COURT:  Is that the same discovery that you had

01:44PM 8    asked for before we stayed the case?

01:44PM 9            MR. BICKFORD:  No, I think it's been slightly modified,

01:44PM 10   given the *Concepcion*.  But we would more fully -- that's a

01:45PM 11   partial brief.  We wanted to at least let the Court know what our

01:45PM 12   general position was going to be, although our full briefing of

01:45PM 13   the matter won't be that much different than what the Court --

01:45PM 14   what's already been presented to the Court, which is why we can

01:45PM 15   essentially file something fairly quickly in this case.

01:45PM 16            I think that, you know, AT&T, for their part, has

01:45PM 17   briefed this issue fairly well.  I can't imagine that they would

01:45PM 18   need more time than the 21st of October to respond, which would

01:45PM 19   give them two weeks following our briefing.

01:45PM 20            THE COURT:  Well, they suggested a briefing schedule on

01:45PM 21   page 12 of their memorandum.  This is a little different than

01:45PM 22   what you're suggesting.  I sense it's different.  I don't know.

01:45PM 23            MR. BICKFORD:  I thought maybe they would like to...

01:45PM 24            MR. RUSSO:  Your Honor, Gary Russo, if I may --

01:45PM 25            THE COURT:  Yes.

01:45PM 1      MR. RUSSO:  -- on that point.

01:45PM 2          I think we agree, essentially, with what

01:45PM 3  Mr. Bickford has presented.  It's just that we suggested the 20th

01:45PM 4  of October, which would be a brief not just on the discovery but

01:46PM 5  on our right to enforce arbitration.  I point out to Your Honor

01:46PM 6  that we've already filed that motion in 16 of the 23 cases, so we

01:46PM 7  would propose on the 20th to file on all 23 cases, and we would

01:46PM 8  include within that our position on the discovery.

01:46PM 9          So it's a slight difference, not much, on -- about

01:46PM 10  a two-week difference in timing, and we would propose to include

01:46PM 11  our Motion to Compel Arbitration in that same brief.

01:46PM 12     MR. BICKFORD:  Your Honor, we -- I mean, I think it's --

01:46PM 13  you're renewing your Motion to Compel, really.  I mean, you've

01:46PM 14  already got a motion to file, correct?  And we actually --

01:46PM 15     MR. RUSSO:  Well --

01:46PM 16     MR. BICKFORD:  I mean, our contention is we can't answer

01:46PM 17  the Motion to Compel until we have discovery to test the Motion

01:46PM 18  to Compel, and so it's a cart and a horse thing.

01:46PM 19     THE COURT:  That's to be part of the issue, whether

01:46PM 20  you're entitled to it.

01:46PM 21          Is there any other case that's allowed discovery in

01:46PM 22  this other than -- you sent me a case from the Southern District

01:47PM 23  of Florida, I believe.  It seems like most of the cases, most of

01:47PM 24  the courts around the country since *Concepcion* are sending these

01:47PM 25  cases to arbitration.  Or are they being voluntarily dismissed,

01:47PM 1   I'm told by the plaintiffs, against AT&T, at least?

01:47PM 2           MR. CIALKOWSKI:  Yes, Your Honor.

01:47PM 3               Dave Cialkowski for the PSC.

01:47PM 4               The results are mixed.

01:47PM 5           THE COURT:  Where is the mix, other than at

01:47PM 6   Southern District?

01:47PM 7           MR. CIALKOWSKI:  I don't have my case citations in my

01:47PM 8   notes here.

01:47PM 9           THE COURT:  Okay.  The only one that I've been cited to

01:47PM 10  that I can recall -- I read over this stuff; I could have missed

01:47PM 11  something -- but I thought it was just this case from Miami.

01:47PM 12          MR. CIALKOWSKI:  I think it's important to point out

01:47PM 13  that in the *Concepcion* opinion, the Court doesn't so much bless

01:47PM 14  AT&T's arbitration clause as it reversed the *Discover Bank* rule,

01:47PM 15  which is basically a general rule banning class arbitration which

01:48PM 16  the Court determined stood in the way of a federal objective.

01:48PM 17              The Court left open several avenues for challenge

01:48PM 18  to arbitration.

01:48PM 19          THE COURT:  Well, I don't want to get into an indepth

01:48PM 20  argument here today.  I'm going to let you brief that.

01:48PM 21              Can you answer my question?  Are there any other

01:48PM 22  cases, other than that one you sent me, that order from the Court

01:48PM 23  in Miami, Southern District of Florida?  I guess, it's from a

01:48PM 24  checking account overdraft litigation MDL.

01:48PM 25          MR. CIALKOWSKI:  Yes.  Again, I'm sorry, I don't have

01:48PM  1   those citations in my notes, but my co-counsel informs me that

01:48PM  2   the *Hamby* case out of California is such a case.  Certainly, the

01:48PM  3   *Weisblatt* case in California as well where the Court said -- I'm

01:48PM  4   sorry, scratch that.  That's not correct.

01:48PM  5          We can assemble those cases and --

01:49PM  6          THE COURT:  Okay.  Well, I'll give you time to do that.

01:49PM  7   I was just curious.  I know *Concepcion* was decided, when, in

01:49PM  8   April?

01:49PM  9          MR. CIALKOWSKI:  Yes.

01:49PM 10          THE COURT:  So I imagine we'll be seeing cases coming

01:49PM 11   out continually for a while, but I was just curious as to what's

01:49PM 12   going on here.

01:49PM 13          My sense was that, for the most part, these cases

01:49PM 14   are being sent to arbitration --

01:49PM 15          MR. CIALKOWSKI:  And certainly --

01:49PM 16          THE COURT:  -- for obvious reasons.

01:49PM 17          MR. CIALKOWSKI:  Excuse me, Your Honor.

01:49PM 18          THE COURT:  Go ahead.

01:49PM 19          MR. CIALKOWSKI:  Certainly, the inquiries are going to

01:49PM 20   be limited after *Concepcion* and narrowed a little bit.  But the

01:49PM 21   Court clearly carved out contract formation as a fertile ground

01:49PM 22   to figure out whether these arbitration clauses are being

01:49PM 23   procedurally imposed correctly on consumers, and I would cite --

01:49PM 24          THE COURT:  What do you mean by that?  Give me some

01:49PM 25   example of what you mean.

01:49PM 1          MR. CIALKOWSKI:  For instance, in the *Trujillo* case,

01:50PM 2   *Trujillo v. Apple Computer* in the Northern District of Illinois,

01:50PM 3   AT&T filed affidavits in support of a Motion to Compel

01:50PM 4   Arbitration as they've done in this case.  The Court later

01:50PM 5   determined that further factual development was necessary because

01:50PM 6   he found that the affidavits were inaccurate, left out certain

01:50PM 7   information that was important to the issue of arbitration, on

01:50PM 8   contract formation, whether that person actually agreed to that

01:50PM 9   arbitration clause.

01:50PM 10          THE COURT:  Well, maybe I don't understand something

01:50PM 11  about how this all works, but my sense is that if you bought an

01:50PM 12  Apple iPhone -- if you signed up with AT&T, what you needed to

01:50PM 13  do, if you wanted a provider with your Apple iPhone, you didn't

01:50PM 14  have any other place to go but AT&T, right?

01:50PM 15          MR. CIALKOWSKI:  That's right.

01:50PM 16          THE COURT:  Now you do.  At the time you didn't, I

01:50PM 17  believe.

01:50PM 18          MR. CIALKOWSKI:  Correct.

01:50PM 19          THE COURT:  If you wanted the service, you had to accept

01:51PM 20  the agreement.  That's like I go on the Internet all the time and

01:51PM 21  we all have to say "accept", "accept", "accept", and I'm sure

01:51PM 22  there is all sorts of things in there, and I'll confess, I don't

01:51PM 23  read those things, and I'm sure most people don't, but you're

01:51PM 24  accepting that agreement to get the service.

01:51PM 25          Is that how it worked here?  How would somebody get

01:51PM 1   the service without agreeing to it?

01:51PM 2          MR. CIALKOWSKI:  They don't.

01:51PM 3          THE COURT:  Well, then what's the issue of contract

01:51PM 4   formation?  I don't understand what's the issue.

01:51PM 5          MR. CIALKOWSKI:  They don't get to the service without

01:51PM 6   checking a box.

01:51PM 7          THE COURT:  No, but what I'm saying is you either want

01:51PM 8   the service with those conditions or you don't.  Now, a lot of

01:51PM 9   people, including myself, may think maybe that's somewhat unfair,

01:51PM 10  but you can't negotiate this.  This is not the type of thing they

01:51PM 11  are going to sit down with every customer and say, well, wait a

01:52PM 12  minute, you don't want to arbitrate?  We'll change the agreement

01:52PM 13  for you.  Obviously that's not going to happen in this kind of

01:52PM 14  context.

01:52PM 15         MR. CIALKOWSKI:  Right.  Right.

01:52PM 16         THE COURT:  So you either agree to it, you either accept

01:52PM 17  the service with this provision or you don't.  I'm trying to

01:52PM 18  understand where this goes.

01:52PM 19             Here is what I'm afraid of in this case:  I'm

01:52PM 20  afraid we're going to make the parties -- and that would be both

01:52PM 21  sides; you all are going to spend a lot of money and time, too,

01:52PM 22  doing, if I agree to discovery -- spend a lot of time and money,

01:52PM 23  and it may be all for naught anyway.  The Fifth Circuit has a

01:52PM 24  pretty strict stance on enforcing arbitration agreements, and in

01:52PM 25  light of *Concepcion*, I think it's only going to be more so.

01:52PM   1          So I don't know if there is anything to be gained,

01:53PM   2   and maybe there is a lot to be lost by allowing discovery in this

01:53PM   3   context.  That's where my thinking is right now.

01:53PM   4          MR. CIALKOWSKI:  Sure.  I understand those concerns.

01:53PM   5   Consumers have to really fight hard to get heard.  I would point

01:53PM   6   to the Court, in answer to your question, back to the *Trujillo*

01:53PM   7   case.

01:53PM   8          THE COURT:  For example, some of the discovery that you

01:53PM   9   all asked for was negotiations between AT&T and customers

01:53PM  10   regarding the terms and conditions of any arbitration clauses and

01:53PM  11   any resulting alterations or modifications.  That's just what I

01:53PM  12   was talking about.  I can't imagine that they sit down and

01:53PM  13   negotiate with anybody.  So what are you after there?

01:53PM  14          MR. CIALKOWSKI:  Well, in that first bullet point,

01:53PM  15   Your Honor, we are expecting an answer of no, that there is no

01:53PM  16   such --

01:53PM  17          THE COURT:  I think you know that right now.  So what is

01:53PM  18   that going to gain you, though?

01:54PM  19          MR. CIALKOWSKI:  It goes to the question of whether

01:54PM  20   people --

01:54PM  21          THE COURT:  And then -- wait.

01:54PM  22              Well, anyway.

01:54PM  23          MR. CIALKOWSKI:  Your Honor, if I may, the -- and I'll

01:54PM  24   just give you one sentence or two on the *Trujillo* case and what

01:54PM  25   happened there, because I think it's really important.  What the

01:54PM 1   Court determined there was that --

01:54PM 2          THE COURT:  *Trujillo* was before *Concepcion*.  That was a

01:54PM 3   2008 case.

01:54PM 4          MR. CIALKOWSKI:  Right, and that goes back to my first

01:54PM 5   important point about leaving open the issues that *Concepcion* did

01:54PM 6   expressly about contract formation.  What the *Trujillo* Court

01:54PM 7   found was that there was so much contract formation evidence

01:54PM 8   lacking in this very specific case, Apple, iPhone, AT&T contract,

01:54PM 9   that the purchaser who is purchasing an iPhone, you know, most of

01:55PM 10  these cases deal with the situation where one defendant is

01:55PM 11  offering --

01:55PM 12         THE COURT:  What is it that you think you could prove

01:55PM 13  that the discovery might lead to that would prove that would make

01:55PM 14  the arbitration agreement unenforceable in a case like this

01:55PM 15  against AT&T?

01:55PM 16         MR. CIALKOWSKI:  Exactly, Your Honor.  That people were

01:55PM 17  not presented with the arbitration clause prior to purchasing the

01:55PM 18  iPhone and had absolutely no idea what that clause said until

01:55PM 19  they went to go sign up for service with AT&T.

01:55PM 20             That's exactly what the *Trujillo* case said.  It's

01:55PM 21  this exact situation -- Apple, iPhone, AT&T service.

01:55PM 22         THE COURT:  Yes, but it's pre-*Concepcion.*

01:55PM 23         MR. CIALKOWSKI:  It is, Your Honor, but *Concepcion*

01:55PM 24  expressly reserves that claim on procedural unconscionability and

01:56PM 25  contract formation.

01:56PM 1        THE COURT:  All right.

01:56PM 2        MR. CIALKOWSKI:  Thank you, Your Honor.

01:56PM 3        MR. RUSSO:  If I may, just very briefly, Your Honor, and

01:56PM 4  I know we agreed that this is not the time for a substantive

01:56PM 5  discussion, but I just want to point out, but Your Honor has

01:56PM 6  already caught it, both *Weisblatt* and *Trujillo* were prior to

01:56PM 7  *Concepcion.*

01:56PM 8        The reason we have suggested compressing the -- our

01:56PM 9  brief to enforce arbitration, which we've got to file anyway,

01:56PM 10 Your Honor, on the additional seven cases we didn't file on

01:56PM 11 before the stay, is we wanted to combine that with the discovery

01:56PM 12 argument because we think we can get it all over with in one

01:56PM 13 spot, and we can get it all over with without there being a

01:56PM 14 separate hearing and set of motions on the discovery issue.

01:56PM 15       So again, we actually agree with the plaintiffs on

01:56PM 16 that, that there needs to be a briefing schedule.  We just

01:56PM 17 suggest that it be compressed.

01:56PM 18       THE COURT:  In other words, you would file renewed

01:56PM 19 Motions to Compel Arbitration or a Motion to Compel Arbitration

01:57PM 20 in cases in which it had not been filed, and I presume Apple

01:57PM 21 would want to file a Motion to Compel Arbitration, and then the

01:57PM 22 plaintiffs would file their oppositions, including their

01:57PM 23 arguments on entitlement to discovery, and the scope of discovery

01:57PM 24 and type of discovery they claim they need, and then you would

01:57PM 25 respond to that; is that what you're suggesting?

01:57PM 1          MR. RUSSO:  Exactly, Your Honor.  Puts it all in one

01:57PM 2    hearing.

01:57PM 3          THE COURT:  Okay.  Is it right that Apple has not filed

01:57PM 4    a Motion to Compel this arbitration?

01:57PM 5          MS. PREVOLOS:  Your Honor, that's correct.  I think the

01:57PM 6    world from Apple's perspective changed hugely, and I should just

01:57PM 7    take a second to explain why, I think.  AT&T has had an

01:57PM 8    arbitration clause for many years.  They have continued

01:57PM 9    attempting to enforce it, even more that would be an argument for

01:57PM 10   a change in the law that would have required -- that required the

01:58PM 11   U.S. Supreme Court's intervention in *Concepcion*.

01:58PM 12          One of those places was the Ninth Circuit in

01:58PM 13   California.  That's Apple's home.  So we were in a *Discover Bank*

01:58PM 14   world.  So from our perspective, prior to *Concepcion*, we looked

01:58PM 15   at the states at issue here.  I think there are 15 states.

01:58PM 16   Eleven of those had the cases rejecting class-action waivers and

01:58PM 17   not enforcing arbitration. Now, AT&T had its reasons for moving

01:58PM 18   forward because it has -- it has had and it's now succeeded with

01:58PM 19   a nationwide campaign to get to *Concepcion*.

01:58PM 20          From our point of view, filing our motions before

01:58PM 21   would not have been fruitful.  For example, in the California

01:58PM 22   case, which is a nationwide class for California cases here, we

01:58PM 23   had binding Ninth Circuit authority saying that there was no

01:58PM 24   right to arbitrate, no right to -- you know, that class action

01:58PM 25   waivers were unconscionable.  So we were in the home of the case

01:59PM 1   law that *Concepcion* overruled.

01:59PM 2           At this point, that's not true anymore.  Under

01:59PM 3   Ninth Circuit and Fifth Circuit law, where the plaintiffs'

01:59PM 4   allegations either claim joint misconduct against both the

01:59PM 5   defendants or, even if they purport to have independent claims

01:59PM 6   against Apple, those claims are, to some degree, based or

01:59PM 7   intertwined with their agreements with the ATTM, which is very

01:59PM 8   much the case here because that's where they find their supposed

01:59PM 9   right to MMS.  Apple never advertised MMS for 3G.  For 3GS it had

01:59PM 10  a disclaimer.  MMS is an AT&T feature, so the plaintiffs can't

01:59PM 11  run away from the AT&T contract.

01:59PM 12          That being the case, under the Fifth Circuit law in

02:00PM 13  *Rigs*, Apple as a nonsignatory is in a position to enforce

02:00PM 14  arbitration against the plaintiffs who are signators.  Apple

02:00PM 15  didn't make those motions before for the very pragmatic reason

02:00PM 16  that it still would have been left with class actions in a number

02:00PM 17  of states.

02:00PM 18          But in any event, the waiver law in this circuit I

02:00PM 19  think is very clear that Apple wouldn't have waived its right to

02:00PM 20  move to compel arbitration absent substantial plaintiffs --

02:00PM 21  substantial prejudice to the plaintiffs or a situation where

02:00PM 22  Apple had lost in court and then said, oh, now we want

02:00PM 23  arbitration, and that didn't happen here.

02:00PM 24          THE COURT:  So what I'm hearing is that I'm assuming

02:00PM 25  Apple has probably changed its contracts by now  or it intends

02:00PM  1   to.  I'm sure a lot of companies have after what the

02:00PM  2   Supreme Court did.

02:00PM  3          MS. PREVOLOS:  I probably can't answer that.

02:00PM  4          THE COURT:  That's neither here nor there.  It won't

02:01PM  5   affect this case.

02:01PM  6              So when you file your Motion to Compel Arbitration,

02:01PM  7   you'll have the same issues that AT&T has, but you'll have two

02:01PM  8   other issues:  One is whether you can tag along, so to speak, on

02:01PM  9   AT&T's arbitration agreement under this equitable estoppel

02:01PM 10   theory.

02:01PM 11          MS. PREVOLOS:  That's correct.

02:01PM 12          THE COURT:  And/or whether you've waived, in any sense,

02:01PM 13   waived the right to arbitration.

02:01PM 14          MS. PREVOLOS:  That's correct.  We think the answers to

02:01PM 15   us are favorable on both counts, but that's not for today.

02:01PM 16          THE COURT:  It may or may not be, but those are going to

02:01PM 17   be the issues the parties will have to brief.

02:01PM 18          MS. PREVOLOS:  That's correct.

02:01PM 19              The only thing I would add, Your Honor, is I do

02:01PM 20   think -- what the plaintiffs were being a little coy about here

02:01PM 21   is their proposal that they simultaneously proceed against either

02:01PM 22   both defendants or Apple.  It's not quite clear to me in their

02:01PM 23   papers.  It's Apple on their motions to dismiss.  We think that's

02:02PM 24   not appropriate.  That really is a waste of time and money.

02:02PM 25   Let's figure out if this case is going to arbitration and then

02:02PM   1     let's turn to the motions to dismiss.

02:02PM   2             THE COURT:  Well, I agree with that.  I think we have to

02:02PM   3     do that.  I think the arbitration decision needs to be made first

02:02PM   4     before we go anywhere else.

02:02PM   5             MS. PREVOLOS:  Thank you, Your Honor.

02:02PM   6             THE COURT:  Okay.  Mr. Bickford, if we give the

02:02PM   7     defendants until October 20th to file their motions or renewed

02:02PM   8     motions and briefing will the plaintiffs need 30 days to file

02:02PM   9     oppositions?

02:02PM  10             MR. BICKFORD:  Yeah.  I mean, it continues --

02:02PM  11             THE COURT:  I'll give you that time, but if you need

02:02PM  12     less time, we can shorten the whole process.  That's all I'm

02:02PM  13     trying to say.

02:02PM  14             MR. BICKFORD:  Well, I mean, it continues to be our

02:02PM  15     position that in order to -- that, in fact, if the Court resolves

02:02PM  16     the discovery issue with regard to the motions --

02:03PM  17             THE COURT:  Well, I can't resolve the discovery issues

02:03PM  18     today.  I'm not going to do that.

02:03PM  19             MR. BICKFORD:  Well, I understand that.

02:03PM  20             THE COURT:  If I had to decide today, my gut would be

02:03PM  21     that you're not entitled to discovery, so I don't think you want

02:03PM  22     me to do that.

02:03PM  23             MR. BICKFORD:  No, no.

02:03PM  24             THE COURT:  I'll give you a chance to brief that.

02:03PM  25             MR. BICKFORD:  But I wanted to brief that separately

02:03PM   1    from the --

02:03PM   2         THE COURT:  No, I think we need to do it all together.

02:03PM   3    This would go on ad infinitum if we do it that way.

02:03PM   4         Part of your opposition to arbitration will be that

02:03PM   5    you're entitled to discovery, and you're going to have to specify

02:03PM   6    what specific discovery you want and why it's necessary.   In

02:03PM   7    fact, I would suggest, if you haven't already done it, you attach

02:03PM   8    whatever discovery you want to do so that I can look at it, or if

02:03PM   9    I decide to allow anything, I may send you back to

02:03PM  10    Judge Wilkinson to deal with that.

02:03PM  11         MR. BICKFORD:  The 21st for them to file the motion

02:03PM  12    would be fine, Your Honor.

02:03PM  13         THE COURT:  I'll tell you this:  The discovery that you

02:04PM  14    had requested before struck me as overly broad, and I know you

02:04PM  15    all had met with Judge Wilkinson about that.

02:04PM  16         MR. BICKFORD:  Yes, sir.

02:04PM  17         THE COURT:  There was some attempt to narrow the focus

02:04PM  18    of it.

02:04PM  19         So I'm not saying that I will allow any discovery,

02:04PM  20    but if I do, it's going to have to be greatly narrowed from what

02:04PM  21    you were seeking before.

02:04PM  22         MR. BICKFORD:  What was the response date the Court

02:04PM  23    proposed, Your Honor?

02:04PM  24         THE COURT:  Well, I'm looking at what the defendants

02:04PM  25    proposed, and I'm asking you if you have --

02:04PM 1          MR. BICKFORD:  I don't have that memo.

02:04PM 2          THE COURT:  It's page 12.  This is their schedule that

02:04PM 3     they proposed:  October 20th would be the deadline for them to

02:04PM 4     file their motions in briefing, plaintiffs would have 30 days

02:04PM 5     thereafter to file oppositions, and then they would have 21 days

02:04PM 6     following that to reply.

02:04PM 7          MR. BICKFORD:  Yes, we'll do -- that would bring us to

02:04PM 8     November 21st for a reply?

02:05PM 9          THE COURT:  That would bring you to 30 days after

02:05PM 10    October 20th for your opposition.

02:05PM 11         MR. BICKFORD:  Yes, the 21st is that Monday.

02:05PM 12         THE COURT:  The 21st is what day?

02:05PM 13         MR. BICKFORD:  November is a Monday.  That's 30 days.

02:05PM 14         THE COURT:  Oh, I see what you're saying.  Okay.  You

02:05PM 15    want that date?

02:05PM 16         MR. BICKFORD:  Yes.

02:05PM 17         THE COURT:  November 21st?

02:05PM 18         MR. BICKFORD:  Then that would give --

02:05PM 19         THE COURT:  Then what's 21 days after that?

02:05PM 20         THE DEPUTY CLERK:  December 12th.

02:05PM 21         THE COURT:  December 12th.

02:05PM 22         MR. RUSSO:  Judge, could we bump that back one week?

02:05PM 23    You've got Thanksgiving in the middle of that process.

02:05PM 24         THE COURT:  Yes, then we're going to be bumping it back

02:05PM 25    into the Christmas holidays.

02:05PM 1              I tell you what I'm going to do.  I'm going to move

02:05PM 2    it up seven days.  I don't think you need 21 days to respond.

02:06PM 3    Move it up to December 5th for any reply by the defendants.

02:06PM 4              MR. RUSSO:  Judge, if we could at least go back to the

02:06PM 5    21 days.  That --

02:06PM 6              THE COURT:  I was trying to help you out, Mr. Russo.

02:06PM 7              MR. RUSSO:  I'm getting hit at from behind here because

02:06PM 8    I'm not preparing the brief, Judge, but if we could go the 21

02:06PM 9    days.  I think the problem is we have a holiday in the middle of

02:06PM 10   that two weeks, so we would get the brief and it wouldn't leave

02:06PM 11   much time to really...

02:06PM 12             THE COURT:  All right.  We'll go back to December 12th.

02:06PM 13             You all want to do an in-court status

02:06PM 14   conference/hearing on the motions for sometime in -- I guess we

02:06PM 15   have to go into January.

02:06PM 16             Let me see the calendar, Stephanie.  What are our

02:07PM 17   motion days in January?

02:07PM 18             The 4th or the 18th of January.

02:07PM 19             MR. BICKFORD:  I'm on vacation that week of the 15th, so

02:07PM 20   the 4th would be better for me, or can we have a special setting

02:07PM 21   on Thursday?

02:07PM 22             THE COURT:  Thursday of what?

02:07PM 23             MR. BICKFORD:  Like the 5th or the 12th.  The 12th would

02:07PM 24   probably be ideal.

02:07PM 25             THE COURT:  The problem with the 12th, that's a criminal

02:07PM  1    motion day for me.  So I've got criminal motions in the morning

02:07PM  2    and pretrial conferences at all afternoon.  Let me see.

02:07PM  3              Right now I don't have any criminal motions

02:07PM  4    scheduled, but it's so far off we'll probably end up with

02:08PM  5    sentences and things that morning.

02:08PM  6              I'll tell you what, why don't we do this, why don't

02:08PM  7    we set it for the early afternoon on the 12th, Thursday, the

02:08PM  8    12th.  Is that okay with everyone?

02:08PM  9         MR. BICKFORD:  That's fine, Your Honor.

02:08PM 10         MR. RUSSO:  Yes.

02:08PM 11         THE COURT:  Let's say 2 o'clock.  I've got -- I can move

02:08PM 12    some pretrial conferences around if we need to.  They may go away

02:08PM 13    by then anyway.  So 2 o'clock on January 12th.

02:08PM 14         MR. BICKFORD:  Your Honor, just so that I'm clear, the

02:08PM 15    briefing that Apple will concomitantly be filing, it's --

02:08PM 16         THE COURT:  Presumably they are going to file, from what

02:08PM 17    I'm hearing, they intend to file a Motion to Compel Arbitration

02:08PM 18    also.

02:08PM 19              Right?

02:08PM 20         MS. PREVOLOS:  Yes, Your Honor.

02:08PM 21         THE COURT:  By October 20th.

02:08PM 22         MR. BICKFORD:  So the motion, the pending motions to

02:09PM 23    dismiss filed by Apple are going to be held in abeyance?

02:09PM 24         THE COURT:  Those are held in abeyance until we deal

02:09PM 25    with the arbitration issue.

02:09PM  1          MR. BICKFORD:  Thank you.

02:09PM  2          THE COURT:  Does anybody have any other issues or

02:09PM  3  questions?

02:09PM  4              Okay.  Have a good day, everyone.

02:09PM  5          VOICES:  Thank you, Your Honor.

02:09PM  6          THE DEPUTY CLERK:  All rise.

        7          (WHEREUPON, at 2:09 p.m., the proceedings were

        8  concluded.)

        9                          *   *   *

       10

       11                   REPORTER'S CERTIFICATE

       12

       13      I, Cathy Pepper, Certified Realtime Reporter, Registered

       14  Merit Reporter, Certified Court Reporter of the State of

       15  Louisiana, Official Court Reporter for the United States District

       16  Court, Eastern District of Louisiana, do hereby certify that the

       17  foregoing is a true and correct transcript, to the best of my

       18  ability and understanding, from the record of the proceedings in

       19  the above-entitled and numbered matter.

       20

       21

       22                      *s/Cathy Pepper*
                               _____

       23                      Cathy Pepper, CRR, RMR, CCR
                               Certified Realtime Reporter
       24                      Official Court Reporter
                               United States District Court
       25                      Cathy_Pepper@laed.uscourts.gov

## 0

**09-2116** [1] - 5:10

## 1

**10** [1] - 4:8
**10.1** [1] - 7:11
**1001** [1] - 2:19
**11** [1] - 4:9
**1100** [2] - 1:20, 1:24
**12** [2] - 9:21, 23:2
**12th** [9] - 23:20, 23:21, 24:12, 24:23, 24:25, 25:7, 25:8, 25:13
**15** [1] - 18:15
**15th** [1] - 24:19
**16** [1] - 10:6
**1600** [1] - 2:12
**17** [1] - 4:10
**18** [1] - 4:11
**18th** [1] - 24:18
**1999** [1] - 2:4
**1:30** [1] - 1:7

## 2

**2** [2] - 25:11, 25:13
**20004** [1] - 2:20
**20006** [1] - 2:4
**2008** [1] - 16:3
**201** [1] - 2:8
**2011** [2] - 1:7, 5:2
**20th** [6] - 10:3, 10:7, 21:7, 23:3, 23:10, 25:21
**21** [6] - 4:12, 23:5, 23:19, 24:2, 24:5, 24:8
**2116** [1] - 1:6
**21st** [7] - 8:24, 9:18, 22:11, 23:8, 23:11, 23:12, 23:17
**22** [2] - 1:7, 5:2
**23** [2] - 10:6, 10:7
**27th** [1] - 8:25
**2:09** [1] - 26:7

## 3

**30** [5] - 8:25, 21:8, 23:4, 23:9, 23:13
**33602** [1] - 2:8
**338** [1] - 1:17
**3G** [3] - 1:4, 5:10, 19:9
**3GS** [3] - 1:5, 5:11, 19:9

## 4

**400** [1] - 2:15
**425** [1] - 2:23
**4th** [2] - 24:18, 24:20

## 5

**500** [1] - 3:3
**504** [1] - 3:4
**55402** [1] - 1:25
**589-7779** [1] - 3:4
**5th** [2] - 24:3, 24:23

## 6

**6** [2] - 4:5, 4:6
**600** [1] - 2:12
**650** [1] - 1:20

## 7

**70130** [4] - 1:17, 1:21, 2:16, 3:4
**70501** [1] - 2:12
**7th** [1] - 8:21
**7TH** [1] - 2:8

## 8

**80** [1] - 1:24
**8TH** [1] - 1:24

## 9

**9** [2] - 4:7, 9:5
**94105** [1] - 2:24

## A

**abeyance** [2] - 25:23, 25:24
**ability** [1] - 26:18
**able** [1] - 8:20
**above-entitled** [1] - 26:19
**absent** [1] - 19:20
**absolutely** [1] - 16:18
**accept** [5] - 13:19, 13:21, 14:16
**accepting** [1] - 13:24
**account** [1] - 11:24
**action** [2] - 18:16, 18:24
**actions** [1] - 19:16
**ad** [1] - 22:3
**add** [1] - 20:19
**additional** [1] - 17:10
**address** [2] - 7:6, 7:18
**advertised** [1] - 19:9
**affect** [1] - 20:5
**affidavits** [3] - 6:24, 13:3, 13:6
**afraid** [2] - 14:19, 14:20
**afternoon** [5] - 5:8, 5:22, 6:6, 25:2, 25:7
**agree** [5] - 10:2, 14:16, 14:22, 17:15, 21:2
**agreed** [2] - 13:8, 17:4
**agreeing** [1] - 14:1
**agreement** [5] - 13:20, 13:24, 14:12, 16:14, 20:9
**agreements** [2] - 14:24, 19:7
**ahead** [3] - 5:16, 7:8, 12:18
**allegations** [1] - 19:4
**allow** [2] - 22:9, 22:19
**allowed** [2] - 6:11, 10:21
**allowing** [1] - 15:2
**alterations** [1] - 15:11
**AND** [2] - 1:4, 1:5
**ANDREW** [1] - 2:7
**Andrew** [1] - 5:21
**answer** [6] - 8:24, 10:16, 11:21, 15:6, 15:15, 20:3
**answered** [1] - 6:19
**answers** [1] - 20:14
**anyway** [4] - 14:23, 15:22, 17:9, 25:13
**appearances** [1] - 5:12
**APPEARANCES** [3] - 1:14, 2:1, 3:1
**Apple** [30] - 5:10, 6:4, 6:5, 6:14, 6:15, 8:2, 8:4, 8:8, 8:9, 8:15, 13:2, 13:12, 13:13, 16:8, 16:21, 17:20, 18:3, 19:6, 19:9, 19:13, 19:14, 19:19, 19:22, 19:25, 20:22, 20:23, 25:15, 25:23
**APPLE** [1] - 1:4
**Apple's** [3] - 8:5, 18:6, 18:13
**appropriate** [1] - 20:24
**April** [1] - 12:8
**Arbitrate** [1] - 6:13
**arbitrate** [2] - 14:12, 18:24
**Arbitration** [12] - 6:23, 8:5, 8:6, 8:7, 8:16, 10:11, 13:4, 17:19, 17:21, 20:6, 25:17
**arbitration** [29] - 6:14, 7:20, 8:17, 10:5, 10:25, 11:14, 11:15, 11:18, 12:14, 12:22, 13:7, 13:9, 14:24, 15:10, 16:14, 16:17, 17:9, 18:4, 18:8, 18:17, 19:14, 19:20, 19:23, 20:9, 20:13, 20:25, 21:3, 22:4, 25:25
**ARCHIS** [1] - 2:3
**Archis** [1] - 6:1
**argument** [3] - 11:20, 17:12, 18:9
**arguments** [1] - 17:23
**aside** [1] - 7:12
**assemble** [1] - 12:5
**assume** [1] - 7:22
**assuming** [1] - 19:24
**AT&T** [22] - 5:25, 6:2, 6:3, 6:21, 7:15, 8:14, 8:23, 9:16, 11:1, 13:3, 13:12, 13:14, 15:9, 16:8, 16:15, 16:19, 16:21, 18:7, 18:17, 19:10, 19:11, 20:7
**AT&T's** [3] - 7:19, 11:14, 20:9
**attach** [1] - 22:7
**attempt** [1] - 22:17
**attempting** [1] - 18:9
**ATTM** [2] - 5:23, 19:7
**authority** [1] - 18:23
**available** [1] - 7:23
**AVENUE** [1] - 2:19
**avenues** [1] - 11:17

## B

**B406** [1] - 3:3
**Bank** [2] - 11:14, 18:13
**banning** [1] - 11:15
**BARBIER** [1] - 1:11
**based** [1] - 19:6
**BEFORE** [1] - 1:11
**behalf** [1] - 5:23
**behind** [1] - 24:7
**best** [1] - 26:17
**better** [1] - 24:20
**between** [1] - 15:9

## BICKFORD
**BICKFORD** [31] - 1:16, 1:16, 5:17, 6:21, 7:6, 7:9, 9:6, 9:9, 9:23, 10:12, 10:16, 21:10, 21:14, 21:19, 21:23, 21:25, 22:11, 22:16, 22:22, 23:1, 23:7, 23:11, 23:13, 23:16, 23:18, 24:19, 24:23, 25:9, 25:14, 25:22, 26:1
**Bickford** [4] - 5:17, 6:16, 10:3, 21:6
**BICKFORD............ .......................** [2] - 4:6, 4:8
**binding** [1] - 18:23
**bit** [1] - 12:20
**bless** [1] - 11:13
**bought** [1] - 13:11
**box** [1] - 14:6
**brief** [12] - 8:21, 9:1, 9:11, 10:4, 10:11, 11:20, 17:9, 20:17, 21:24, 21:25, 24:8, 24:10
**briefed** [1] - 9:17
**briefing** [10] - 8:8, 8:13, 8:19, 9:12, 9:19, 9:20, 17:16, 21:8, 23:4, 25:15
**briefly** [1] - 17:3
**bring** [2] - 23:7, 23:9
**broad** [4] - 7:21, 7:23, 8:22, 22:14
**Brown** [1] - 6:1
**BROWN** [1] - 2:3
**bullet** [1] - 15:14
**bump** [1] - 23:22
**bumping** [1] - 23:24
**BY** [11] - 1:16, 1:20, 1:23, 2:3, 2:7, 2:11, 2:15, 2:18, 2:22, 3:5, 3:6

## C

**CA** [1] - 2:24
**calendar** [1] - 24:16
**California** [5] - 12:2, 12:3, 18:13, 18:21, 18:22
**CALLED** [1] - 5:4
**campaign** [1] - 18:19
**CARL** [1] - 1:11
**cart** [1] - 10:18
**carved** [1] - 12:21
**case** [30] - 5:9, 6:9, 6:17, 7:1, 7:14, 8:17,

9:8, 9:15, 10:21, 10:22, 11:7, 11:11, 12:2, 12:3, 13:1, 13:4, 14:19, 15:7, 15:24, 16:3, 16:8, 16:14, 16:20, 18:22, 18:25, 19:8, 19:12, 20:5, 20:25
**cases** [14] - 8:18, 10:6, 10:7, 10:23, 10:25, 11:22, 12:5, 12:10, 12:13, 16:10, 17:10, 17:20, 18:16, 18:22
**Cathy** [2] - 26:13, 26:23
**CATHY** [1] - 3:3
**Cathy_Pepper@laed .uscourts.gov** [1] - 26:25
**caught** [1] - 17:6
**CCR** [2] - 3:3, 26:23
**CENTER** [2] - 1:24, 2:7
**certain** [2] - 6:25, 13:6
**certainly** [4] - 8:20, 12:2, 12:15, 12:19
**CERTIFICATE** [1] - 26:11
**Certified** [3] - 26:13, 26:14, 26:23
**certify** [1] - 26:16
**challenge** [1] - 11:17
**chance** [1] - 21:24
**change** [2] - 14:12, 18:10
**changed** [2] - 18:6, 19:25
**checking** [2] - 11:24, 14:6
**Christmas** [1] - 23:25
**Cialkowski** [2] - 5:18, 11:3
**CIALKOWSKI** [24] - 1:23, 5:18, 11:2, 11:7, 11:12, 11:25, 12:9, 12:15, 12:17, 12:19, 13:1, 13:15, 13:18, 14:2, 14:5, 14:15, 15:4, 15:14, 15:19, 15:23, 16:4, 16:16, 16:23, 17:2
**CIALKOWSKI............**
........................... [1]
- 4:9
**Circuit** [6] - 14:23, 18:12, 18:23, 19:3, 19:12
**circuit** [1] - 19:18
**citations** [2] - 11:7, 12:1

**cite** [1] - 12:23
**cited** [1] - 11:9
**CITY** [1] - 2:7
**claim** [3] - 16:24, 17:24, 19:4
**claims** [3] - 6:15, 19:5, 19:6
**class** [5] - 11:15, 18:16, 18:22, 18:24, 19:16
**class-action** [1] - 18:16
**clause** [5] - 11:14, 13:9, 16:17, 16:18, 18:8
**clauses** [2] - 12:22, 15:10
**clear** [3] - 19:19, 20:22, 25:14
**clearly** [1] - 12:21
**CLERK** [5] - 5:7, 5:10, 5:14, 23:20, 26:6
**co** [2] - 7:6, 12:1
**co-counsel** [2] - 7:6, 12:1
**combine** [1] - 17:11
**coming** [1] - 12:10
**companies** [1] - 20:1
**compel** [4] - 6:14, 6:20, 8:17, 19:20
**Compel** [21] - 6:22, 6:23, 6:25, 7:12, 7:18, 8:5, 8:6, 8:7, 8:14, 8:15, 10:11, 10:13, 10:17, 10:18, 13:3, 17:19, 17:21, 18:4, 20:6, 25:17
**compressed** [1] - 17:17
**compressing** [1] - 17:8
**COMPUTER** [1] - 3:6
**Computer** [1] - 13:2
**Concepcion** [6] - 6:9, 7:5, 7:13, 9:10, 10:24, 11:13, 12:7, 12:20, 14:25, 16:2, 16:5, 16:22, 16:23, 17:7, 18:11, 18:14, 18:19, 19:1
**concerns** [1] - 15:4
**concluded** [1] - 26:8
**conclusion** [1] - 9:2
**concomitantly** [1] - 25:15
**conditions** [2] - 14:8, 15:10
**conference** [2] - 7:11
**CONFERENCE** [1] - 1:10

**conference/hearing** [1] - 24:14
**conferences** [4] - 7:25, 25:2, 25:12
**confess** [1] - 13:22
**consumers** [2] - 12:23, 15:5
**contention** [1] - 10:16
**context** [2] - 14:14, 15:3
**continually** [1] - 12:11
**continued** [1] - 18:8
**CONTINUED** [2] - 2:1, 3:1
**continues** [2] - 21:10, 21:14
**contract** [9] - 7:1, 12:21, 13:8, 14:3, 16:6, 16:7, 16:8, 16:25, 19:11
**contracts** [1] - 19:25
**correct** [8] - 10:14, 12:4, 13:18, 18:5, 20:11, 20:14, 20:18, 26:17
**correctly** [1] - 12:23
**counsel** [3] - 5:12, 7:6, 12:1
**country** [1] - 10:24
**counts** [1] - 20:15
**course** [1] - 8:17
**court** [3] - 5:7, 19:22, 24:13
**Court** [29] - 6:10, 6:12, 6:23, 7:17, 7:22, 8:10, 8:12, 9:1, 9:11, 9:13, 9:14, 11:13, 11:16, 11:17, 11:22, 12:3, 12:21, 13:4, 15:6, 16:1, 16:6, 20:2, 21:15, 22:22, 26:14, 26:15, 26:16, 26:24, 26:24
**COURT** [68] - 1:1, 3:3, 5:4, 5:8, 5:12, 5:15, 6:7, 7:4, 7:8, 9:4, 9:7, 9:20, 9:25, 10:19, 11:5, 11:9, 11:19, 12:6, 12:10, 12:16, 12:18, 12:24, 13:10, 13:16, 13:19, 14:3, 14:7, 14:16, 15:8, 15:17, 15:21, 16:2, 16:12, 16:22, 17:1, 17:18, 18:3, 19:24, 20:4, 20:12, 20:16, 21:2, 21:6, 21:11, 21:17, 21:20, 21:24, 22:2, 22:13, 22:17, 22:24, 23:2,

23:9, 23:12, 23:14, 23:17, 23:19, 23:21, 23:24, 24:6, 24:12, 24:22, 24:25, 25:11, 25:16, 25:21, 25:24, 26:2
**Court's** [2] - 6:8, 18:11
**COURT.....................**
........................... [2] -
4:5, 4:12
**courts** [1] - 10:24
**coy** [1] - 20:20
**criminal** [3] - 24:25, 25:1, 25:3
**CROWELL** [1] - 2:18
**Crowell** [1] - 5:24
**CRR** [3] - 3:3, 26:23
**curious** [2] - 12:7, 12:11
**customer** [1] - 14:11
**customers** [1] - 15:9

## D

**date** [2] - 22:22, 23:15
**Dave** [2] - 5:18, 11:3
**DAVID** [1] - 1:23
**days** [12] - 8:25, 21:8, 23:4, 23:5, 23:9, 23:13, 23:19, 24:2, 24:5, 24:9, 24:17
**DC** [2] - 2:4, 2:20
**deadline** [1] - 23:3
**deal** [3] - 16:10, 22:10, 25:24
**December** [4] - 23:20, 23:21, 24:3, 24:12
**decide** [3] - 7:18, 21:20, 22:9
**decided** [2] - 7:23, 12:7
**decision** [2] - 7:13, 21:3
**defendant** [1] - 16:10
**DEFENDANT** [1] - 2:11
**defendants** [5] - 19:5, 20:22, 21:7, 22:24, 24:3
**degree** [1] - 19:6
**DEPUTY** [5] - 5:7, 5:10, 5:14, 23:20, 26:6
**determined** [3] - 11:16, 13:5, 16:1
**development** [1] - 13:5
**difference** [2] - 10:9, 10:10

**different** [3] - 9:13, 9:21, 9:22
**disclaimer** [1] - 19:10
**Discover** [2] - 11:14, 18:13
**discovery** [37] - 6:12, 6:18, 6:25, 7:10, 7:16, 7:19, 7:21, 7:23, 7:24, 8:13, 8:14, 8:22, 8:23, 9:2, 9:4, 9:7, 10:4, 10:8, 10:17, 10:21, 14:22, 15:2, 15:8, 16:13, 17:11, 17:14, 17:23, 17:24, 21:16, 21:17, 21:21, 22:5, 22:6, 22:8, 22:13, 22:19
**discussion** [1] - 17:5
**dismiss** [4] - 8:18, 20:23, 21:1, 25:23
**Dismiss** [4] - 6:13, 8:3, 8:7, 8:9
**dismissed** [1] - 10:25
**DISTRICT** [3] - 1:1, 1:2, 1:11
**District** [7] - 10:22, 11:6, 11:23, 13:2, 26:15, 26:16, 26:24
**done** [4] - 7:10, 7:11, 13:4, 22:7
**Douglas** [1] - 6:4
**DOUGLAS** [1] - 2:15
**down** [2] - 14:11, 15:12

## E

**early** [1] - 25:7
**Eastern** [1] - 26:16
**EASTERN** [1] - 1:2
**effect** [1] - 6:9
**either** [6] - 9:2, 14:7, 14:16, 19:4, 20:21
**eleven** [1] - 18:16
**end** [1] - 25:4
**enforce** [4] - 10:5, 17:9, 18:9, 19:13
**enforcing** [2] - 14:24, 18:17
**entitled** [6] - 6:14, 8:22, 10:20, 21:21, 22:5, 26:19
**entitlement** [1] - 17:23
**equitable** [1] - 20:9
**ESQUIRE** [11] - 1:16, 1:20, 1:23, 2:3, 2:7, 2:11, 2:15, 2:18, 2:19, 2:22, 2:23
**essentially** [2] - 9:15,

10:2
**estoppel** [1] - 20:9
**event** [1] - 19:18
**evidence** [1] - 16:7
**exact** [1] - 16:21
**exactly** [3] - 16:16, 16:20, 18:1
**example** [3] - 12:25, 15:8, 18:21
**excuse** [1] - 12:17
**expecting** [1] - 15:15
**explain** [1] - 18:7
**expressly** [2] - 16:6, 16:24

**F**

**fact** [3] - 8:25, 21:15, 22:7
**factual** [1] - 13:5
**fairly** [2] - 9:15, 9:17
**far** [1] - 25:4
**favorable** [1] - 20:15
**feature** [1] - 19:10
**federal** [1] - 11:16
**fertile** [1] - 12:21
**Fifth** [3] - 14:23, 19:3, 19:12
**fight** [1] - 15:5
**figure** [2] - 12:22, 20:25
**file** [19] - 8:6, 8:8, 8:21, 9:15, 10:7, 10:14, 17:9, 17:10, 17:18, 17:21, 17:22, 20:6, 21:7, 21:8, 22:11, 23:4, 23:5, 25:16, 25:17
**filed** [13] - 6:9, 6:17, 6:18, 6:19, 6:22, 8:2, 8:4, 8:19, 10:6, 13:3, 17:20, 18:3, 25:23
**filing** [2] - 18:20, 25:15
**fine** [2] - 22:12, 25:9
**FIRM** [1] - 1:19
**first** [3] - 15:14, 16:4, 21:3
**FL** [1] - 2:8
**FLOOR** [1] - 2:8
**Florida** [2] - 10:23, 11:23
**focus** [1] - 22:17
**FOERSTER** [1] - 2:22
**following** [2] - 9:19, 23:6
**FOR** [2] - 1:16, 2:11
**foregoing** [1] - 26:17
**formation** [7] - 7:1,

12:21, 13:8, 14:4, 16:6, 16:7, 16:25
**forward** [2] - 7:16, 18:18
**FRANCISCO** [1] - 2:24
**FRANKLIN** [1] - 2:8
**FRITCHIE** [1] - 2:14
**fruitful** [1] - 18:21
**full** [1] - 9:12
**fully** [1] - 9:10

**G**

**gain** [1] - 15:18
**gained** [1] - 15:1
**Gary** [2] - 5:22, 9:24
**GARY** [1] - 2:11
**general** [4] - 7:21, 7:24, 9:12, 11:15
**given** [1] - 9:10
**greatly** [1] - 22:20
**ground** [1] - 12:21
**guess** [3] - 6:13, 11:23, 24:14
**gut** [1] - 21:20

**H**

**Hamby** [1] - 12:2
**handle** [1] - 8:12
**hard** [1] - 15:5
**HEARD** [1] - 1:11
**heard** [1] - 15:5
**hearing** [6] - 8:8, 8:25, 17:14, 18:2, 19:24, 25:17
**HEATHER** [1] - 2:23
**held** [2] - 25:23, 25:24
**hello** [1] - 5:24
**help** [1] - 24:6
**hereby** [1] - 26:16
**hit** [1] - 24:7
**holiday** [1] - 24:9
**holidays** [1] - 23:25
**home** [2] - 18:13, 18:25
**Honor** [30] - 5:19, 5:22, 5:24, 6:3, 6:6, 6:21, 7:14, 9:24, 10:5, 10:12, 11:2, 12:17, 15:15, 15:23, 16:16, 16:23, 17:2, 17:3, 17:5, 17:10, 18:1, 18:5, 20:19, 21:5, 22:12, 22:23, 25:9, 25:14, 25:20, 26:5
**HONORABLE** [1] -

1:11
**horse** [1] - 10:18
**hugely** [1] - 18:6

**I**

**idea** [1] - 16:18
**ideal** [1] - 24:24
**IDS** [1] - 1:24
**Illinois** [1] - 13:2
**imagine** [3] - 9:17, 12:10, 15:12
**important** [4] - 11:12, 13:7, 15:25, 16:5
**imposed** [1] - 12:23
**IN** [1] - 1:4
**in-court** [1] - 24:13
**inaccurate** [1] - 13:6
**include** [2] - 10:8, 10:10
**including** [2] - 14:9, 17:22
**independent** [1] - 19:5
**indepth** [1] - 11:19
**infinitum** [1] - 22:3
**information** [1] - 13:7
**informs** [1] - 12:1
**inquiries** [1] - 12:19
**instance** [1] - 13:1
**intend** [1] - 25:17
**intends** [1] - 19:25
**intention** [1] - 8:5
**Internet** [1] - 13:20
**intertwined** [1] - 19:7
**intervention** [1] -
18:11
**iPhone** [1] - 1:4, 5:10, 13:12, 13:13, 16:8, 16:9, 16:18, 16:21
**IRWIN** [1] - 2:14
**issue** [14] - 7:17, 8:13, 8:15, 8:16, 8:21, 9:17, 10:19, 13:7, 14:3, 14:4, 17:14, 18:15, 21:16, 25:25
**issues** [10] - 6:11, 7:1, 8:1, 9:1, 16:5, 20:7, 20:8, 20:17, 21:17, 26:2

**J**

**January** [4] - 24:15, 24:17, 24:18, 25:13
**JEFFERSON** [1] -
2:12
**joint** [1] - 19:4
**JONES** [1] - 2:11

**JUDGE** [1] - 1:11
**Judge** [4] - 7:10, 22:10, 22:15, 24:8
**judge** [2] - 23:22, 24:4

**K**

**Kathleen** [1] - 5:24
**KATHLEEN** [1] - 2:18
**kind** [1] - 14:13

**L**

**LA** [5] - 1:17, 1:21, 2:12, 2:16, 3:4
**lacking** [1] - 16:8
**LAFAYETTE** [2] -
1:17, 2:12
**law** [5] - 18:10, 19:1, 19:3, 19:12, 19:18
**LAW** [2] - 1:16, 1:19
**lead** [1] - 16:13
**least** [4] - 7:15, 9:11, 11:1, 24:4
**leave** [1] - 24:10
**leaving** [1] - 16:5
**left** [3] - 11:17, 13:6, 19:16
**legal** [1] - 8:16
**less** [1] - 21:12
**lieu** [1] - 7:13
**light** [1] - 14:25
**limited** [1] - 12:20
**listed** [1] - 9:5
**Litigation** [1] - 5:11
**litigation** [2] - 9:3, 11:24
**LITIGATION** [1] - 1:5
**look** [2] - 9:1, 22:8
**looked** [1] - 18:14
**looking** [1] - 22:24
**lost** [2] - 15:2, 19:22
**Louisiana** [2] - 26:15, 26:16
**LOUISIANA** [2] - 1:2, 1:7

**M**

**Magistrate** [2] - 7:11, 7:25
**MARKET** [1] - 2:23
**MARKETING** [1] - 1:5
**Marketing** [1] - 5:11
**matter** [3] - 9:2, 9:13, 26:19
**Mayer** [1] - 6:1
**MAYER** [1] - 2:3

**MDL** [3] - 1:6, 5:10, 11:24
**mean** [7] - 10:12, 10:13, 10:16, 12:24, 12:25, 21:10, 21:14
**MECHANICAL** [1] -
3:5
**memo** [1] - 23:1
**memorandum** [1] -
9:21
**Merit** [1] - 26:14
**met** [1] - 22:15
**Meyer** [1] - 5:21
**MEYER** [2] - 2:7, 5:21
**Miami** [2] - 11:11, 11:23
**middle** [2] - 7:10, 23:23, 24:9
**might** [1] - 16:13
**MINNEAPOLIS** [1] -
1:25
**minute** [1] - 14:12
**misconduct** [1] - 19:4
**missed** [1] - 11:10
**mix** [1] - 11:5
**mixed** [1] - 11:4
**MMS** [5] - 1:5, 5:11, 19:9, 19:10
**MN** [1] - 1:25
**modifications** [1] -
15:11
**modified** [1] - 9:9
**Monday** [2] - 23:11, 23:13
**money** [3] - 14:21, 14:22, 20:24
**MOORE** [3] - 2:14, 2:15, 6:4
**Moore** [1] - 6:4
**MORGAN** [2] - 2:6
**Moring** [1] - 5:25
**MORING** [1] - 2:18
**morning** [2] - 25:1, 25:5
**MORRISON** [1] - 2:22
**MOSER** [1] - 2:23
**most** [5] - 10:23, 12:13, 13:23, 16:9
**motion** [8] - 6:20, 7:19, 10:6, 10:14, 22:11, 24:17, 25:1, 25:22
**Motion** [25] - 6:12, 6:13, 6:22, 6:25, 7:12, 7:18, 8:3, 8:4, 8:6, 8:7, 8:9, 8:14, 8:15, 10:11, 10:13, 10:17, 13:3, 17:19, 17:21, 18:4, 20:6, 25:17

**Motions** [1] - 17:19
**motions** [14] - 8:18, 17:14, 18:20, 19:15, 20:23, 21:1, 21:7, 21:8, 21:16, 23:4, 24:14, 25:1, 25:3, 25:22
**Move** [1] - 24:3
**move** [4] - 9:1, 19:20, 24:1, 25:11
**moving** [1] - 18:17
**MR** [71] - 4:6, 4:7, 4:8, 4:9, 4:10, 5:17, 5:18, 5:20, 5:21, 5:22, 6:1, 6:4, 6:21, 7:6, 7:9, 9:6, 9:9, 9:23, 9:24, 10:1, 10:12, 10:15, 10:16, 11:2, 11:7, 11:12, 11:25, 12:9, 12:15, 12:17, 12:19, 13:1, 13:15, 13:18, 14:2, 14:5, 14:15, 15:4, 15:14, 15:19, 15:23, 16:4, 16:16, 16:23, 17:2, 17:3, 18:1, 21:10, 21:14, 21:19, 21:23, 21:25, 22:11, 22:16, 22:22, 23:1, 23:7, 23:11, 23:13, 23:16, 23:18, 23:22, 24:4, 24:7, 24:19, 24:23, 25:9, 25:10, 25:14, 25:22, 26:1
**MS** [11] - 4:11, 5:24, 6:3, 6:5, 18:5, 20:3, 20:11, 20:14, 20:18, 21:5, 25:20
**Murray** [1] - 5:20
**MURRAY** [3] - 1:19, 1:20, 5:20

**N**

**N.W** [1] - 2:4
**narrow** [1] - 22:17
**narrowed** [2] - 12:20, 22:20
**nationwide** [2] - 18:19, 18:22
**naught** [1] - 14:23
**necessary** [2] - 13:5, 22:6
**need** [8] - 8:8, 9:18, 17:24, 21:8, 21:11, 22:2, 24:2, 25:12
**needed** [3] - 6:25, 7:3, 13:12
**needs** [3] - 7:17,

17:16, 21:3
**negotiate** [2] - 14:10, 15:13
**negotiations** [1] - 15:9
**never** [1] - 19:9
**NEW** [5] - 1:7, 1:17, 1:21, 2:16, 3:4
**Ninth** [3] - 18:12, 18:23, 19:3
**NO** [1] - 1:6
**nonsignatory** [1] - 19:13
**Northern** [1] - 13:2
**notes** [2] - 11:8, 12:1
**November** [3] - 23:8, 23:13, 23:17
**number** [1] - 19:16
**numbered** [1] - 26:19
**NW** [1] - 2:19

**O**

**o'clock** [2] - 25:11, 25:13
**objective** [1] - 11:16
**obvious** [1] - 12:16
**obviously** [1] - 14:13
**October** [9] - 8:21, 8:24, 8:25, 9:18, 10:4, 21:7, 23:3, 23:10, 25:21
**OF** [3] - 1:2, 1:10, 1:16
**offering** [1] - 16:11
**OFFICES** [1] - 1:16
**OFFICIAL** [1] - 3:3
**Official** [2] - 26:15, 26:24
**one** [12] - 6:11, 7:25, 8:13, 11:9, 11:22, 15:24, 16:10, 17:12, 18:1, 18:12, 20:8, 23:22
**ONE** [1] - 2:7
**open** [2] - 11:17, 16:5
**opinion** [1] - 11:13
**opposition** [3] - 8:4, 22:4, 23:10
**oppositions** [3] - 17:22, 21:9, 23:5
**ORDER** [1] - 5:4
**order** [2] - 11:22, 21:15
**ORLEANS** [5] - 1:7, 1:17, 1:21, 2:16, 3:4
**outstanding** [1] - 7:12
**overdraft** [1] - 11:24
**overly** [1] - 22:14
**overruled** [1] - 19:1
**owed** [1] - 8:3

**P**

**p.m** [1] - 26:7
**P.M** [1] - 1:7
**PAGE** [1] - 4:3
**page** [3] - 9:5, 9:21, 23:2
**papers** [3] - 6:9, 7:15, 20:23
**PARASHARAMI** [2] - 2:3, 6:1
**Parasharami** [1] - 6:1
**part** [5] - 6:13, 9:16, 10:19, 12:13, 22:4
**partial** [1] - 9:11
**particular** [1] - 8:1
**parties** [4] - 6:8, 8:24, 9:3, 14:20, 20:17
**pending** [2] - 6:12, 25:22
**PENELOPE** [1] - 2:22
**Penelope** [1] - 6:5
**PENNSYLVANIA** [1] - 2:19
**people** [4] - 13:23, 14:9, 15:20, 16:16
**Pepper** [3] - 26:13, 26:22, 26:23
**PEPPER** [1] - 3:3
**person** [1] - 13:8
**perspective** [2] - 18:6, 18:14
**place** [1] - 13:14
**places** [1] - 18:12
**plaintiff** [1] - 6:11
**PLAINTIFF** [1] - 1:16
**plaintiffs** [10] - 11:1, 11:15, 17:22, 19:10, 19:14, 19:20, 19:21, 20:20, 21:8, 23:4
**plaintiffs'** [1] - 19:3
**PLC** [1] - 5:20
**point** [14] - 7:14, 7:17, 8:4, 8:5, 8:10, 10:1, 10:5, 11:12, 15:5, 15:14, 16:5, 17:5, 18:20, 19:2
**position** [5] - 6:9, 9:12, 10:8, 19:13, 21:15
**POYDRAS** [3] - 1:20, 2:15, 3:3
**Practices** [1] - 5:11
**PRACTICES** [1] - 1:5
**pragmatic** [1] - 19:15
**pre** [1] - 16:22
**pre-Concepcion** [1] - 16:22
**prejudice** [1] - 19:21

**PREOVOLOS** [1] - 2:22
**Preovolos** [1] - 6:5
**preparing** [1] - 24:8
**presented** [3] - 9:14, 10:3, 16:17
**presumably** [1] - 25:16
**presume** [1] - 17:20
**pretrial** [2] - 25:2, 25:12
**pretty** [1] - 14:24
**PREVOLOS** [8] - 6:5, 18:5, 20:3, 20:11, 20:14, 20:18, 21:5, 25:20
**PREVOLOS..............
......................** [1] - 4:11
**problem** [2] - 24:9, 24:25
**procedural** [3] - 7:2, 7:7, 16:24
**procedurally** [4] - 7:9, 8:11, 12:23
**proceed** [1] - 20:21
**PROCEEDINGS** [2] - 3:5, 5:1
**proceedings** [2] - 26:7, 26:18
**process** [2] - 21:12, 23:23
**PRODUCED** [1] - 3:6
**proposal** [2] - 8:20, 20:21
**propose** [3] - 8:19, 10:7, 10:10
**proposed** [3] - 22:23, 22:25, 23:3
**prove** [2] - 16:12, 16:13
**provider** [1] - 13:13
**provision** [1] - 14:7
**PSC** [6] - 5:17, 5:18, 5:21, 7:23, 8:12, 11:3
**purchaser** [1] - 16:9
**purchasing** [2] - 16:9, 16:17
**purport** [1] - 19:5
**puts** [1] - 18:1

**Q**

**questions** [1] - 26:3
**quickly** [1] - 9:15
**quite** [1] - 20:22

**R**

**re** [1] - 5:10
**RE** [1] - 1:4
**read** [2] - 11:10, 13:23
**reading** [1] - 7:15
**really** [4] - 10:13, 15:5, 15:25, 20:24
**really..** [1] - 24:11
**Realtime** [2] - 26:13, 26:23
**reason** [2] - 17:8, 19:15
**reasons** [2] - 12:16, 18:17
**record** [1] - 26:18
**RECORDED** [1] - 3:5
**REED** [1] - 1:23
**regard** [3] - 6:21, 8:16, 21:16
**regarding** [1] - 15:10
**Registered** [1] - 26:13
**rejecting** [1] - 18:16
**renewed** [2] - 17:18, 21:7
**renewing** [1] - 10:13
**reply** [4] - 8:3, 23:6, 23:8, 24:3
**REPORTER** [1] - 3:3
**Reporter** [6] - 26:13, 26:14, 26:15, 26:23, 26:24
**REPORTER'S** [1] - 26:11
**request** [1] - 6:8
**requested** [1] - 22:14
**requests** [1] - 6:19
**required** [1] - 18:10
**reserves** [1] - 16:24
**resolve** [1] - 21:17
**resolves** [1] - 21:15
**respond** [4] - 8:9, 9:18, 17:25, 24:2
**response** [3] - 6:24, 22:22
**responses** [1] - 6:20
**resulting** [1] - 15:11
**results** [1] - 11:4
**reversed** [1] - 11:14
**Rigs** [1] - 19:13
**rise** [2] - 5:7, 26:6
**RMR** [2] - 3:3, 26:23
**ROMAN** [2] - 2:19, 6:3
**Roman** [1] - 6:3
**ROOM** [1] - 3:3
**rule** [2] - 11:14, 11:15
**rules** [1] - 6:12
**run** [1] - 19:11
**Russo** [3] - 5:22, 9:24,

24:6
**RUSSO** [1] - 2:11, 5:22, 9:24, 10:1, 10:15, 17:3, 18:1, 23:22, 24:4, 24:7, 25:10
**RUSSO**......................
.......................... [2] - 4:7, 4:10

## S

**s/Cathy** [1] - 26:22
**SALES** [1] - 1:5
**Sales** [1] - 5:11
**SAN** [1] - 2:24
**schedule** [3] - 9:20, 17:16, 23:2
**scheduled** [1] - 25:4
**scope** [6] - 7:20, 7:24, 8:14, 8:22, 17:23
**SCOTT** [2] - 1:16, 1:16
**Scott** [1] - 5:17
**scratch** [1] - 12:4
**second** [1] - 18:7
**see** [4] - 7:14, 23:14, 24:16, 25:2
**seeing** [1] - 12:10
**seeking** [1] - 22:21
**send** [1] - 22:9
**sending** [1] - 10:24
**sense** [5] - 7:21, 9:22, 12:13, 13:11, 20:12
**sent** [3] - 10:22, 11:22, 12:14
**sentence** [1] - 15:24
**sentences** [1] - 25:5
**separate** [1] - 17:14
**separately** [1] - 21:25
**SEPTEMBER** [2] - 1:7, 5:2
**service** [8] - 13:19, 13:24, 14:1, 14:5, 14:8, 14:17, 16:19, 16:21
**session** [1] - 5:7
**set** [4] - 7:12, 8:8, 17:14, 25:7
**setting** [1] - 24:20
**seven** [2] - 17:10, 24:2
**several** [1] - 11:17
**sheet** [1] - 5:13
**shorten** [1] - 21:12
**side** [1] - 8:2
**sides** [1] - 14:21
**sign** [2] - 5:13, 16:19
**sign-in** [1] - 5:13
**signators** [1] - 19:14
**signed** [1] - 13:12

**simultaneously** [1] - 20:21
**sit** [2] - 14:11, 15:12
**situation** [3] - 16:10, 16:21, 19:21
**slight** [1] - 10:9
**slightly** [1] - 9:9
**sometime** [1] - 24:14
**somewhat** [1] - 14:9
**Sooy** [1] - 5:24
**SOOY** [2] - 2:18, 5:24
**sorry** [2] - 11:25, 12:4
**sorts** [1] - 13:22
**SOUTH** [1] - 1:24
**Southern** [3] - 10:22, 11:6, 11:23
**SPEAKERS** [1] - 4:3
**special** [1] - 4:20
**specific** [2] - 16:8, 22:6
**specify** [1] - 22:5
**spend** [2] - 14:21, 14:22
**spot** [1] - 17:13
**SR** [1] - 1:20
**Sr** [1] - 5:20
**stance** [1] - 14:24
**State** [1] - 26:14
**state** [3] - 8:18
**states** [3] - 18:15, 19:17
**STATES** [2] - 1:1, 1:11
**States** [2] - 26:15, 26:24
**status** [1] - 24:13
**STATUS** [1] - 1:10
**stay** [1] - 17:11
**stayed** [2] - 6:18, 9:8
**STENOGRAPHY** [1] - 3:5
**Stephanie** [2] - 5:9, 24:16
**STEPHEN** [1] - 1:20
**Stephen** [1] - 5:20
**still** [1] - 19:16
**stood** [1] - 11:16
**STREET** [9] - 1:17, 1:20, 1:24, 2:4, 2:8, 2:12, 2:15, 2:23, 3:3
**strict** [1] - 14:24
**struck** [1] - 22:14
**stuff** [1] - 11:10
**substantial** [2] - 19:20, 19:21
**substantive** [2] - 7:2, 17:4
**succeeded** [1] - 18:18
**suggest** [4] - 8:6, 8:23, 17:17, 22:7

**suggested** [5] - 6:22, 6:23, 9:20, 10:3, 17:8
**suggesting** [2] - 9:22, 17:25
**SUITE** [2] - 1:20, 2:12
**support** [2] - 6:24, 13:3
**supposed** [1] - 19:8
**Supreme** [3] - 6:10, 18:11, 20:2

## T

**tag** [1] - 20:8
**TAMPA** [2] - 2:7, 2:8
**temp** [1] - 7:25
**terms** [1] - 15:10
**test** [1] - 10:17
**tested** [2] - 7:3, 7:24
**Thanksgiving** [1] - 23:23
**THE** [76] - 1:11, 1:16, 1:19, 2:11, 4:5, 4:12, 5:7, 5:8, 5:10, 5:12, 5:14, 5:15, 6:7, 7:4, 7:8, 9:4, 9:7, 9:20, 9:25, 10:19, 11:5, 11:9, 11:19, 12:6, 12:10, 12:16, 12:18, 12:24, 13:10, 13:16, 13:19, 14:3, 14:7, 14:16, 15:8, 15:17, 15:21, 16:2, 16:12, 16:22, 17:1, 17:18, 18:3, 19:24, 20:4, 20:12, 20:16, 21:2, 21:6, 21:11, 21:17, 21:20, 21:24, 22:2, 22:13, 22:17, 22:24, 23:2, 23:9, 23:12, 23:14, 23:17, 23:19, 23:20, 23:21, 23:24, 24:6, 24:12, 24:22, 24:25, 25:11, 25:16, 25:21, 25:24, 26:2, 26:6
**theory** [2] - 7:4, 20:10
**thereafter** [1] - 23:5
**they've** [1] - 13:4
**thinking** [1] - 15:3
**thinks** [1] - 8:12
**threshold** [1] - 6:10
**THURSDAY** [2] - 1:7, 5:2
**Thursday** [3] - 24:21, 24:22, 25:7
**timing** [1] - 10:10
**TO** [1] - 5:4

**to..** [1] - 9:23
**today** [4] - 11:20, 20:15, 21:18, 21:20
**together** [1] - 22:2
**TRACY** [1] - 2:19
**Tracy** [1] - 6:3
**transcript** [1] - 26:17
**TRANSCRIPT** [2] - 1:10, 3:5
**true** [2] - 19:2, 26:17
**Trujillo** [8] - 13:1, 13:2, 15:6, 15:24, 16:2, 16:6, 16:20, 17:6
**trying** [3] - 14:17, 21:13, 24:6
**turn** [1] - 21:1
**two** [7] - 6:10, 8:11, 9:19, 10:10, 15:24, 20:7, 24:10
**two-week** [1] - 10:10
**type** [2] - 14:10, 17:24

## U

**U.S** [1] - 18:11
**unconscionability** [4] - 7:2, 7:4, 16:24
**unconscionable** [1] - 18:25
**under** [3] - 19:2, 19:12, 20:9
**underlying** [1] - 7:1
**unenforceable** [1] - 16:14
**unfair** [1] - 14:9
**UNITED** [2] - 1:1, 1:11
**United** [2] - 26:15, 26:24
**up** [6] - 8:8, 13:12, 16:19, 24:2, 24:3, 25:4
**URQUHART** [1] - 2:14

## V

**vacation** [1] - 24:19
**various** [1] - 8:18
**view** [1] - 18:20
**VOICES** [1] - 26:5
**voluntarily** [1] - 10:25

## W

**wait** [2] - 14:11, 15:21
**waiting** [1] - 7:13
**waived** [3] - 19:19, 20:12, 20:13

**waiver** [1] - 19:18
**waivers** [3] - 18:16, 18:25
**WALKER** [1] - 2:11
**WASHINGTON** [2] - 2:4, 2:20
**waste** [1] - 20:24
**week** [3] - 10:10, 23:22, 24:19
**weeks** [2] - 9:19, 24:10
**Weisblatt** [2] - 12:3, 17:6
**WHEREUPON** [1] - 26:7
**whole** [1] - 21:12
**Wilkinson** [2] - 22:10, 22:15
**words** [1] - 17:18
**works** [1] - 13:11
**world** [2] - 18:6, 18:14

## Y

**years** [1] - 18:8

## Z

**ZIMMERMAN** [1] - 1:23